UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION,

Plaintiff,

v.

SHANGHAI ELE MANUFACTURING CORPORATION,

Defendant.

CA 06 170 S Civil Action No.

JURY TRIAL DEMANDED

**COMPLAINT**

Plaintiff Tower Manufacturing Corporation, for its Complaint for patent infringement against defendant Shanghai ELE Manufacturing Corporation, alleges as follows:

**PARTIES**

1. Plaintiff Tower Manufacturing Corporation ("Tower") is a Rhode Island corporation having a place of business at 25 Reservoir Avenue, Providence, Rhode Island.

2. Upon information and belief, defendant Shanghai ELE Manufacturing Corporation ("Shanghai ELE") is a Chinese corporation having a regular and established place of business at Section 2, Xingcheng Industrial Zone, Qingpu, Shanghai, China, 201703.

## JURISDICTION AND VENUE

3. This is a civil action for damages and injunctive relief brought pursuant to the Patent Laws of the United States, Title 35, United States Code. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Shanghai ELE, an alien corporation which transacts business in the United States including by offering a leakage current detection and interruption device, or "LCDI", in the United States.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

## GENERAL ALLEGATIONS

6. Tower is a locally-owned Rhode Island headquartered company that is a leading international innovator and manufacturer of wiring devices and electromechanical products, including LCDI products.

7. Tower has made and continues to make substantial investments in research and development in order to create and provide reliable LCDI products.

**COUNT I: INFRINGEMENT OF U.S. PATENT NO. 6,738,241 B1**

8. Plaintiff Tower repeats and realleges each and every allegation contained in paragraphs 1-7 of this Complaint with the same force and effect as if set forth in this Count.

9. On May 18, 2004, the United States Patent and Trademark Office duly and legally issued to Victor V. Aromin , as inventor, Letters Patent No. 6,738,241 B1 ("'241 Patent") entitled "Fireguard Circuit." Victor V. Aromin assigned the entire right, title and interest in the '241 Patent to Tower, which assignment is recorded in the United States Patent and Trademark Office at Reel No. 012741, Frame No. 0686.

10. Pursuant to 35 U.S.C. § 282, the '241 Patent is presumed valid.

11. Defendant Shanghai ELE has been and still is directly infringing, actively inducing infringement of, and/or contributorily infringing the '241 Patent by making, having made, using, importing, offering to sell, and/or selling in the United States directly and/or indirectly leakage current detection interrupters, or LCDI's, covered by claims of the '241 Patent. Such Shanghai ELE LCDI products offered and sold in the United States include, but are not limited to, its 10 amp, 125 VAC LCDI product (under the catalog number 00011000, bearing

Underwriters Laboratories' "RU" certification mark and file number E2250451), along with its 250 VAC LCDI product.

12. As a result of Shanghai ELE's infringement, plaintiff Tower has been damaged.

13. Unless enjoined by this Court, Shanghai ELE's infringement will continue and will result in irreparable harm to plaintiff Tower.

WHEREFORE, plaintiff Tower respectfully demands judgment against defendant Shanghai ELE as follows:

A. Preliminarily and permanently enjoining and restraining defendant Shanghai ELE, including its officers, directors, employees, agents, servants, successors and assigns, as well as all those in active concert and participation with any of them, from further infringement of United States Patent No. 6,738,241 B1 by, for example, making, using, importing, offering for sale, or selling LCDI products in the United States.

B. Assessing against defendant Shanghai ELE and awarding to plaintiff Tower damages sufficient to compensate for defendant's infringement of the '241 Patent, and conducting an accounting to determine such damages;

C. Increasing such damages three times the amount found or assessed, in light of the willful and deliberate nature of Shanghai ELE's infringement;

D. Declaring that this patent infringement case is "exceptional" and awarding plaintiff Tower its reasonable attorneys' fees and costs as provided by 35 U.S.C. § 285;

E. Granting to plaintiff Tower such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiff Tower hereby demands trial by jury as to all issues in this action triable of right by a jury.

Dated: April 11, 2006

Respectfully submitted,

PLAINTIFF
TOWER MANUFACTURING CORPORATION,

By its attorneys:

Bruce W. Gladstone
Email: bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401.331.5700
Fax: 401.331.5787

Of Counsel:

Thomas F. Holt, Jr.
(RI Bar No. 4981)
Email: tholt@klng.com
John J. Cotter
Email: jcotter@klng.com
James E. Fajkowski
Email: jfajkowski@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Fax: (617) 261-3175