**EXHIBIT 1**

TO

EXHIBIT A

AO 440（2001年8月修订）民事诉讼传票

# 美国联邦地区法院

______________ 管区 ______________

Tower Manufacturing Corporation
（Tower 制造有限公司）

告

Shanghai ELE Mfg. Corp.
（上海益而益电器制造有限公司）

## 民事诉讼传票

民事案号：CA 06 170S

致：（被告姓名与地址）

SHANGHAI ELE MANUFACTURING CORPORATION
Section 2, Xincheng Industrial Zone,
Qingpu,
Shanghai, China 201703

上海益而益电器制造有限公司
中国上海青浦区
新城工业二区
邮编 201703

特此传讯你，你必须在本传票送达于你后的__20__天内（不包括送达当天）将你对本传票所附的诉状的答辩书送达于原告律师（姓名与地址）

Thomas F. Holt, Jr 律师
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
寇克派特立克与洛克哈特-尼柯尔森-格兰姆
有限责任合伙法律事务所
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
马萨诸塞州波士顿市
州府街金融中心
林肯街1号
邮编 02111-2950

如果你未能办到，法院将会对你作出缺席败诉的裁决，要你负责偿付诉状中所提出的法律救济。你还必须将送达于本案当事人的任何答辩书在送达后的合理时间内呈递于本法院书记官。

[签字章]
首席副书记官

2006年4月11日

书记官

日期

[签字]

[经办] 副书记官

**美国联邦地区法院**
**罗德岛州管区**

原告

TOWER MANUFACTURING CORPORATION（TOWER 制造有限公司）

诉

被告

SHANGHAI ELE MANUFACTURING CORPORATION（上海益而益电器制造有限公司）

民事案号：CA 06 170S

陪审团审理请求

## 诉 状

原告 Tower Manufacturing Corporation（Tower 制造有限公司）就侵犯专利权一事对被告 Shanghai ELE Manufacturing Corporation（上海益而益电器制造有限公司）提起诉讼，兹作事实陈述如下：

## 当事人

1. 原告 Tower Manufacturing Corporation （下称“Tower 公司”）是一所（美国）罗德岛州公司，在 25 Reservoir Avenue, Providence, Rhode Island（罗德岛州普洛维顿斯市水坝街 25 号）有一个营业地点。

2. 根据资料断定，被告 Shanghai ELE Manufacturing Corporation（下称

"Shanghai ELE（上海益而益公司）"）是一所中国公司，在 Section 2, Xingcheng Industrial Zone, Qingpu, Shanghai, China 201703（中国上海青浦区新城工业二区）有一个正式的日常营业地点。

<u>司法管辖与审理地点</u>

3. 本案是根据美国法典第 35 章美国专利法提起的损害赔偿和强制性救济的民事诉讼。按美国法典第 28 章第 1331 和 1338(a)节，本法院对该诉讼有事项管辖权。

4. 由于 Shanghai ELE（上海益而益公司）在美国进行商业交易，包括在美国提供漏电探测断电器（leakage current detection and interruption device）又称"LCDI"，本法院对该公司有对人管辖权。

5. 依据美国法典第 28 章第 1391 和 1400 节，审理地点在本司法管辖区是适当的。

<u>概 述</u>

6. Tower 公司是一所总公司在罗德岛州的地方拥有的公司，该公司是包括 LCDI 在内的电器装置和机电产品的主要国际发明者和生产者。

7. Tower 公司已对并将继续对研究和开发作大量的投资以制造和提供质量可靠的 LCDI 产品。

<u>诉因之一：侵犯美国第 **6,738,241 B1** 号专利</u>

8. Tower 公司在本诉因中重复和重申本诉状第 1-7 项中所包含的全部事实陈述，它们具有相同的效力与约束力。

9. 2004年5月18日，美国专利与商标局正式合法地向发明人 Victor V. Aromin（维克特·阿洛敏）颁发专利标题为“Fireguard Circuit（防火安全电路）”的第6,738,241 B1号专利证书（下称“’241专利”）。Victor V. Aromin（维克特·阿罗敏）将’241专利的全部权利、所有权和权益转让给 Tower 公司，该转让在美国专利与商标局有记录，卷号为012741，帧号为0686。

10. 根据美国法典第35章第282节，该’241专利被推定为有效。

11. 被告 Shanghai ELE（上海益而益公司）通过在美国直接和／或间接地制造、曾制造、使用、进口、供售、和／或出售’241专利索赔所涵盖的漏电探测断电器或称 LCDI，过去和现在都直接地侵犯、积极怂恿侵犯和／或参与侵犯’241专利。这些在美国供售和出售的 Shanghai ELE（上海益而益公司）产品包括但不限于 10 amp 125 VAC LCDI 产品（商品目录号 00011000，印有 Underwriters Laboratories 的标志、RU 认证标志以及登记号 E2250451）以及 250 VAC LCDI 产品。

12. Shanghai ELE（上海益而益公司）对专利权的侵犯使原告 Tower 公司受到了损失。

13. 除非本法院对其予以禁制，不然 Shanghai ELE（上海益而益公司）的侵犯专利权行为还将继续并将对原告 Tower 公司造成难以弥补的损失。

因此，原告 Tower 公司谨此要求对被告 Shanghai ELE（上海益而益公司）作败诉裁决如下：

A. 初步并永久地禁止和限制被告 Shanghai ELE（上海益而益公司）及其高级职员、主管、雇员、代理人、佣人、继承人、让与人以及这些人的积极参与

和协作者，进一步侵犯第 6,738,241 B1 号美国专利，例如在美国制造、使用、进口、供售或出售 LCDI 产品。

B. 对 Shanghai ELE（上海益而益公司）课以罚款并将数额足以补偿被告侵犯'241 专利的损害赔偿额裁定给原告 Tower 公司；进行会计核算已确定这种损害赔偿额；

C. 鉴于 Shanghai ELE（上海益而益公司）侵犯专利行为的任意性和故意性，裁定并课以罚款的数额应增至三倍；

D. 依据美国法典第 35 章第 285 节宣告该侵犯专利案为"特殊"并判予原告 Tower 公司合理的律师费和诉讼费；

E. 判予原告 Tower 公司本法院可能认为合理和适当的其他进一步的法律救济。

## 陪审团审理请求书

原告 Tower 公司特此要求由陪审团对本案所有陪审团有权审理的系争点进行审理。

日期：2006 年 4 月 11 日

谨呈递

原告
TOWER MANUFACTURING CORPORATION（TOWER 制造有限公司）

通过其律师：

______________________ [签字]

Bruce W. Gladstone
电邮：bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
喀麦隆与密特尔曼有限责任合伙法律事务所
56 Exchange Terrace
Providence, RI 02903
罗德岛州普洛维顿斯市
交易街 56 号
邮编 02903

法律顾问：

Thomas F. Holt, Jr
（罗德岛州律协证号 4981）
电邮：tholt@klng.com
John J. Cotter
电邮：jcotter@klng.com
James E. Fajkowski
电邮：jfajkowski@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
寇克派特立克与洛克哈特-尼柯尔森-格兰

姆有限责任合伙法律事务所
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
马萨诸塞州波士顿市
州府街金融中心
林肯街 1 号
邮编 02111-2950
电话：(617) 261-3100
传真：(617) 261-3175

**EXHIBIT 2**

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Rhode Island

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| **Identity and address of the applicant** *Identité et adresse du requérant* | **Address of receiving authority** *Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776 Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **DIVISION OF JUDICIAL ASSISTANCE**<br>**Ministry of Justice**<br>**No.10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br><br>**100020**<br>**China** |

**The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,**
**(identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* Shanghai ELE Manufacturing Corporation
Section 2, Xincheng Industrial Zone, Qinpu, Shanghai 201703, China
Tel:

[X] (a) **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Complaint
Summons in a Civil Case
Translations
Summary of the Documents to be Served

**Done at** *Fait à* Minneapolis, Minnesota, U.S.A., **the** *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used) USM-94 (Est. 11/22/77)

*** Delete if inappropriate.**
*. Rayer les mentions inutiles*

Case Name: Tower Manufacturing Corporation v. Shanghai ELE Manufacturing Corporation
Defendant: Shanghai ELE Manufacturing Corporation
Court Case No.: CA 06 1705

# CERTIFICATE
## *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served***
*1. que la demande a été exécutée*

**- the (date)**
*- le (date)* ______________________________

**- at (place, street, number)**
*- à (localité, rue numéro)* ______________________________

______________________________

**- in one of the following methods authorised by article 5-**
*- dans une des formes suivantes prévues à l'article 5:*

[ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] **(b) in accordance with the following particular method*:**
*b) selon la forme particuliére suivante:* ______________________________

______________________________

[ ] **(c) by delivery to the addressee, who accepted it voluntarily.***
*c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

**- (identity and description of person)**
*- (identité et qualité de la personne)* ______________________________

______________________________

**- relationship to the addressee (family, business or other):**
*- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ______________________________

______________________________

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

______________________________

______________________________

______________________________

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS: Summary of the Documents to be Served, Complaint, Summons in a Civil Case, Translations**

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

______________________________

______________________________

______________________________

**Done at** ______________ **, the** ______________
*Fait à* ______________ *, le* ______________

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

______________________________

______________________________

______________________________

**Signature and/or stamp.**
*Signature et/ou cachet.*

______________________________

* **Delete if inappropriate.**
*Rayer les mentions inutiles.*

# SUMMARY OF THE DOCUMENT TO BE SERVED
## *ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:* Josh R. Cobb
APS INTERNATIONAL, LTD
APS International Plaza, 7800 Glenroy Road, Minneapolis, Minnesota 55439-3122, U.S.A.

**Particulars of the parties*:**
*Identité des parties* Tower Manufacturing Corporation v. Shanghai ELE Manufacturing Corporation

**LIST OF DOCUMENTS:** Summary of the Documents to be Served, Complaint, Summons in a Civil Case, Translations

**JUDICIAL DOCUMENT****
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* The purpose of this document is to inform **Shanghai ELE Manufacturing Corporation** that a lawsuit has been started against them and that they have been joined as a defendant.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:* Plaintiff's claim against the defendant is for damages and other relief in an amount to be determined as a result of the defendant's patent infringement.

**Date and place for entering appearance**:**
*Date et lieu de la comparution:* Defendant is required to serve on plaintiff's attorney, Thomas F. Holt, Jr., KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950, U.S.A., an answer to the attached documents within **20** days after service of the attached documents, exclusive of the day of service. Any answer that defendant serves on the parties to this action must also be filed with the Clerk of Court, United States District Court, District of Rhode Island, within a reasonable period of time after service.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:* N/A

**Date of judgment**:**
*Date de la décision:* N/A

**Time limits stated in the document**:**
*Indication des délias figurant dans l'acte:* Defendant is required to serve on plaintiff's attorney an answer to the attached documents within **20** days after service of the attached documents, exclusive of the day of service. Any answer that defendant serves on the parties to this action must also be filed with the Clerk of Court within a reasonable period of time after service.
Failure to do so may result in the plaintiff(s) taking a default judgment against the defendant for the relief demanded in the Complaint.

**EXTRAJUDICIAL DOCUMENT****
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:* N/A

**Time limits stated in the document**:**
*Indication des délias figurant dans l'acte* N/A

* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

** Delete if inappropriate.
*Rayer les mentions inutiles.*

**EXHIBIT 3**

DHL

Continue

Print page
Print later

Help print

[redacted]

DOX

Pieces: 1/1

FM: APS INTERNATIONAL LTD
J. Cobb
7800 GLENROY RD
BLOOMINGTON, MN 55439
UNITED STATES Phone: 952-831-7776

ORIGIN: STP

Sender's ref. 247982

To: MINISTRY OF JUSTICE
XIAOMING ZHANG
DIVISION OF JUDICIAL ASSISTANCE
10 CHAOYANGMEN NANDAJIE
CHAOYANG DISTRICT
BEIJING, CHINA 100020
CHINA

POSTCODE:

PEK

TEL: 6520-5234/5236/6239

Description: Legal Documents

Weight: Letter
Date: 2006-07-05

Customs Value: 0.00 USD for 1 pcs
These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S. law prohibited. Shipment may be carried via intermediate stopping places which DHL deems appropriate.

STPPEKX

WAYBILL: 8888235926 (Non-Negotiable)

Please fold or cut in half

**DO NOT PHOTOCOPY**

Using a photocopy could delay the delivery of your package and will result in additional shipping charge

For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345

Thank you for shipping with DHL

Print this page Print later Continue

**EXHIBIT 4**

Contact Us | Sitemap

Track

DHL USA Home DHL Global



# Track results detail

## Tracking results detail for 8888235926

Help

**Track**

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service

## Log in to DHL

User ID JCobb

Password

☑ Remember my User ID

Log in

- Forgot your Password?

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | 7/10/2006 11:11 am | |
| Delivered to | | |
| Signed for by | STAMP | What is this? |

## Tracking history

Help

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/10/2006 | 11:11 am | Shipment delivered. | Beijing, China Why is this? |
| | 7:48 am | With delivery courier. | Beijing, China |
| 7/8/2006 | 8:33 am | Delivery Attempted. | Beijing, China |
| | 8:30 am | With delivery courier. | Beijing, China |
| | 8:09 am | Arrived at DHL facility. | Beijing, China |
| | 5:31 am | In transit. | Beijing, China |
| | 1:19 am | Arrived at DHL facility. | Beijing, China |
| 7/6/2006 | 4:59 am | Transit through sort facility. | Wilmington, OH |
| 7/5/2006 | 7:13 pm | Departing origin. | Minneapolis, MN |
| | 2:33 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
APS INTERNATIONAL LTD
Bloomington, MN 554393122
United States

Attention:
APS INTERNATIONAL LTD

**Ship To:**
Beijing, China

Attention:

**Shipment Information:**
Ship date: 7/5/2006
Pieces: 1
Total weight: 1 lb *
Ship Type: Document
Shipment Reference: 247982
Service: International Express
Special Service:
Description: LEGAL DOCUMENTS

Tracking detail provided by DHL: 7/20/2006, 10:13:39 am pt.

Track new shipment

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

*** Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.

- Register Now

**Questions?**

We're here to help!

- Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy

Copyright © 2006 DHL International, Ltd. All Rights Reserved.