# SHANGHAI SUPERIOR PEOPLE'S COURT

**(Correspondence)**

*Shanghai/Superior Court/International*
*[2006] No.080*

The Foreign Affairs Office, the Supreme People's Court (of China):

In regard to the United States's request to serve civil proceedings on SHANGHAI ELE MANUFACURING CORPORATION as demanded by the Law Association No. [2006] 1290 document of your court, this is to notify you that Shanghai Superior People's Court has served the said documents to the party concerned. Attached please find the Proof of Service.

Attachment:

[Seal]
SHANGHAI SUPERIOR PEOPLE'S COURT

September 1, 2006

# 上海市高级人民法院函

沪高法外（2006）080号

最高人民法院外事局：

贵院法协（2006）1290号关于 美国

请求向 上海益帅益田器制造有限公司

送达法律文书一事，业已经上海市高级人民法院将该法律文书

送达有关当事人/因

原~~因未能送达~~，现将送达回证附后/~~将所附材料退回~~，请查收。

附：

上海市高级人民法院

二〇〇六年九月十日

Judicial Association No. (2006) 1129

**THE PEOPLE'S REPUBLIC OF CHINA**
**THE SHANGHAI SUPERIOR PEOPLE'S COURT**

# PROOF/RECEIPT OF SERVICE

[Seal: The Shanghai Superior People's Court]

| | | | |
|---|---|---|---|
| **Case No** | (2006) Shanghai /Supreme Court/ International No. 080 | | |
| **Cause** | Law Association (06) No. 1290 (United States) | | |
| **Documents for Service And Quantity** | 1. Complaint, one copy 2. Demand, one copy | | |
| **Person/Entity Served On** | SHANGHAI ELE MANUFACURING CORPORATION | | |
| **Address for Service** | Section 2, Xincheng Industrial Zone<br>Qingpu, Shanghai, (China) | | |
| **Recipient's Signature or Seal** | Zhang, Long<br>General Manager Date: August 25, 2006 | | |
| **Method of Service** | Direct personal service | **Server(s)** | Wu, Jun<br>Chen, Zhiqiu |
| **Substitute recipient and reason(s) for substitution:**<br><br>Date: | | | |

Case Name: Tower Manufacturing Corporation v. Shanghai ELE Manufacturing Corporation
Defendant: Shanghai ELE Manufacturing Corporation
Court Case No.: CA 06 1705

5706-129

**CERTIFICATE**
*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) **that the document has been served***
*1. que la demande a été exécutée*

- the (date) / *le (date)* August 25, 2006
- at (place, street, number) / *à (localité, rue numéro)* Section 2, Xincheng Industrial Zone, Qingpu, Shanghai

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*

[V] (a) **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) **in accordance with the following particular method*:**
*b) selon la forme particulière suivante:* ____

[ ] (c) **by delivery to the addressee, who accepted it voluntarily.***
*c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

- **(identity and description of person)** / *(identité et qualité de la personne)* Zhang Long
- **relationship to the addressee (family, business or other):** / *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* General manager of the Company

2) **that the document has not been served, by reason of the following facts*:**
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Documents to be Served, Complaint, Summons in a Civil Case, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution*

**Done at** / *Fait à* Beijing, **the** / *le* September 20, 2006

中华人民共和国 司法部 司法协助专用章

**Signature and/or stamp.**
*Signature et/ou cachet.*



* Delete if inappropriate.
*Rayer les mentions inutiles.*

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Rhode Island

SX 06-1129

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776 Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | DIVISION OF JUDICIAL ASSISTANCE<br>Ministry of Justice<br>No.10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br><br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir.*
*(identité et adresse)* Shanghai ELE Manufacturing Corporation
Section 2, Xincheng Industrial Zone, Qinpu, Shanghai 201703, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5, alinéa premier, lettre a)*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso*

List of documents
*Enumération des pièces*

Complaint
Summons in a Civil Case
Translations
Summary of the Documents to be Served

Done at
*Fait à* Minneapolis, Minnesota, U.S.A., the *le* 7/5/06

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94 (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

SX2006-1129

# 中华人民共和国
# 人民法院
# 送达回证

| | |
|---|---|
| 案号 | (2006)年沪司协字第 080 号 |
| 案由 | 法协(06)1290号 (美国) |
| 送达文书名称和件数 | 1. 诉状壹份 2. 传票壹份 |
| 受送达人 | 上海益而益电器制造有限公司 |
| 送达地址 | 上海青浦区新城工业二区. |
| 受送达人签名或盖章 | [signature] 总经理 2006年8月3日 |
| 送达方式 | 直接送达 |
| 执行送达人 | [signatures] |

不能送达的原因或

受送达人拒收理由：

年 月 日

装 订 线

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Tower Manufacturing Corp.

V.

Shanghai ELE Mfg. Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 06 170 S

TO: (Name and address of Defendant)

SHANGHAI ELE MANUFACTURING CORPORATION
Section 2, Xincheng Industrial Zone
Qinpu
Shanghai, China 201703

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas F. Holt, Jr.
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dike
Chief Deputy Clerk

CLERK

DATE 4-11-06

(By) DEPUTY CLERK

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Tower Manufacturing Corporation
25 Reservoir Avenue
Providence, Rhode Island, 02907

(b) County Of Residence Of First Listed Plaintiff Providence County
(EXCEPT IN U S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address And Telephone Number)
Bruce Gladstone Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903 (401) 331-5700

**DEFENDANTS**
Shanghai ELE Manufacturing Corporation
Section 2, Xingcheng Industrial Zone
Qingpu, Shanghai, China, 201703

County Of Residence Of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place An "X" In One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place An "X" In One Box For Plaintiff and One Box For Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place An "X" In One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury— Med. Malpractice
- ☐ 365 Personal Injury— Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R R & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl Ret Inc. Security Act

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI ( 405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U S. Plaintiff or Defendant
- ☐ 871 IRS — Third Party 26 USC 7609

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Equipment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer w/Disabilities - Employment
- ☐ 446 Amer w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**V. ORIGIN** (Place An "X" In One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite The Us Civil Statute under which you are filing (Do Not Cite Jurisdictional Statues Unless Diversity):
35 USC § 271
Brief description of cause: Patent Infringement

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND:
CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions) JUDGE ______ DOCKET NUMBER ______

DATE 4/11/06 SIGNATURE OF ATTORNEY OF RECORD [signature] / Bruce W Gladstone

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG JUDGE ______

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. CA 06 170S<br><br>JURY TRIAL DEMANDED |

**COMPLAINT**

Plaintiff Tower Manufacturing Corporation, for its Complaint for patent infringement against defendant Shanghai ELE Manufacturing Corporation, alleges as follows:

**PARTIES**

1. Plaintiff Tower Manufacturing Corporation ("Tower") is a Rhode Island corporation having a place of business at 25 Reservoir Avenue, Providence, Rhode Island.

2. Upon information and belief, defendant Shanghai ELE Manufacturing Corporation ("Shanghai ELE") is a Chinese corporation having a regular and established place of business at Section 2, Xingcheng Industrial Zone, Qingpu, Shanghai, China, 201703.

## JURISDICTION AND VENUE

3. This is a civil action for damages and injunctive relief brought pursuant to the Patent Laws of the United States, Title 35, United States Code. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Shanghai ELE, an alien corporation which transacts business in the United States including by offering a leakage current detection and interruption device, or "LCDI", in the United States.

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

## GENERAL ALLEGATIONS

6. Tower is a locally-owned Rhode Island headquartered company that is a leading international innovator and manufacturer of wiring devices and electromechanical products, including LCDI products.

7. Tower has made and continues to make substantial investments in research and development in order to create and provide reliable LCDI products.

COUNT I: INFRINGEMENT OF U.S. PATENT NO. 6,738,241 B1

8. Plaintiff Tower repeats and realleges each and every allegation contained in paragraphs 1-7 of this Complaint with the same force and effect as if set forth in this Count.

9. On May 18, 2004, the United States Patent and Trademark Office duly and legally issued to Victor V. Aromin , as inventor, Letters Patent No. 6,738,241 B1 ("'241 Patent") entitled "Fireguard Circuit." Victor V. Aromin assigned the entire right, title and interest in the '241 Patent to Tower, which assignment is recorded in the United States Patent and Trademark Office at Reel No. 012741, Frame No. 0686.

10. Pursuant to 35 U.S.C. § 282, the '241 Patent is presumed valid.

11. Defendant Shanghai ELE has been and still is directly infringing, actively inducing infringement of, and/or contributorily infringing the '241 Patent by making, having made, using, importing, offering to sell, and/or selling in the United States directly and/or indirectly leakage current detection interrupters, or LCDI's, covered by claims of the '241 Patent. Such Shanghai ELE LCDI products offered and sold in the United States include, but are not limited to, its 10 amp, 125 VAC LCDI product (under the catalog number 00011000, bearing

Underwriters Laboratories' "RU" certification mark and file number E2250451), along with its 250 VAC LCDI product.

12. As a result of Shanghai ELE's infringement, plaintiff Tower has been damaged.

13. Unless enjoined by this Court, Shanghai ELE's infringement will continue and will result in irreparable harm to plaintiff Tower.

WHEREFORE, plaintiff Tower respectfully demands judgment against defendant Shanghai ELE as follows:

A. Preliminarily and permanently enjoining and restraining defendant Shanghai ELE, including its officers, directors, employees, agents, servants, successors and assigns, as well as all those in active concert and participation with any of them, from further infringement of United States Patent No. 6,738,241 B1 by, for example, making, using, importing, offering for sale, or selling LCDI products in the United States.

B. Assessing against defendant Shanghai ELE and awarding to plaintiff Tower damages sufficient to compensate for defendant's infringement of the '241 Patent, and conducting an accounting to determine such damages;

C. Increasing such damages three times the amount found or assessed, in light of the willful and deliberate nature of Shanghai ELE's infringement;

D. Declaring that this patent infringement case is "exceptional" and awarding plaintiff Tower its reasonable attorneys' fees and costs as provided by 35 U.S.C. § 285;

E. Granting to plaintiff Tower such other and further relief as this Court may deem just and proper.

# JURY DEMAND

Plaintiff Tower hereby demands trial by jury as to all issues in this action triable of right by a jury.

Dated: April 11, 2006

Respectfully submitted,

PLAINTIFF
TOWER MANUFACTURING CORPORATION,

By its attorneys:

Bruce W. Gladstone
Email: bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401.331.5700
Fax: 401.331.5787

Of Counsel:

Thomas F. Holt, Jr.
(RI Bar No. 4981)
Email: tholt@klng.com
John J. Cotter
Email: jcotter@klng.com
James E. Fajkowski
Email: jfajkowski@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Fax: (617) 261-3175