IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TOWER MANUFACTURING CORPORATION, | ) | |
| | ) | No. 06-00170-S-DLM |
| Plaintiff, | ) | |
| V. | ) | |
| | ) | |
| SHANGHAI ELE MANUFACTURING CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, Shanghai ELE Manufacturing Corporation states that it is a privately held corporation with no other related entities.

Defendant,
SHANGHAI ELE MANUFACTURING CORPORATION,
By its Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-Mail: jbrenner@nixonpeabody.com

Of Counsel:

Tony D. Chen (tchen@agsk.com)
William J. O'Brien (wobrien@agsk.com)
Marshall B. Grossman (mgrossman@agsk.com)
ALSCHULER GROSSMAN LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404
Tel: (310) 907-1000
Fax: (310) 907-2000

Dated: November 6, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Bruce W. Gladstone, Esq., at bgladstone@cm-law.com, identified on the Notice of Electronic filing (NEF) and paper copies will be sent via regular mail, postage prepaid to Thomas F. Holt, Esq., Kirkpatrick & Lockhart Nicholson Graham LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950 on this 6th day of November, 2006.

/s/ Jeffrey S. Brenner