UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION, Plaintiff, v. SHANGHAI ELE MANUFACTURING CORPORATION, Defendant. | Docket No.: 06-170S |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION**

***PRO HAC VICE* OF LARISSA S. BIFANO**

I, Larissa S. Bifano, declare that:

1. My office address and contact information are:

Kirkpatrick & Lockhart Nicholson Graham, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 951-9139
Facsimile: (617) 261-3175
Email: lbifano@klng.com

2. I have been admitted to and remain in good standing before the bars of the following State Courts and United States Courts:

| | |
|---|---|
| Commonwealth of Massachusetts | 2005 |
| United States District Court for the District of Massachusetts | 2006 |

I have been admitted pro hac vice for the action, Tower Manufacturing Corporation v. Technology Research Corporation, Case No. 1:06-212-T-DLM pending in the District of Rhode Island.

3. I have not been denied admission by this court or any other court. I have not been disciplined by this court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Rhode Island.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2006

Larissa Bifano

Larissa S. Bifano (Mass Bar ID #663105)