**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br>Defendant. | Docket No.: 06-170S |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION**

***PRO HAC VICE* OF JOHN J. COTTER**

I, John J. Cotter, declare that:

1. My office address and contact information are:

Kirkpatrick & Lockhart Nicholson Graham, LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3178
Facsimile: (617) 261-3175
Email: jcotter@klng.com

2. I have been admitted to and remain in good standing before the bars of the following State Courts and United States Courts:

| | |
|---|---|
| Commonwealth of Massachusetts | 1989 |
| State of New York | 1990 |
| United States District Court for the District of Massachusetts | 1991 |
| United States District Courts for the Southern and Eastern Districts of New York | 1990 |
| U.S. Court of Appeals for the Federal Circuit | 1991 |
| U.S. Court of Appeals, Eleventh Circuit | 1999 |
| U.S. Court of Appeals, Ninth Circuit | 2000 |
| U.S. Supreme Court | 1996 |

I have been admitted pro hac vice for the action, Tower Manufacturing Corporation v. Technology Research Corporation, Case No. 1:06-212-T-DLM pending in the District of Rhode Island.

3. I have not been denied admission by this court or any other court. I have not been disciplined by this court or any other court, except for a fully satisfied fifty dollar sanction on March 3, 1999 in Civil Action No. 1:98-CV-10963-DPW, regarding a pre-filing discovery motion conference under D. Mass. Local Rule 7.1, where I remain active and in good standing.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Rhode Island.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2006

John J. Cotter (Mass Bar ID #554524)