Original Source Doc 11/20/06 page 1 of 7

# 美国联邦地区法院
# 罗德岛州管区

| | |
|---|---|
| TOWER 制造有限公司,<br><br>原告,<br><br>诉<br><br>上海益而益电器制造有限公司,<br><br>被告. | 民事案号 CA 06 170S |

## 章龙的事实陈述书

我，章龙，供述并阐明如下：

一、 我是上海益而益电器制造有限公司（以下简称“上海益而益”）首席执行官。除了那些已注明为基于对二手资料的相信以外，我在此的供述都是基于我的亲身所知。如果被传唤出庭作证，我将可以、愿意并且有能力为下面所陈述的事实作证。

二、 上海益而益是一家私家拥有的家用电器制造商，总部位于中国上海市，其它制造场地位于中国江苏省和浙江省。

Original Source Doc page 2 of 7 11/20/06 Tingting Martin

三、 上海益而益在美国境内（包括罗德岛州）没有子公司、分支机构、办公室或工厂，上海益而益在美国境内（包括罗德岛州）也不拥有或租赁任何财产，没有银行或投资帐户，不雇用任何雇员。

四、 上海益而益在罗德岛州或美国任何其它州都没有法律文件送达的授权收受代理人。

五、 我自己和上海益而益的其他股东、董事、官员或雇员从来没有访问过罗德岛州。

六、 上海益而益从来没有向罗德岛州的任何分销商、零售商或普通消费者直接推销或销售过任何产品。

七、 上海益而益从来没有在罗德岛州境内做过任何有关其产品的广告，也没有用过任何其它广告公司或代理人在罗德岛州境内为其产品做广告。

八、 上海益而益在罗德岛州没有营业电话帐户或电话号码，在美国境内也没有免费长途营业电话帐户或电话号码。

九、 上海益而益从来没有直接通过其互联网网站向罗德岛州的任何分销商、零售商或普通消费者销售过任何产品或做过任何生意。

REGISTRAR-RECORDER/COUNTY CLERK · COUNTY OF LOS ANGELES · CALIFORNIA

Original Source Doc page 3 of 7 11/20/06

十、 目前在美国市场上销售的上海益而益产品有两种，但都不是由上海益而益在美国直接进口或销售的。这两种产品中一种是和本案无关的接地故障断路器(GFCI)，另一种是漏电探测断路器(LCDI)。

十一、 上海益而益的 GFCI 产品是在中国卖给了中国的出口商，中国的出口商再将 GFCI 产品卖给美国的进口商，产品最终通过美国的分销商和零售商在美国市场上销售出去。

十二、 上海益而益从来没有向罗德岛州的任何分销商、零售商或普通消费者直接推销或销售过任何上海益而益的 GFCI 产品。

十三、 上海益而益从来没有在罗德岛州境内做过任何有关其 GFCI 产品的广告，也没有用过任何其它广告公司或代理人在罗德岛州境内为其 GFCI 产品做广告。

十四、 上海益而益从来没有直接通过其互联网网站向罗德岛州的任何分销商、零售商或普通消费者销售过任何其 GFCI 产品。

十五、 上海益而益的 LCDI 器件没有作为一个独立的最终产品在普通消费者市场上出售过，而是卖给了在中国的空调机制造商（包括南韩的 LG 电子有限公司在中国天津的制造工厂），制造商再将 LCDI 器件作为一个部件装配在他们的空调机产品中，之后空调机的整机被和上海益而益完全无关的商家出口到了美国销售。

REGISTRAR-RECORDER/COUNTY CLERK COUNTY OF LOS ANGELES · CALIFORNIA

Original Same
page 4 of 7
11/20/06

十六、 据我了解并相信，装有我们的 LCDI 器件作为一个部件的空调机整机在美国市场上的平均价格大约是每台一百美元，而其中 LCDI 部件的价值只有大约四美元，即每台整机价值的百分之五以下。

十七、 上海益而益从来没有向罗德岛州的任何制造商、分销商、零售商或普通消费者直接推销或销售过任何上海益而益的 LCDI 产品。

十八、 上海益而益从来没有在罗德岛州境内做过任何有关其 LCDI 产品的广告，也没有用过任何其它广告公司或代理人在罗德岛州境内为其 LCDI 产品做广告。

十九、 上海益而益从来没有直接通过其互联网网站向罗德岛州的制造商、分销商、零售商或普通消费者销售过任何其 LCDI 产品。

二十、 虽然上海益而益了解其产品有可能最终在美国销售，并根据中国出口商或制造商的要求得到 UL 实验室的认可。但是，上海益而益对其产品在美国的进口及销售完全没有控制，更不用说控制在美国的哪里销售此产品。

二十一、 更具体地说，上海益而益就其产品是否将在罗德岛州销售、还是实际已经在罗德岛州销售过，没有一点了解或控制。



Original Same as page 5 of 7 11/20/06 [illegible]

二十二、 上海益而益在自己的 GFCI 和 LCDI 产品上有过许多新发明，而且申请了并获得了多项中国专利，也有多项相应的美国专利和专利申请。但是没有一项上海益而益的产品是为了在罗德岛州的销售或使用而有目的地设计并特殊制造的。

二十三、 而且，上海益而益的产品不仅只在美国销售,（除了在中国境内销售之外）也在日本、南韩、泰国、俄国、欧洲国家、中东国家、加拿大、墨西哥、澳大利亚等国销售。只不过所有这些交易都是通过独立的第三方中间商进行的。

二十四、 强迫上海益而益在罗德岛州法院抗诉本案将会给其带来非常沉重且不合理的负担。如前所述，上海益而益在罗德岛州没有任何办事机构和人员。从中国上海到罗德岛州普洛维顿斯市需要二十来个小时。

二十五、 所有关于上海益而益的 GFCI 和 LCDI 产品的设计、发明、制造和销售的文件及材料, 包括但不只限于设计图纸、设备、原料、库存、制造和销售记录，财会记录等都储存在上海益而益在中国上海的总部或其在中国江苏省和浙江省的制造工厂里。

二十六、 上海益而益的知情人员和员工, 包括但不只限于发明人、研究和设计人员、工程师、技师、原料采购员、库存管理员、质量控制监督员，制造和销售人员和经理、会计、公司的高级主管等等，都居住在中国上海或中国江苏和浙江省。

REGISTRAR-RECORDER/COUNTY CLERK COUNTY OF LOS ANGELES, CALIFORNIA

Original source ... page 6 of 7 11/20/06

二十七、 由于中、美两国政府目前对于中国公民去美国旅行所作的限制，上海益而益的证人在审判时去美国为本案出庭作证会有许多困难。

二十八、 反过来讲，如果在中国打官司，对原告 Tower 制造有限公司（Tower）来讲就不是十分困难。据我了解并相信，Tower 在中国有相当大规模的业务交易，它的 LCDI 产品也销售给中国的空调机制造商来装配在空调整机上、然后再运回美国销售。

二十九、 我还了解到并相信，Tower 曾经接洽过许多中国的空调制造商，试图让他们停止购买上海益而益的 LCDI 产品而转去购买 Tower 的 LCDI 产品，进而将其组装到这些制造商的空调机上。

三十、 我还了解到并相信，在促发本案之后，Tower 还联络了许多中国的空调制造商并宣称上海益而益的 LCDI 产品侵犯了 Tower 的专利，试图使他们停止购买上海益而益的 LCDI 产品而转去购买 Tower 的 LCDI 产品。结果一些中国的空调机制造商留置了对上海益而益 LCDI 产品的订单。

三十一、 我了解到并相信，在装有 LCDI 保护的空调机方面 Tower 有美国市场的最大占有率（约三分之二），所以 Tower 完全知道谁是装有上海益而益 LCDI 产品的空调机的中国制造商、美国进口商、分销商和零售商，也完全有能力和资源向这些厂商提出专利侵权的诉讼。

Original Service 1:06
page 7 of 7
11/20/06 Linstingzelan

二十二、 上海益而益从来没有在美国制造、销售或使用过任何 LCDI 产品，所以没有侵犯到 Tower 的有效专利权。然而 Tower 仍然挑了上海益而益为唯一被告并在罗德岛州起诉上海益而益，完全是想利用上海益而益的困难，在案件的实质问题未经完全抗辩的情况下，得到一个对 Tower 有利的判决，进而用之要挟其它制造商只与 Tower 作生意，以达到垄断美国装有 LCDI 保护的空调机市场的非法目的。

我，根据美国法律，在犯伪证罪会受惩罚的效力下，宣称以上供述属真实无误，并于 2006 年 11 月 日签署此事实陈述书。

签名： 章晓

2006.11.16.

REGISTRAR-RECORDER/COUNTY CLERK
COUNTY OF LOS ANGELES · CALIFORNIA

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Bruce W. Gladstone, Esq., at bgladstone@cm-law.com, identified on the Notice of Electronic filing (NEF) and paper copies will be sent via regular mail, postage prepaid to Thomas F. Holt, Esq., Larissa S. Bifano, Esq. and John J. Cotter, Esq., Kirkpatrick & Lockhart Nicholson Graham LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950 on this 21st day of November, 2006.

/s/ Jeffrey S. Brenner