## DECLARATION OF INTERPRETER/TRANSLATOR

I, Lingling Men Martin, say, I am a Court Certified Interpreter for the State of California; I am familiar with the English and the Chinese language; I have translated the attached "Declaration of Long Zhang" consisting of 6 pages, from Chinese to English, which will be submitted as a Court document. The foregoing is a true and correct translation of said document.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2006 at Los Angeles, California.

Lingling Men Martin

## CERTIFICATE

Based upon the declaration of Lingling Men Martin, that the attached document is a true and correct translation, I Conny B. McCormack, Registrar-Recorder/County Clerk of the State of California, in and for the County of Los Angeles, in accordance with Government Code Section 27293, do hereby certify the document.

Date: 11/20/06 # of pages certified: 13

Interpreter/Translator #: 301082 Web site verified: ______

WWW.COURTINFO.CA.GOV/PROGRAMS/COURTINTERPRETERS/MASTER.HTM

Deputy County Clerk

GMORLA

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Bruce W. Gladstone, Esq., at bgladstone@cm-law.com, identified on the Notice of Electronic filing (NEF) and paper copies will be sent via regular mail, postage prepaid to Thomas F. Holt, Esq., Larissa S. Bifano, Esq. and John J. Cotter, Esq., Kirkpatrick & Lockhart Nicholson Graham LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950 on this 21st day of November, 2006.

/s/ Jeffrey S. Brenner