UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. CA 06 170S |

**DECLARATION OF TONY D. CHEN**
**IN SUPPORT OF SHANGHAI ELE MANUFACTURING CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Tony D. Chen, declare as follows:

1. I am an Partner at Alschuler, Grossman, Stein & Kahan LLP, counsel of record in this action for Shanghai ELE Manufacturing Corporation. I am a member of the Bar of the State of California. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. On November 17, 2006, I performed a search on the Internet and found Tower Manufacturing Corporation's Internet website www.towermfg.com, and printed out the "Home" page, the "About Us" page and the "Contact Us" page from the website. Exhibit A attached hereto are true and correct copies of my print out of these web pages.

3. On the "Home" page, Tower Mfg. states that it is "a leading international manufacturer of wiring devices and electromechanical products."

4. On the "About Us" page, Tower Mfg. states that it is "manufacturing in Shenzhen China and Providence, Rhode Island with sales and purchasing offices in USA, Hong Kong and Taiwan", and "We do 90% of our manufacturing in our China facility."

5. On the "About Us" page, Tower Mfg. also states that it "is a member in several business organizations, such as NEMA, NFPA, AHAM..." (NEMA stands for National Electrical Manufacturers Association, NFPA stands for National Fire Protection Association, and AHAM stands for Association of Home Appliance Manufacturers).

6. On the "Contact Us" page, Tower Mfg. has listed its oversea's offices in Taiwan and Hong Kong, China.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 17th day of November, 2006 at Santa Monica, California.

Tony D. Chen

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Bruce W. Gladstone, Esq., at bgladstone@cm-law.com, identified on the Notice of Electronic filing (NEF) and paper copies will be sent via regular mail, postage prepaid to Thomas F. Holt, Esq., Larissa S. Bifano, Esq. and John J. Cotter, Esq., Kirkpatrick & Lockhart Nicholson Graham LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950 on this 21st day of November, 2006.

/s/ Jeffrey S. Brenner