# EXHIBIT A

TOWER MANUFACTURING CORPORATION

Specialists in Electromechanical Devices

Home
About Us
Products
Distribution
Contact Us

Welcome to Tower Manufacturing, a leading international manufacturer of wiring devices and electromechanical products.



Whether your needs are OEM, Retail, commercial, distribution or Industrial, our experienced U.S. based sales and engineering staff will work with you to meet all of your requirements from the design stage through production.

Our Product Offerings include:

- Ground Fault Circuit Interrupters (GFCIs and ALCIs)
- Thermostats
- Switches ( rotary, rocker, slide, cord, toggle)
- Custom Printed Circuit Board assemblies
- Buzzers
- Custom windings / Solenoids

***TOWER***
MANUFACTURING
CORPORATION
25 Reservoir Avenue
Providence, RI 02907
Ph: 401-467-7550
Fx: 401-461-2710

TOWER MANUFACTURING CORPORATION

Specialists in Electromechanical Devices

- Home
- About Us
- Products
- Distribution
- Contact Us

**TOWER**
MANUFACTURING
CORPORATION
25 Reservoir Avenue
Providence, RI 02907
Ph: 401-467-7550
Fx: 401-461-2710

## About Us

Tower Manufacturing Corporation was established in 1957 in Providence, Rhode Island, USA. In the past 47 years of its history, it has grown steadily into a world class international company. The company is headquartered in the USA, with manufacturing in Shenzhen China and Providence, Rhode Island with sales and purchasing offices in USA, Hong Kong and Taiwan. Our purchasing offices source globally the best quality components at the most competitive prices.

Tower is a well established and stable company, which is privately owned by the Shatkin family, who are the sole shareholders of the company. The Shatkin family has a succession plan in place for the next 30 years in order to assure continuity into the future.

By virtue of its ownership and management style, the decisions are made expeditiously, crucial ones immediately, important ones within a couple of days and a little longer when vendor response is required.

Our product lines are comprised of Appliance Switches, Thermostats, Appliance Leakage Current Interrupters (ALCI's), Ground Fault Circuit Interrupters (GFCI's), Equipment Leakage Current Interrupters (ELCI's), Leakage Current Detection and Interruption Devices (LCDI's), Wiring Devices, Connectors, Custom PCB Assemblies, Electronic/ Electro-Mechanical Controls and Devices.

The product design and development is done primarily at the USA headquarters. The China support engineering staff participates actively in the design review and design for manufacturing and quality functions. Tower utilizes state of the art design tools, such as 3D modeling (Solid Works), AutoCad and SLA modeling. The products are UL Listed/Recognized, CSA Certified and some have European agency approvals (VDE, SEMKO, DEMKO etc.). The designs are constantly reviewed for cost savings and improvement, which can be passed on to the customers. On virtually every product that we manufacture we perform extensive in-house testing in our UL and CSA approved laboratory to confirm that our products are in compliance with the applicable agency certification standards.

Tower is a member in several business organizations, such as NEMA, NFPA, AHAM, NEC and is constantly in touch with CPSC and UL to be informed of the proposals and changes to the products for safety. Tower is also member of the STP committees at UL on GFCI's and participates in various meetings organized by UL and NEMA. This enables Tower to be aware of the contemplated changes and new products to be manufactured in the future.

We do 90% of our manufacturing in our China facility. The critical metal stampings are fabricated in USA and shipped to the China factory.

In order to be more competitive in the marketplace Tower started manufacturing in Taiwan in 1984. Subsequently, in 1987 the production was moved to China prompted by most of our new potential customers. In January of 2000 Tower moved into a new industrial complex in Shenzhen, to accommodate its rapid growth. This facility has 260,000 sq. ft. including manufacturing and dormitories for 2500 workers as well as a cafeteria and other worker amenities. Recently, Tower has finished construction of an additional 320,000 sq.ft., and with this new addition we can accommodate a total of 5,000 production workers.

The China factory is ISO 9002 certified. It has all of the procedures and systems in place designed for the critical standards required by our world class customers. Tower products undergo in depth Reliability Testing not only prior to releasing for production but also after the products are in production.

All tooling first articles are inspected by the Q.C departments in the USA and China, and the

tooling dispositions are made by the U.S. engineering department. Samples of components from production in China are sent on a monthly basis to our Q.C. department for audit. Samples from production are life tested in our UL approved China laboratory on a regular basis. Surge testing is done at the USA test laboratory.

What you can expect from Tower is Dependability, Quality, On-Time Delivery, Competitive Pricing and Service. When the customer talks we listen and respond quickly because all of our employees have a sense of urgency. That is our motto and that is our philosophy.

TOWER MANUFACTURING CORPORATION

Specialists in Electromechanical Devices

Home
About Us
Products
Distribution
Contact Us

*TOWER*
MANUFACTURING
CORPORATION
25 Reservoir Avenue
Providence, RI 02907
Ph: 401-467-7550
Fx: 401-461-2710

## Contact Us

***TOWER*** **MANUFACTURING CORPORATION – US HEADQUARTERS**
25 Reservoir Avenue
Providence, RI 02907
Ph: 401-467-7550 ext. 134
Fx: 401-461-2710
Email: **sales@towermfg.com** (Michael Pitkin, Sales Manager -U.S.)

GFCI Sales/Distribution Inquiries **Click Here** (John Otto, GFCI Sales/Distribution Manager)

Click here for **directions**.

**Tower Switches Limited – Hong Kong Office**
25 Hung To Road 8 th Floor
Kwun Tong, Kowloon
Hong Kong
Ph: 2343-1366
Fx: 2343-4009
Email: **bernard@tower.com.hk** ( Bernard Tang, Sales Manager-Asia)

**Tower Safety International Limited**
82, section 3, BeiSin Road 10F-1, SinDien
Taipei County, Taiwan, R.O.C.
Ph: (886)2 29185979
Fx: (886)2 29186129
Email: **towertwn@ms14.hinet.net** (Misherr Liu, Executive Director)