UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. 06-170S |

**JOINT STIPULATED MOTION FOR A ONE MONTH EXTENSION OF TIME FOR TOWER TO RESPOND TO DEFENDANT SHANGHAI ELE'S MOTION TO DISMISS**

Plaintiff Tower Manufacturing Corporation ("Tower") and Defendant Shanghai ELE Manufacturing Corporation ("Shanghai ELE") jointly file this Stipulated Motion for One Month Extension of Time for Tower to Respond to Shanghai ELE's Motion to Dismiss. The original response deadline was December 8, 2006. The parties stipulate that the deadline be extended to January 8, 2006. The parties are presently discussing the scope and timing of certain discovery limited to the issues raised by Shanghai ELE's Motion to Dismiss.

Dated: December 7, 2006

Respectfully submitted,

PLAINTIFF
TOWER MANUFACTURING CORP.,

By its attorneys:

/s/ Bruce W. Gladstone
Bruce W. Gladstone #2643
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401-331-5700
Fax: 401-331-5787
Email: bgladstone@cm-law.com

John J. Cotter
Larissa S. Bifano
*(pro hac vice pending)*
Email: jcotter@klng.com
Email: lbifano@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617.261.3100
Fax: 617.261.3175

DEFENDANT
SHANGHAI ELE MANUFACTURING CORP.

By its attorneys:

/s/ Jeffrey S. Brenner
Jeffery S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel.: 401-454-1042
Fax: 401-454-1030
Email: jbrenner@nixonpeabody.com

Tony D. Chen
*(pro hac vice pending)*
Email: tchen@agsk.com
ALSCHULER GROSSMAN STEIN & KAHAN LLP
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Tel.: 310.225.9025
Fax: 310.907.2025

G:\pec\SHALO-TOWER 28123\Shanghai ELE\Joint Stipulated Motion to Extend Time.doc

CERTIFICATION

The undersigned hereby certifies that on the 6th day of December, 2006, a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipient identified as a registered participant on the Notice of Electronic Filing (NEF):

Jeffrey S. Brenner, Esquire
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Phone: 401-454-1000
Fax: 401-454-1030
jbrenner@nixonpeabody.com

In addition, a copy of the foregoing was served via **first class mail, postage prepaid** upon the following attorneys of record, who have not been identified as ECF recipients:

| | |
|---|---|
| Tony D. Chen, Esq.<br>Alschuler Grossman Stein & Kahan LLP<br>1620 26th Street<br>Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Phone: 310-255-9025<br>Fax: 310-907-2025<br>tchen@agsk.com | Co-counsel:<br>John J. Cotter, Esquire<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950<br>Phone: 617-261-3100<br>Fax: 617-261-3175<br>jcotter@klng.com |
| | |
| | Co-counsel:<br>Larissa S. Bifano, Attorney at Law<br>Kirkpatrick & Lockhart Nicholson<br>Graham LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>Phone: 617-951-9139<br>Fax: 617-261-3175<br>lbifano@klng.com |

/s/ Bruce W. Gladstone