IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Tower Manufacturing Corporation,<br>Plaintiff,<br>vs.<br>Shanghai ELE Manufacturing Corporation,<br>Defendant. | Civil Action No. 06-170S-DLM |

**JOINT STIPULATED MOTION FOR AN EXTENSION OF TIME TO OBJECT TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Tower Manufacturing Corporation ("Tower") and Defendant Shanghai ELE Manufacturing Corporation ("Shanghai ELE") jointly stipulate and move the Court to extend the deadline for Tower to respond to Shanghai ELE's Motion to Dismiss until the Court can rule on Shanghai ELE's pending motion for a protective order and Tower's forthcoming motion to compel discovery, both of which bear on the scope of jurisdictional discovery.

Shanghai ELE has moved for a protective order that seeks to prevent Tower from deposing Shanghai ELE's U.S. agents and affiliates. Likewise, Tower will move to compel discovery of defendant Shanghai ELE Manufacturing Corporation's ("Shanghai ELE") contacts with the United States, whether direct or indirect. Under a regular briefing schedule, Shanghai ELE's Motion for a Protective Order and Tower's Motion to Compel Discovery would not be fully briefed and ruled upon until after the January 8, 2007 deadline to respond to Shanghai ELE's Motion to Dismiss. Specifically, those motions would not be fully briefed until January 23, 2007 (Motion for Protective Order) and approximately February 5, 2007 (Motion to Compel).

Accordingly, the parties have agreed to extend the deadline for Tower to respond from January 8, 2007 to a date based on when the Court rules on jurisdictional discovery. If Shanghai ELE prevails on its motion for a protective order and on Tower's motion to compel discovery, Tower will respond within five business days after the Court decides the last of the two motions. If, however, the Court grants Tower additional discovery, Tower will respond to Shanghai ELE's motion to dismiss within five business days of Shanghai ELE's full compliance with the order. For example, if compliance involves a deposition, whether under Rule 30 or Rule 45, Tower will respond within five business days of receipt of the transcript. If compliance requires Shanghai ELE to supplement its responses to Tower's written discovery requests, then Tower will respond within five business days of receiving Shanghai ELE's supplemental interrogatory responses or documents, or the latter of the two. In any event, Tower will respond within five business days of the latter of all dates of compliance.

Therefore, the parties respectfully request that the Court suspend the current briefing schedule in accordance with the above stipulation.

Dated: January 4, 2007

Respectfully submitted,

Defendant,
Shanghai ELE Manufacturing Corp.

By its attorneys:

/s/Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel.: 401.454.1042
Fax: 401.454.1030
Email:jbreener@nixonpeabody.com

Plaintiff,
Tower Manufacturing Corp.

By its attorneys:

/s/Bruce Gladstone
Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401.331.5700
Fax: 401.331.5787
Email: bgladstone@cm-law.com

G:\pec\SHALO-TOWER 28123\Shanghai ELE\Pldgs\Stipulated Motion for Ext. of Time.doc

Tony D. Chen
(*pro hac vice*)
Alschuler Grossman Stein & Kahan LLP
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Tel.: 310.225.9025
Fax: 310.907.2025
Email: tchen@agsk.com

John J. Cotter (*pro hac vice*)
Larissa S. Bifano (*pro hac vice*)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617.261.3100
Fax: 617.261.3175
Email: jcotter@klgates.com
Email: lbifano@klgates.com

CERTIFICATION

The undersigned hereby certifies that on the 4th day of January, 2007 a copy of the foregoing was filed through the ECF system, and was served **electronically** to the following recipient identified as a registered participant on the Notice of Electronic Filing (NEF):

Jeffrey S. Brenner, Esquire
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Phone: 401-454-1000
Fax: 401-454-1030
jbrenner@nixonpeabody.com

In addition, a copy of the foregoing was served via **first class mail, postage prepaid** upon the following attorney of record, who has not been identified as an ECF recipient:

Tony D. Chen, Esq.
Alschuler Grossman Stein & Kahan LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Phone: 310-255-9025
Fax: 310-907-2025
tchen@agsk.com

/s/ Bruce W. Gladstone