UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. CA 06 170S |

**NOTICE OF CHANGE OF FIRM NAME**

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective January 1, 2007, Alschuler Grossman Stein & Kahan LLP has changed its name to:

ALSCHULER GROSSMAN LLP

Our address and telephone numbers will remain the same:

The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

Telephone: (310) 907-1000
Facsimile: (310) 907-2000

In our email addresses, "agsk" has been changed to "alschuler":

tchen@alschuler.com
mgrossman@alschuler.com
wobrien@alschuler.com

Dated: January 5, 2007

Respectfully submitted

DEFENDANT
SHANGHAI ELE MANUFACTURING
CORPORATION,

By its attorneys

/s/ Tony D. Chen

Tony D. Chen
Email: tchen@agsk.com
ALSCHULER GROSSMAN LLP
Tony D. Chen
Marshall B. Grossman
William J. O'Brien
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Telephone: 310-225-9025
Fax: 310-907-2025

tchen@alschuler.com
mgrossman@alschuler.com
wobrien@alschuler.com

Of Counsel:

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner
Email: jbrenner@nixonpeabody.com
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: 401-454-1030
Fax: 401-454-1042

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, Bruce W. Gladstone, Esq., at bgladstone@cm-law.com, Larissa S. Bifano, Esq., at lbifano@klng.com, John J. Cotter, Esq., at jcotter@klng.com, and William O'Brien, Esq., at wobrien@agsk.com, identified on the Notice of Electronic filing (NEF) on this 5th day of January, 2007.

/s/ Jeffrey S. Brenner