UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. 06-170S |

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE that, effective January 1, 2007, Kirkpatrick & Lockhart Nicholson Graham LLP has changed its name to:

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Our address and telephone numbers will remain the same:

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Telephone: (617) 261-3100
Facsimile: (617) 261-3175

In our email addresses, "klng" has been changed to "klgates" and the full names of the attorneys are now included, separated by a period, as follows:

john.cotter@klgates.com
larissa.bifano@klgates.com

Our prior email addresses will continue to function.

Dated: January 5, 2007

Respectfully submitted,

PLAINTIFF
TOWER MANUFACTURING CORPORATION,

By its attorneys:

/s/

Larissa S. Bifano
(*admitted pro hac vice*)
Email: larissa.bifano@klgates.com
John J. Cotter
(*admitted pro hac vice*)
Email: john.cotter@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Fax: (617) 261-3175

Bruce W. Gladstone (#2643)
Email: bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401.331.5700
Fax: 401.331.5787

CERTIFICATE OF SERVICE

I, Larissa S. Bifano, certify that on January 5, 2007, a true and correct copy of THE NOTICE OF CHANGE OF FIRM NAME was served upon the attached Service List in the manner indicated.

s/ Larissa S. Bifano

**SERVICE LIST**

| | | |
|---|---|---|
| Jeffrey S. Brenner<br>**Nixon Peabody LLP**<br>One Citizens Plaza<br>Providence, RI 02903 | ECF | Local Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Tony D. Chen<br>**Alschuler Grossman LLP**<br>1620 26th Street, Suite 4000N<br>Santa Monica, CA 90404-4060 | ECF | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Bruce W. Gladstone<br>**Cameron & Mittleman LLP**<br>56 Exchange Terrace<br>Providence, RI 02903 | ECF | Local Counsel for Plaintiff,<br>**Tower Manufacturing Corp.** |

BOS-1042160 v2