UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. 06-170S |

**PLAINTIFF TOWER'S OBJECTION TO**
**DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Plaintiff Tower Manufacturing Corporation objects to Defendant Shanghai ELE Manufacturing Corporation's Motion for Protective Order. In support of this Objection, Tower is filing an accompanying Memorandum entitled: "PLAINTIFF TOWER'S MEMORANDUM IN SUPPORT OF TOWER'S OBJECTION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER." Tower requests that the Motion for Protective Order be denied.

Dated: January 8, 2007

Respectfully submitted,

PLAINTIFF
TOWER MANUFACTURING CORP.,

By its attorneys:

/s/

John J. Cotter
Larissa S. Bifano
(*pro hac vice*)
Email: jcotter@klgates.com
Email: lbifano@klgates.com
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617.261.3100
Fax: 617.261.3175

Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401.331.5700
Fax: 401.331.5787
Email: bgladstone@cm-law.com

CERTIFICATE OF SERVICE

I, Larissa S. Bifano, certify that on January 8, 2007, a true and correct copy of PLAINTIFF TOWER'S OBJECTION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER was served upon the attached Service List in the manner indicated.

s/ Larissa S. Bifano

**SERVICE LIST**

| | | |
|---|---|---|
| Jeffrey S. Brenner<br>**Nixon Peabody LLP**<br>One Citizens Plaza<br>Providence, RI 02903 | ECF | Local Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Tony D. Chen<br>**Alschuler Grossman LLP**<br>1620 26th Street, Suite 4000N<br>Santa Monica, CA 90404-4060 | ECF | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Bruce W. Gladstone<br>**Cameron & Mittleman LLP**<br>56 Exchange Terrace<br>Providence, RI 02903 | ECF | Local Counsel for Plaintiff,<br>**Tower Manufacturing Corp.** |

BOS-1042160 v2