# EXHIBIT C

K&L®
Kirkpatrick & Lockhart Nicholson Graham LLP

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

December 14, 2006

Larissa S. Bifano
617.951.9139
Fax: 617.261.3175
lbifano@klng.com

**Via First Class Mail and Facsimile**

Tony D. Chen, Esq.
Alschuler Grossman Stein & Kahn LLP
1620 26th St.
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

Re: Tower Manufacturing Corporation v. Shanghai ELE Manufacturing Corporation
Case No. 06-170S

Dear Mr. Chen:

Please find enclosed a Notice of Rule 30(b)(6) Deposition of Shanghai ELE Manufacturing Corporation, directed to its customer support center in America, as referenced on its web page. Although the notice sets the deposition for December 28, 2006 at Kirkpatrick & Lockhart Nicholson Graham in Boston, we are willing to discuss a mutually convenient U.S. location and date for this deposition.

Thank you for your attention to this matter. Please do not hesitate to contact me with any questions or concerns.

Kind regards,

Larissa Bifano

Larissa S. Bifano

Enclosures

cc: Bruce Gladstone, Esq. (w/encls.)
Jeffery Brenner, Esq. (w/encls.)