# EXHIBIT D

ALSCHULER GROSSMAN STEIN & KAHAN LLP
ATTORNEYS AT LAW

TONY D. CHEN
ATTORNEY AT LAW
TCHEN@AGSK.COM
Direct Dial: 310-255-9025
Direct Fax: 310-907-2025

OUR FILE NUMBER
13764-207036

December 18, 2006

Larissa S. Bifano, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Re *Tower Mfg. Corp. v. Shanghai ELE Mfg. Corp.*
U.S. District Court Rhode Island No: CA 06-170S

Dear Ms. Bifano:

I am writing this letter to you concerning the Notice of Rule 30(b)(6) Deposition of Shanghai ELE Mfg. Corp. that we received from you last Thursday.

It is our belief that the Notice is completely inappropriate. We request you to withdraw it voluntarily on or before 5:00 p.m. PST, Wednesday, December 20th, 2006, otherwise we will be left with no choice but to seek a protective order from the Court and we reserve our option to further seek sanctions against Tower Mfg. Corp. and/or its counsel for our costs and fees incurred in connection therewith.

Please contact me with your further questions or concerns.

Very truly yours,

T. D. Chen

Tony D. Chen

TDC:js

cc: Jeffrey Brenner, Esq.

917465_1.DOC