# EXHIBIT E

K&L®

Kirkpatrick & Lockhart Nicholson Graham LLP

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

December 20, 2006

Larissa S. Bifano
617.951.9139
Fax 617.261.3175
lbifano@klng.com

**Via First Class Mail and Facsimile**

Tony D. Chen, Esq.
Alschuler Grossman Stein & Kahn LLP
1620 26th St.
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

Re: Tower Manufacturing Corporation v. Shanghai ELE Manufacturing Corporation
Case No. 06-170S

Dear Mr. Chen:

This is in response to your December 18, 2006 letter. Your letter categorically objects to Tower's Notice of Rule 30(b)(6) Deposition as "inappropriate," but without any explanation. Your letter also threatens to seek sanctions in connection with the Notice but, again, without explanation. In an effort to resolve the matter, we offer the following.

We understand from Shanghai ELE Mfg. Corp.'s website that there is an affiliated customer support center in the United States. Employees or other representatives from this customer support center should be well suited to testify about the topics identified in the Notice. To the extent these individuals are not affiliated with the Defendant, despite the statements in its website, Tower will seek to depose them under Rule 45. Either way, Tower is entitled to a deposition.

In any case, please provide the specific reasons behind your objection, including citation to the specific authority that supports your position. Once you have explained your position, we will consider any possible alternatives.

If you would like to discuss this matter further, please inform me of a convenient time for you to discuss this matter over the phone.

Kirkpatrick & Lockhart Nicholson Graham LLP



Please do not hesitate to contact me with any questions or concerns.

Kind regards,

Larissa Bifano

Larissa S. Bifano

Enclosures

cc: Bruce Gladstone, Esq.
Jeffery Brenner, Esq.