# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br>Plaintiff,<br>v.<br>SHANGHAI ELE MANUFACTURING CORPORATION,<br>Defendant. | Civil Action No. 06-170 |

**PLAINTIFF TOWER'S FIRST SET OF INTERROGATORIES (NOS. 1-8) RELATING TO JURISDICTIONAL ISSUES**

Plaintiff Tower Manufacturing Corporation ("Tower") requests that Shanghai ELE Manufacturing Corporation ("Shanghai ELE") answer the following interrogatories in accordance with the definitions and instructions set forth below within two weeks after service.

**Definitions and Instructions**

A. "Documents" shall mean every writing or records of every type and description, including, but not limited to: correspondence, invoices, contracts, purchase orders, memoranda, tapes, stenographic or handwritten notes, studies, publications, books, pamphlets, pictures, films, videos, voice recordings, maps, charts, reports, surveys, minutes, statistical compilations, or electronic documents, such as documents on a

diskette, CD, DVD or hard drive or any other digital medium, and including metadata; and every copy of every such writing or record where such copy is not an identical copy of an original or where such copy contains any commentary or notation whatsoever that does not appear on the original.

B. "Person" shall mean any individual, firm, partnership, corporation, proprietorship, association, governmental body, or any other organization or entity.

C. "Date" shall mean the exact day, month and year if ascertainable, or, if not, the best available approximation (including by reference to other events).

D. "Identify" when used in reference to:

(1) an individual, means to state his or her full name, present or last known residential and business address, present or last known phone number, and present or last known employment position and/or business affiliation;

(2) a firm, partnership, corporation, proprietorship, joint venture, association, or other organization or entity, means to state its full name, present or last known address and place of incorporation or formation;

(3) a document, means to state the date, title (if any), each author, each recipient, type of document (i.e.,

publication, letter, memorandum, book, telegram, chart, etc.), other means of identifying it (e.g., Bates number), and its present location or custodian;

(4) a communication, means to state its date and place, the person(s) who participated in it or who were present during any part of it or who have knowledge about it and the substance of the communication; and

(5) a product, means to state the product's description, manufacturer, designation by the manufacturer thereof (e.g., proprietary name, established name, product classification number and/or catalog number), and brand name or trademark.

E. "Plaintiff" shall mean Tower its divisions, subsidiaries, affiliated or related companies, parents, agents, servants, employees, attorneys, and all persons in active concert and participation with Tower.

F. "Defendant," "you," shall mean defendant Shanghai ELE its predecessors, divisions, subsidiaries, affiliated or related companies, parents, agents, servants, employees, attorneys, and all persons in active concert and participation with Shanghai ELE.

G. "And" and "or" shall be construed both conjunctively and disjunctively and the singular shall be deemed to also refer to the plural and vice versa.

H. "All" or "each" shall both be construed as all and each.

I. "Relating to" and "relate to" and words to that effect shall mean, in addition to the customary and usual meaning of those words, refer or refer to, assess, describe, embody, evidence, mention, reflect or record.

J. "Concerning" and alternate forms of the word mean, in addition to the customary and usual meaning of the word, relating to, referring to, describing, evidencing or constituting.

K. "Leakage Current Detection Interrupter" or "LCDI" means any power delivery system having power and return lines and an electrical circuit in which a power switch is opened in the event that leakage or arcing current is detected.

L. With respect to any Interrogatory as to which an objection is made, state the specific grounds for the objection and respond to such Interrogatory to the extent to which there is no objection.

M. If Shanghai ELE objects to any Interrogatory, or any subpart thereof, on the ground that the Interrogatory requests the disclosure of a privileged attorney-client communication,

work product, or any other matter allegedly immune from discovery, state the date and general subject matter of the communication or work product, identify each person who was present at or participated in such communication, preparation of such work product, or other matter, and the basis for the claim or privilege or immunity.

## Interrogatories

1. Please identify and provide contact information, including the name, postal and email and address, phone number, and contact person of any companies, in or outside the United States, that have purchased or have contracted to purchase LCDIs from Shanghai ELE.

2. Please identify and provide contact information, including the name, postal and email address, phone number, and contact person of any companies, in or outside the United States, that have distributed or distribute products into the United States or the State of Rhode Island, where those products contain an LCDI manufactured by Shanghai ELE.

3. Please identify and provide contact information, including the name, postal and email address, phone number, and contact person of any companies, retailers, wholesalers, installers or suppliers in the United States, who have or had retail outlets, stores, distribution centers, warehouses, or other facilities in

the State of Rhode Island and also carry, carried, or have contracted to or agreed to carry products that contain an LCDI manufactured by Shanghai ELE.

4. Please identify any Rhode Island residents, companies, or retailers with stores in the State of Rhode Island, to whom Shanghai ELE has provided support or other services and provide a list of all the calls from or to Rhode Island that Shanghai ELE's customer support center has received or made.

5. Please identify any Rhode Island residents, companies or retailers who have purchased or inquired about Shanghai ELE's LCDIs through Shanghai ELE's website at http://www.elemfg.com, including information relating to website hits, traffic, emails, text messages, orders, inquiries and complaints by, from, or to persons located in Rhode Island.

6. Please identify and provide contact information, including the name and address, of any Rhode Island companies or individuals who own any stock or who possess an ownership interest in Shanghai ELE, including the identity and contact information for any Shanghai ELE American partner who owns Shanghai ELE's stock.

7. Please identify any distribution channels that would result in a Shanghai ELE LCDI being sold individually or as part of a

product in Rhode Island, including all LCDI customers, and the customers, distributors, agents, wholesalers, and retailers of those LCDI customers, and information on any restrictions against such sales.

8. For each of the foregoing Interrogatories, identify the individuals who are most knowledgeable with respect to the subject matter of the Interrogatory, including, but not limited to, the individuals who prepared or assisted in the preparation of the response to the Interrogatory or a portion the Interrogatory, and the individuals who were consulted in connection with providing a response to the Interrogatory.

Dated: December 8, 2006

Respectfully submitted,

PLAINTIFF
TOWER MANUFACTURING CORPORATION,

By its attorneys:

Larissa S. Bifano (*pro hac vice*)
Email: lbifano@klng.com
John J. Cotter (*pro hac vice*)
Email: jcotter@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Fax: (617) 261-3175

Bruce W. Gladstone
Email: bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: (401) 331-5700
Fax: (401) 331-5787

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served by facsimile and U.S. Mail, postage prepaid, this 8th day of December, 2006, upon:

Tony D. Chen
ALSCHULER GROSSMAN STEIN & KAHAN LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, California 90404-4060
Tel.: 310.225.9025
Fax: 310.907.2025

Jeffery Brenner
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel.: 401.454.1042
Fax: 401.454.1030

ATTORNEYS FOR DEFENDANT
Shanghai ELE Manufacturing Corporation

Larissa S. Bifano