PRODUCT SEARCH

About us/ ELE

- About ELE
- Institutional Framework
- History
- Enterprise Kudos
- Company Culture
- Mission

TECHNICAL SUPPORT
86-21-59756788
We will give you a flawless technical and service

## Company Info






Shanghai ELE MFG Corp. is a high-tech enterprise specialized in researching, manufacturing and marketing of the leakage circuit interrupter devices and ground-circuit safety devices of household and industrial electrical devices. It was founded in 1992 and then settled in Sec.2 Shanghai Xincheng Industrial zone of Shanghai in 2000 as the continuously increasing business.

By building the image, strengthening the diathesis and keeping the conception of human-oriented, our company has congregated a group of high technique experts and business administration professionals, who make up a strong team for R&D, production, quality assurance, distribution and follow-up service system since it set up. There are 700 employees, of which 90 percent of administrators are undergraduates, and workers are all subjected to pre-job training and selecting. High diathesis Employees ensure the high quality products. And we have a powerful technical team; all of them are undergraduates and have abundant knowledge of theory and practice, which establish a firm foundation of our R&D. All of our products have been certificated by UL and obtained American and domestic patent. And they are exported to all of the world. The research and development, manufacturing, marketing and follow-up service of the products strictly accord with ISO9001:2000 to ensure offering our customers with high-tech products of novelty, safe and stable quality. We have a big customer colony and keep a good business relationship with supermarkets of America and global household electronics.

In 2005, our company won stably development and the fixed assets come to 100 million, the production value reached to 200 million. We are now striding forward to the collectivized scale. Pursuing perfect quality and satisfying the requirement of customers is the quality guideline of ELE MFG. Keep improving and ending in best condition is the direction of going concerning ELE MFG. Under these guidelines, ELE MFG Corp. will become better and better.

Home enterprise

Links | Copyright Claim

Copyright©Shanghai ELE MFG Corp., All rights reserved Shanghai ICP.

No 1,lane 2933 Huqingping Rd,zhaoxiang Town,QingPu,Shanghai China postcode:201703
Tel:021-59756768 Fax:021-59756686 E-mail:info@elemfg.com

Design by hotsales