PRODUCT SEARCH

About us/ ELE

- About ELE
- Institutional Framework
- History
- Enterprise Kudos
- Company Culture
- Mission

TECHNICAL SUPPORT
86-21-59756768
We will give you a flawless technical and service

## Misson

Home > About ELE > About ELE

**A TRUSTFUL COMPANY MAY HELP YOU AHEAD SUCCESS.**

◇ **Perspective:**

Orientation of our products: Do what others are incapable to do; Do what others can not do; Do what others do not know what to do.

Orientation of our company: In the field of safety household electrical appliance, to be the lead brand in the world.

◇ **Core competitiveness:**

keen insight into the market.
The technical team of R&D relying on UL standard of America
Large-scale manufacturing capability.
15-years experience of safety electrical industry.

◇ **Technical and passionate global service:**

Have customer support center in America , providing global service.
Lifetime servicing of our products
24 hours response service
Satisfaction degree of customer: Send the questionnaire of customer satisfaction to customers at stated intervals to find out the
requirements of the customers, so we can improve our technical support policy then to provide better products and service to our customer.

◇ **Quality Assurance:**

Our company have passed ISO9001-2000.
The inner quality control system strictly accord with QS9000 of car industry.
The products are all under UL label.
All products are subject to strict pattern tests and end-of-life test.
Fully automated tester to simulate 100% test in UL standard.

◇ **Innovation and honor:**

We broke through the technical blockade of America and developed GFCI in 2003.
In 2004, we successfully developed Linkage Circuit Detect Interrupter (LCDI), the series become one of the first company coming into the
market.
In 2006, we broke through the technical blockade of America again and developed GFCI of 2006 version.
Acquired many invention patent of America.
Acquired Chinese Quality worth of believe enterprise