UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br>V.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br>Defendant. | C.A. No. 06-170/S |

**STIPULATION**

The parties hereby stipulate to the following:

1. Defendant may have up to and including Monday, January 29, 2007, to respond to Plaintiff's Motion to Compel Discovery.

Plaintiff,
Tower Manufacturing Corp.
By its Attorneys

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
Email: Bgladstone@sm-law.com
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Tel: (401) 331-5700
Fax: (401) 331-5787

Of Counsel:

Larissa S. Bifano (Admitted Pro Hac Vice)
Email: lbifano@klng.com
Kirkpatrick & Lockhart Nicholson Graham
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel: (617) 261-3100
Fax: (617) 261-3175

Defendant,
Shanghai ELE Manufacturing Corporation,
By its attorneys

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
Email: jbrenner@nixonpeabody.com
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Of Counsel:

Tony D. Chen (Pro Hac Vice)
Email: tchen@alschuler.com
Alschuler Grossman LLP
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Tel: (310) 225-9025
Fax: (310) 907-2025

Dated: January 18, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, Bruce W. Gladstone, Esq., at bgladstone@cm-law.com, and Larissa S. Bifano, Esq., at lbifano@klng.com, identified on the Notice of Electronic filing (NEF), on this 18th day of January, 2007.

/s/ Jeffrey S. Brenner