UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TOWER MANUFACTURING CORPORATION,<br>Plaintiff,<br>v.<br>SHANGHAI ELE MANUFACTURING CORPORATION,<br>Defendant. | ) | Docket No.: 06-170S-DLM |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION**

***PRO HAC VICE* OF ROBERT P. SMITH**

I, Robert P. Smith, declare that:

1. My office address and contact information are:

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 951-9146
Facsimile: (617) 261-3175
Email: rob.smith@klgates.com

2. I have been admitted to and remain in good standing before the bars of the following State Courts and United States Courts:

| | |
|---|---|
| Commonwealth of Massachusetts | 2000 |
| United States District Court for the District of Massachusetts | 2001 |

3. I have not been denied admission by this Court or any other court. I have not been disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Rhode Island.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2007

Robert P. Smith (Mass Bar ID #645765)

BOS-1041416 v1