**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION, Plaintiff,<br>v.<br>SHANGHAI ELE MANUFACTURING CORPORATION, Defendant. | Docket No.: 06-170S |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION**

***PRO HAC VICE* OF THOMAS A. TURANO**

I, Thomas A. Turano, declare that:

1. My office address and contact information are:

K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3148
Facsimile: (617) 261-3175
Email: thomas.turano@klgates.com

2. I have been admitted to and remain in good standing before the bars of the following State Courts and United States Courts:

| | |
|---|---|
| Supreme Court of the United States | 2000 |
| Supreme Judicial Court of Massachusetts | 1988 |
| United States Court of Appeals for the Federal Circuit | 1991 |
| United States Court of Appeals for the First Circuit | 1989 |
| United States District Court for the District of Massachusetts | 1989 |
| United States Patent and Trademark Office | 1992 |

I have been admitted pro hac vice for the action, Tower Manufacturing Corporation v. Technology Research Corporation, Case No. 1:06-212-T-DLM pending in the District of Rhode Island.

3. I have not been denied admission by this court or any other court. I have not been disciplined by this court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Rhode Island.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2007

Thomas A. Turano (Mass Bar ID #552168)

BOS-1041458 v1