CERTIFICATION

The undersigned hereby certifies that on the 26th day of January, 2007 a copy of the Motion for Thomas A. Turano to appear Pro Hac Vice was filed through the ECF system, and was served **electronically** to the following recipient identified as a registered participant on the Notice of Electronic Filing (NEF):

Jeffrey S. Brenner, Esquire
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Phone: 401-454-1000
Fax: 401-454-1030
jbrenner@nixonpeabody.com

In addition, a copy of the foregoing was served via **first class mail, postage prepaid** upon the following attorney of record, who has not been identified as an ECF recipient:

Tony D. Chen, Esq.
Alschuler Grossman LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Phone: 310-255-9025
Fax: 310-907-2025
tchen@alschuler.com

Marshall B. Grossman, Esq.
Alschuler Grossman LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Phone: 310-907-1000
Fax: 310-907-2000
mgrossman@alschuler.com

William J. O'Brien, Esq.
Alschuler Grossman LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Phone: 310-255-9025
Fax: 310-907-2025
wobrien@alschuler.com

/s/ Bruce W. Gladstone

G:\pec\SHALO-TOWER 28123\Shanghai ELE\Pldgs\CERTIFICATION PRO HAC Turano.doc