# EXHIBIT 2

**Tony Chen**

**From:** Tony Chen
**Sent:** Friday, December 01, 2006 4:57 PM
**To:** Bifano, Larissa S.
**Subject:** RE: Tower v. Shanghai ELE Discovery

Dear Ms. Bifano:

Thank you for your email and I will reply to you more substantively on next Monday or Tuesday. Have a nice weekend too!

Best regards,

*Tony D. Chen*

Tony D. Chen, Esq.
ALSCHULER GROSSMAN STEIN & KAHAN LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, California 90404-4060
+1 310-255-9025 (direct)
+1 310-907-2025 (direct fax)
tchen@agsk.com
+1 310-907-1000 (firm)
+1 310-907-2000 (firm fax)
www.agsk.com

---

**From:** Bifano, Larissa S. [mailto:lbifano@klng.com]
**Sent:** Friday, December 01, 2006 4:43 PM
**To:** Tony Chen
**Cc:** Cotter, John J.
**Subject:** Tower v. Shanghai ELE Discovery

Dear Mr. Chen,

It was a pleasure speaking with you this afternoon. As discussed in our conversation, we seek testimony and documents concerning the following:

1. The names of the companies that buy or distribute Shanghai ELE's LCDI's.
2. The names of air conditioner manufacturers that use Shanghai ELE LCDI plugs.
3. US Retail stores that carry those air conditioners.
4. Information relating to Shanghai ELE's United States support center, including who the manager is, a listing of all US calls made to the support center and a list of all US persons to whom the customer satisfaction survey is or has been sent.
5. Information regarding Shanghai ELE's website, especially the purchase order form, including evidence of parts requested by US persons using the purchase order form.
6. Information relating to Shanghai ELE's American partner company that owns 30% of ELE's

stock, including its name, location, and names of corporate officers and key employees.

7. ELE revenues from and orders for sales of LCDI's, broken down by air conditioner manufacturer and time period, with data on location of and date of sale or order.
8. Shanghai ELE's knowledge of where the LCDI plugs would be sold.

We will also need third party discovery from room air conditioner manufacturer customers and re-sellers, and Shanghai ELE's American partners.

Please let me know when you will be available to discuss the discovery and the extension of time for our response to you Motion to Dismiss. I look forward to speaking with you on Monday and I hope that you have a great weekend.

Larissa

Larissa S. Bifano
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Direct: (617) 951-9139
Fax: (617) 261-3175
lbifano@klng.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact the sender at the number listed above.

For more information about K&LNG, visit us at www.klng.com.