# EXHIBIT 4

**Tony Chen**

**From:** Bifano, Larissa S. [lbifano@klng.com]
**Sent:** Tuesday, December 05, 2006 2:03 PM
**To:** Tony Chen
**Cc:** Cotter, John J.
**Subject:** Tower v. Shanghai ELE Discovery, Protective Order, and Motion for Extension of Time
**Attachments:** TowELE Motion for Ext Time.pdf; TOWELE Protective Order.pdf

Dear Mr. Chen,

Please find attached a draft protective order, a draft motion for extension of time and a revised list of discovery topics. Please review these documents and let me know if you have any objections, comments, or suggestions.

I look forward to hearing from you,

Larissa

Discovery Topics

1. The contact information for any Rhode Island companies that buy or distribute Shanghai ELE's LCDI's or air conditioners with Shanghai ELE plugs.
2. The contact information for air conditioner manufacturers that use, have used, purchase, have purchased, or have contracted to purchase Shanghai ELE LCDI plugs compliant with UL 1699.
3. The contact information for retailers, wholesalers, installers, and suppliers that carry, carried, or have contracted to or agreed to carry air conditioners in Rhode Island manufactured by any of those air conditioner manufacturers identified in #2, e.g. Home Depot, Lowe's, Target, Wal-mart. ).
4. Information relating to Shanghai ELE's United States support center, including who the manager is, a listing of all RI calls made to or from the support center and a list of all Rhode Island persons to whom the customer satisfaction survey (referred to on Shanghai ELE's website @ http://www.elemfg.com/en/about/index_04.asp) is or has been sent.
5. Information regarding Shanghai ELE's website, such as website hits, traffic, orders, inquiries and complaints by persons located in Rhode Island, especially the purchase order form, including evidence of LCDI's requested by Rhode Island persons using the purchase order form.
6. Information relating to Shanghai ELE's American partner company that owns 30% of ELE's stock, including its name, location, and names of corporate officers and key employees.
7. Shanghai ELE's knowledge of whether the LCDI plugs could possibly be sold or offered for sale in Rhode Island (i.e. sold to a manufacturer, Haier or Fedders, who sells to a retailer, who has stores in Rhode Island), and on any restrictions against such sales or offers for sale.
8. Distribution channels that could result in a Shanghai ELE plug being sold as part of an air conditioner in Rhode Island, and information on any restrictions against such sale.

<<TowELE Motion for Ext Time.pdf>> <<TOWELE Protective Order.pdf>>

Larissa S. Bifano
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Direct: (617) 951-9139
Fax: (617) 261-3175
lbifano@klng com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited If you have received this e-mail in error, please contact the sender at the number listed above

For more information about K&LNG, visit us at www.klng.com.