# EXHIBIT 5

**Tony Chen**

**From:** Tony Chen
**Sent:** Wednesday, December 06, 2006 3:05 PM
**To:** Bifano, Larissa S.
**Cc:** Brenner, Jeffrey
**Subject:** RE: Tower v. Shanghai ELE Discovery, Protective Order, and Motion for Extension of Time

Dear Ms. Bifano:

1. With regard to the joint motion for extension, I have confirmed with our Rhode Island counsel, Mr. Jeffrey Brenner, that you may submit the joint motion with his electronic signature.

2. As to the proposed stipulated protective order, one thing I want to discuss with you is whether we need two categories for the "protected information" as there may be times certain such documents need to be disclosed to a party's executives for assisting in the litigation and preparing for the trial. We may discuss this further over the phone.

3. I appreciate your efforts in revising your "discovery topics" to be more specific on the jurisdiction issues related to Shanghai ELE's motion to dismiss. However, I believe that they are still too broad and overreaching and cover many irrelevant topics. For purpose of Shanghai ELE's pending motion, we would only agree to a limited discovery on the following topic:

1) The contact information for Rhode Island companies, if there is any, who buy Shanghai ELE's LCDI's directly from Shanghai ELE;
2) The contact information for Rhode Island companies, if there is any, who distribute Shanghai ELE's LCDI's that were purchased directly from Shanghai ELE by such companies;
3) The contact information for Rhode Island companies or customers, if there is any, to whom Shanghai ELE has directly provided support services on Shanghai ELE's LCDI's;
4) The contact information for Rhode Island companies or customers, if there is any, who buy Shanghai ELE's LCDI's through Shanghai ELE's website at http://www.elemfg.com; and
5) The contact information for Rhode Island companies or individuals, if there is any, who owns 30% of ELE's stock.

If you intend to conduct, as part of the limited discovery, any oral deposition of Shanghai ELE's personnel, it must be conducted in Shanghai, China with adequate advance notice.

Sincerely,

*Tony D. Chen*

Tony D. Chen, Esq.
ALSCHULER GROSSMAN STEIN & KAHAN LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, California 90404-4060
+1 310-255-9025 (direct)
+1 310-907-2025 (direct fax)
tchen@agsk.com
+1 310-907-1000 (firm)

+1 310-907-2000 (firm fax)
www.agsk.com

---

**From:** Bifano, Larissa S. [mailto:lbifano@klng.com]
**Sent:** Tuesday, December 05, 2006 2:03 PM
**To:** Tony Chen
**Cc:** Cotter, John J.
**Subject:** Tower v. Shanghai ELE Discovery, Protective Order, and Motion for Extension of Time

Dear Mr. Chen,

Please find attached a draft protective order, a draft motion for extension of time and a revised list of discovery topics. Please review these documents and let me know if you have any objections, comments, or suggestions.

I look forward to hearing from you,

Larissa

Discovery Topics

1. The contact information for any Rhode Island companies that buy or distribute Shanghai ELE's LCDI's or air conditioners with Shanghai ELE plugs.
2. The contact information for air conditioner manufacturers that use, have used, purchase, have purchased, or have contracted to purchase Shanghai ELE LCDI plugs compliant with UL 1699.
3. The contact information for retailers, wholesalers, installers, and suppliers that carry, carried, or have contracted to or agreed to carry air conditioners in Rhode Island manufactured by any of those air conditioner manufacturers identified in #2, e.g. Home Depot, Lowe's, Target, Wal-mart. ).
4. Information relating to Shanghai ELE's United States support center, including who the manager is, a listing of all RI calls made to or from the support center and a list of all Rhode Island persons to whom the customer satisfaction survey (referred to on Shanghai ELE's website @ http://www.elemfg.com/en/about/index_04.asp) is or has been sent.
5. Information regarding Shanghai ELE's website, such as website hits, traffic, orders, inquiries and complaints by persons located in Rhode Island, especially the purchase order form, including evidence of LCDI's requested by Rhode Island persons using the purchase order form.
6. Information relating to Shanghai ELE's American partner company that owns 30% of ELE's stock, including its name, location, and names of corporate officers and key employees.
7. Shanghai ELE's knowledge of whether the LCDI plugs could possibly be sold or offered for sale in Rhode Island (i.e. sold to a manufacturer, Haier or Fedders, who sells to a retailer, who has stores in Rhode Island), and on any restrictions against such sales or offers for sale.
8. Distribution channels that could result in a Shanghai ELE plug being sold as part of an air conditioner in Rhode Island, and information on any restrictions against such sale.

<<TowELE Motion for Ext Time.pdf>> <<TOWELE Protective Order.pdf>>

Larissa S. Bifano
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Direct: (617) 951-9139
Fax: (617) 261-3175
lbifano@klng.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact the sender at the number listed above.

For more information about K&LNG, visit us at www.klng.com.