# EXHIBIT 7

**Tony Chen**

---

**From:** Bifano, Larissa S. [lbifano@klng.com]
**Sent:** Friday, December 08, 2006 2:15 PM
**To:** Tony Chen
**Cc:** Cotter, John J.; Turano, Thomas A.
**Subject:** Tower v. Shanghai ELE/ Tower's Discovery Requests
**Attachments:** BOS-#1034348-v1-Interrogatories_(122712-1_12_08_2006_05_08_02_PM).PDF; BOS-#1034349-v1-Document_Production_(122714-1_12_08_2006_05_08_08_PM).PDF

Dear Mr. Chen,

Please find attached the discovery requests that I have faxed and mailed to you this afternoon. I apologize for sending them out before discussing them with you. However, because of our limited time frame, I wanted to advance discovery as much as possible. Please call me on Monday to discuss any questions or concerns that you may have with these requests. I hope that you have a good weekend.

Kind regards,

Larissa

Larissa S. Bifano
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Direct: (617) 951-9139
Fax: (617) 261-3175
lbifano@klng.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact the sender at the number listed above.

For more information about K&LNG, visit us at www.klng.com.