# EXHIBIT 8

Kirkpatrick & Lockhart Nicholson Graham LLP

December 8, 2006

Larissa S Bifano
617.951.9139
Fax: 617.261.3175
lbifano@klng.com

**Via First Class Mail and Facsimile**

Tony D. Chen, Esq.
Alschuler Grossman Stein & Kahn LLP
1620 26th St.
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

Re: Tower Manufacturing Corporation v. Shanghai ELE Manufacturing Corporation
Case No. 06-170S

Dear Mr. Chen:

Please find enclosed:

(1) Tower's First Set of Interrogatories (Nos. 1-8); and

(2) Tower's Requests for Production of Documents and Things (Nos. 1-12).

Given the one month time constraint for our response to your Motion to Dismiss, please note that we request your responses within two weeks of service of these requests. Additionally, please note that the requests are somewhat broader then what you had posited in your email of Wednesday, December 6, 2006.

Thank you for your attention to this matter. Please do not hesitate to contact me with any questions or concerns.

Kind regards,

Larissa Bifano

Larissa S. Bifano

Enclosures

cc: John J. Cotter, Esq. (w/o encls.)
Bruce Gladstone, Esq. (w/encls.)
Jeffery Brenner, Esq. (w/encls.)
Thomas Turano, Esq. (w/o encls.)