# EXHIBIT 9

**Tony Chen**

**From:** Tony Chen
**Sent:** Wednesday, December 13, 2006 8:57 AM
**To:** Bifano, Larissa S.
**Subject:** RE: Tower v. Shanghai ELE/ Tower's Discovery Requests

Dear Ms. Bifano:

I received your discovery requests and noted that the titles of the two requests are switched.

I am disappointed that the scope of the requests is substantially broader than what Shanghai ELE has agreed to during our earlier telephone conversations and email exchanges, and reserves our rights to make all appropriate objections, none of them has been waived heretobefore.

While we cannot agree to the two-week response time limit unilaterally imposed by Tower, we will try to respond to the requests in a timely manner.

Sincerely,

Best regards,

*Tony D. Chen*

Tony D. Chen, Esq.
ALSCHULER GROSSMAN STEIN & KAHAN LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, California 90404-4060
+1 310-255-9025 (direct)
+1 310-907-2025 (direct fax)
tchen@agsk.com
+1 310-907-1000 (firm)
+1 310-907-2000 (firm fax)
www.agsk.com

---

**From:** Bifano, Larissa S. [mailto:lbifano@klng.com]
**Sent:** Friday, December 08, 2006 2:15 PM
**To:** Tony Chen
**Cc:** Cotter, John J.; Turano, Thomas A.
**Subject:** Tower v. Shanghai ELE/ Tower's Discovery Requests

Dear Mr. Chen,

Please find attached the discovery requests that I have faxed and mailed to you this afternoon. I apologize for sending them out before discussing them with you. However, because of our limited time frame, I wanted to advance discovery as much as possible. Please call me on Monday to discuss any questions or concerns that you may have with these requests. I hope that you have a good weekend.

Kind regards,

Larissa

Larissa S. Bifano
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Direct: (617) 951-9139
Fax: (617) 261-3175
lbifano@klng.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Nicholson Graham LLP that may be privileged and confidential The information is intended for the use of the addressee(s) only If you are not an addressee. note that any disclosure, copying, distribution. or use of the contents of this message is prohibited If you have received this e-mail in error, please contact the sender at the number listed above

For more information about K&LNG, visit us at www klng com.