# EXHIBIT 10

**Tony Chen**

**From:** Tony Chen
**Sent:** Thursday, January 04, 2007 8:47 AM
**To:** Smith, Robert
**Cc:** Brenner, Jeffrey
**Subject:** RE: Draft Stipulated Mot for Ext of Time

Dear Rob: The draft stipulation is fine and you are authorized to sign it on my behalf and file it with the court. Thank you for your professional cooperation. Tony

---

**From:** Smith, Robert [mailto:rob.smith@klgates.com]
**Sent:** Thursday, January 04, 2007 7:02 AM
**To:** Tony Chen
**Subject:** Draft Stipulated Mot for Ext of Time

Tony, attached is a draft stipulation that reflects our agreement to extend the time for Tower's response to Shanghai ELE's motion to dismiss. Please let us know if you have any objections. If not, please authorize us to sign on your behalf. We'd like to file it today.

***Please note my new email address.***

***Rob Smith***
***K&L Gates***
***State Street Financial Center***
***One Lincoln Street***
***Boston, MA 02111***
***phone: 617.951.9146***
***fax: 617.261.3175***
***rob.smith@klgates.com***

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at rob smith@klgates com