IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Tower Manufacturing Corporation,<br>Plaintiff,<br>vs.<br>Shanghai ELE Manufacturing Corporation,<br>Defendant. | Civil Action No.06-170S |

**ORDER DENYING DEFENDANT SHANGHAI ELE MANUFACTURING CORPORATION'S MOTION FOR A PROTECTIVE ORDER**

This matter was heard on January 22, 2007, before Magistrate Judge David L. Martin on defendant Shanghai ELE Manufacturing Corporation's ("Shanghai ELE") Motion for a Protective Order (Docket No. 22).

For the reasons stated in the Court's ruling from the bench, it is hereby

ORDERED:

1. Defendant, Shanghai ELE Manufacturing Corporation's Motion for a Protective Order (Docket No. 22) is denied.

2. Tower Manufacturing Corporation ("Tower") is authorized by this Court to conduct a deposition of Shanghai ELE's witness(s) designated under Federal Rule of Civil Procedure 30(b)(6), in accordance with Tower's Rule 30(b)(6) Notice served on December 14, 2006. The deposition will be conducted via videoconference at a mutually convenient time and place in the People's Republic of China, in a location as close as practicable to Shanghai. The scope and topic of the deposition shall be limited to Tower's Exhibit A attached to Tower's Rule 30(b)(6) Notice served on December 14, 2006.

The total deposition time shall not exceed three hours.

ENTERING AS AN ORDER of this Court this 5th day of February, 2007.

ENTER:

David L. Martin
USMJ

PER ORDER:

Martha Saucel

Presented by:

Bruce W. Gladstone
Email: bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: (401) 331-5700
Fax: (401) 331-5787

John J. Cotter
(*admitted pro hac vice*)
Email: jcotter@klng.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Fax: (617) 261-3175

Larissa S. Bifano
(*admitted pro hac vice*)
Email: lbifano@klng.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 951-9139
Fax: (617) 261-3175

Attorneys for Plaintiff,
Tower Manufacturing Corp.

STATEMENT IN ACCORDANCE WITH LOCAL RULE 7.1(b)(3)

I, Bruce W. Gladstone, pursuant to Local Rule 7.1(b)(3), certify that counsel for Tower and counsel for Shanghai ELE have conferred and that Shanghai ELE does not object to the form of the proposed order presented above.

## CERTIFICATION

The undersigned hereby certifies that on the 2nd day of February, 2007 a copy of the foregoing Order was mailed to the following attorneys of record:

| | |
|---|---|
| Jeffrey S. Brenner, Esquire<br>Nixon Peabody LLP<br>One Citizens Plaza<br>Providence, RI 02903<br>Phone: 401-454-1000<br>Fax: 401-454-1030 | Tony D. Chen, Esq.<br>Alschuler Grossman LLP<br>1620 26th Street<br>Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Phone: 310-255-9025<br>Fax: 310-907-2025 |
| Marshall B. Grossman, Esq.<br>William J. O'Brien, Esq.<br>Alschuler Grossman LLP<br>1620 26th Street<br>Fourth Floor, North Tower<br>Santa Monica, CA 90404-4060<br>Phone: 310-907-1000<br>Fax: 310-907-2000 | |