UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TOWER MANUFACTURING CORPORATION, Plaintiff, | : | |
| v. | : | CA 06-170 S |
| SHANGHAI ELE MANUFACTURING CORPORATION, Defendant. | : | |

**NOTICE AND ORDER**

The Court will conduct a hearing on Plaintiff Tower's Motion to Compel Discovery (Document ("Doc.") #27) on Wednesday, February 28, 2007, at 2:00 p.m. In view of the fact that Defendant Shanghai ELE Manufacturing has filed a motion to dismiss for lack of personal jurisdiction, see Doc. #13, and that its counsel has already made one trip from California to attend a prior hearing, see Docket entry for 1/22/07, the Court will allow counsel for Defendant to appear at the February 28th hearing via telephone. If counsel for Defendant avails himself of this option, counsel for Plaintiff, at their option, may similarly appear for the hearing via telephone. The parties are directed to notify Deputy Clerk Martha Saucier (401-752-7218) or, if she is unavailable, Deputy Clerk Jeannine Noel (401-752-7217) not later than Monday, February 26, 2007, as to whether they will attend the hearing via telephone and the telephone number at which they may be reached.

ENTER:

David L. Martin

DAVID L. MARTIN
United States Magistrate Judge
February 13, 2007

BY ORDER:

J. Noel

Deputy Clerk