UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION
Plaintiff

v.

Dkt. No. 06-170S-DLM

SHANGHAI ELE MANUFACTURING CORPORATION
Defendant

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant TOWER MANUFACTURING CORPORATION hereby moves that Robert P. Smith be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

TOWER MANUFACTURING CORPORATION
(Plaintiff/~~Defendant~~)

By: Bruce W. Gladstone
Bar ID No.: 2643

Address: Cameron and Mittleman LLP, 56 Exchange Terrace, Providence, Rhode Island 02903
DATED: ______

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) (Please see attached Declaration), and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

None.

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

[signature]
Signature of *Pro Hac Vice* Applicant

Robert P. Smith — Print Name
645765 — State Bar ID #

Kirkpatrick & Lockhart Preston Gates Ellis LLP — Firm Name

State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950 — Business Address

617-951-9146 — Tel. #
617-261-3175 — Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Bruce W. Gladstone
Signature of Local Counsel

Bruce W. Gladstone — Print Name
2643 — R.I. Bar ID #

CAMERON & MITTLEMAN LLP
Firm and Business Address
56 Exchange Terrace
Providence, RI 02903

Tel. # 401-331-5700 Fax # 401-331-5787

---

**ORDER**

This motion is hereby Granted

[signature]
District Judge

Date: 2/13/07