# EXHIBIT E

**Immigration Department**
The Government of the Hong Kong Special Administrative Region

Asia's world city HONG KONG

GovHK 香港政府一站通
SEARCH | SITE MAP

Home
What's New
About Us
Publications and Press Releases
Access to Information
Public Services
Topical Issues
Public Forms
Electronic Services
Recruitment
Tender Notices
Facts and Statistics
FAQs
Links
Multimedia Zone
Contact Us
Immigration Museum
e-Channel
Capital Investment Entrant Scheme
Quality Migrant Admission Scheme
Immigration Control Points
Immigration Policy on Education
Appointment Booking for Giving of Marriage Notice

Home > Public Services > Hong Kong Visas > **Arrangement for entry to Hong Kong from Mainland China**

# Public Services

## Arrangement for entry to Hong Kong from Mainland China

## Contents


- *Preamble*
- *Settlement*
- *Official Visits*
- *Private Visits*
  - *Visit relatives*
  - *Group tours*
  - *Individual visits*
  - *Business visits* (*Notice to Mainland Residents holding Business Visit Endorsements*)
  - *Other purposes of visit*
- *Transit*
- *Employment in Hong Kong*
  - *State employees*
  - *Imported workers*
  - *Admission Scheme for Mainland Talents and Professional*
  - *Mainland students graduated from educational institutions in Hong Kong*
- *Training in Hong Kong*
- *Studying in Hong Kong*
- *Residence in Hong Kong*
- *Holders of foreign passports in the Mainland*

APEC Business Travel Card

Arrangement for entry to Hong Kong from Mainland China

- *Where to obtain application forms*
- *Supporting documents required*
- *Fees*
- *Processing time*
- *Enquiries*
- *Frequently Asked Questions (FAQs)*

---

## Preamble

Article 22(4) of the Basic Law of the HKSAR provides that:

*"For entry into the Hong Kong Special Administrative Region, people from other parts of China must apply for approval. Among them, the number of persons who enter the Region for the purpose of settlement shall be determined by the competent authorities of the Central People's Government after consulting the government of the Region."*

## Settlement

2. Mainland residents who wish to enter Hong Kong for settlement may apply to the relevant Public Security Bureau offices for a One-way Permit (OWP). The daily quota is 150 with priority given to eligible children and spouses whereby -

a. a daily sub-quota of 60 children of all ages who are eligible for right of abode in Hong Kong under Article 24(2)(3) of the Basic Law;
b. a sub-quota of 30 for long-separated spouses;
c. an unspecified sub-quota of 60 for other OWP applicants allocated to the following categories of persons:
   - Separated spouses irrespective of the length of separation;
   - Dependent children coming to Hong Kong to join their relatives;
   - Persons coming to Hong Kong to take care of their dependent parents;
   - Dependent elderly people coming to Hong Kong to join their relatives; and
   - Those entering Hong Kong for the inheritance of property.

3. The administration of the OWP Scheme, including the queuing, allocation and the granting of the permit, is the responsibility of the relevant Mainland authorities.

## Official Visits

4. Mainland officials and personnel who wish to enter Hong Kong for visit are required to obtain an Exit-entry Permit for Travelling to and from Hong Kong and Macau for official purposes and an appropriate endorsement relating to the purpose of entry at the Hong Kong and Macao Affairs Office.

## Private Visits

*Visit relatives*

5. Mainland residents who wish to visit their relatives in Hong Kong are required to obtain an Exit-entry Permit for Travelling to and from Hong Kong and Macau with an "endorsement for visiting relatives (Tanqing)" from the relevant Public Security Bureau Office.

*Group tours*

6. Mainland residents who wish to come here for sightseeing may join the group tours organized by designated Mainland tour companies. Group tour members need to obtain an Exit-entry Permit for Travelling to and from Hong Kong and Macau and an "endorsement for group visit (Tuandui Luyou)" issued by the Public Security Bureau Office. As group tour visitors, they must arrive and depart together as a group.

*Individual visits*

7. Mainland residents from Guangdong Province and 28 cities, including Shanghai, Beijing, Nanjing, Suzhou, Wuxi, Hangzhou, Ningbo, Taizhou, Fuzhou, Xiamen, Quanzhou, Tianjin, Chongqing, Chengdu, Jinan, Shenyang, Dalian, Nanchang, Changsha, Nanning, Haikou, Guiyang, Kunming, Shijiazhuang, Zhengzhou, Changchun, Hefei and Wuhan who wish to come here for sightseeing purpose in individual capacity are required to obtain an Exit-entry Permit for travelling to and from Hong Kong and Macau and an "endorsement for individual visit (Geren

Luyou)" valid for single or double-journey from the relevant Public Security Bureau Office.

*Business visits*

8. Mainland residents who wish to make business trips to Hong Kong in their private capacity are required to obtain an Exit-entry Permit for Travelling to and from Hong Kong and Macau and an "endorsement for business visit (Shangwu)" valid for single or multiple-journey from the relevant Public Security Bureau Office. (Click here for "Notice to Mainland Residents holding Business Visit Endorsement")

*Other purposes of visit*

9. Mainland residents who wish to enter Hong Kong as a visitor for other purposes such as applying for visas for foreign countries or participating in civil proceedings etc are required to obtain an Exit-entry Permit for Travelling to and from Hong Kong and Macau and an "endorsement for other purposes (Qita)" from the Public Security Bureau Office.

## Transit

10. Chinese passport holders who are in transit through Hong Kong to and from another country or territory may be granted a stay of seven days on each landing without the prior need to obtain an entry permit provided that usual immigration requirements are met, including possession of valid entry facilities for the destination and confirmed onward booking for the overseas journey.

## Employment in Hong Kong

*State employees*

11. State employees who come to work for state-owned or joint-venture enterprises/organizations in Hong Kong should obtain an employment endorsement through the Hong Kong and Macao Affairs Office or designated Foreign Affairs Offices in provinces and cities.

*Imported workers*

12. For Mainland workers wishing to come to work in Hong Kong under the Importation of Labour Scheme, applications must be submitted through employers granted with the approval-in-principle to import workers to the Hong Kong Immigration Department. Direct applications by the candidates are not accepted. For detailed information, please refer to the pamphlet 'How to apply under Supplementary Labour Scheme' published by the Labour Department.

*Admission Scheme for Mainland Talents and Professional*

13. The Admission Scheme for Mainland Talents and Professionals (the Scheme) is implemented with effect from 15 July 2003 to replace the Admission of Talents Scheme and the Admission of Mainland Professionals Scheme. Mainland residents (the candidates) who wish to work in Hong Kong under the Scheme should complete an application form ID(C)961 (Chinese version) or ID(E)961 (English version). Applications must be submitted by the candidates' employers who should be registered companies in Hong Kong. Direct applications by the candidates will not be accepted. Mainland residents visiting Hong Kong may not request for prolonging their limit of stay on grounds of having submitted applications under the Scheme. The Immigration Department will issue employment entry permits which should be collected by the employers in Hong Kong for onward transmission to the successful candidates. Candidates should apply for Exit-entry Permit for Travelling to and from Hong Kong and Macau and relevant exit endorsement from the Public Security Bureau Office where their household registrations are kept. For detailed information on the Scheme, please refer to the pamphlet on 'Admission for Mainland Talents and Professionals' [ID(E)959] or click here.

*Mainland students graduated from educational institutions in Hong Kong*

14. Mainland students who are:

i. graduated from UGC-funded institutions in 1990 or afterwards; or
ii. admitted to study at non UGC-funded institutions in the academic year 2005/2006 and thereafter, and graduated from full-time locally accredited programmes,

with a bachelor degree or above and with job offer may apply to re-enter Hong

Kong for employment.
Applicant should complete the application form ID(C)936 (Chinese version) or ID(E)936 (English version). For detailed information on this arrangement, please refer to the relevant Information Leaflet ID(E)946.

## Training in Hong Kong

15. Mainland residents who are employees or business associates sponsored by multi-national firms or well-established companies in Hong Kong may apply to enter Hong Kong for short term training not exceeding 12 months. Supporting documents required include details of the training programme and a copy of the training contract or agreement.

16. Mainland residents who receive training for official purpose should obtain the training exit endorsement through the Hong Kong and Macao Affairs Office. Those who come for training in their private capacity should send a completed application form ID(C)936 (Chinese version) or ID(E)936 (English version) direct by post or through their sponsors in Hong Kong to the Immigration Department. Applicants who have not yet been issued with a travel document should provide their name in English (pin yin) and copies of their identity card and household registration record as supporting documents. The Immigration Department will send the training entry permit label to the applicants directly or through their sponsors in Hong Kong. Applicants should present the entry permit label and the required documents to the relevant Public Security Bureau Office to apply for an Exit-entry Permit for Travelling to and from Hong Kong and Macau and the training endorsement.

17. Applications for entry permit should be sent to the following address:

Receipt and Despatch Unit,
Immigration Department,
2/F, Immigration Tower,
7 Gloucester Road,
Wan Chai, Hong Kong.

## Studying in Hong Kong

18. Mainland students may apply to attend:

a. full-time studies in locally accredited post-secondary programmes;
b. full-time exchange study programme for not more than one year at degree or above level;
c. part-time studies in locally accredited taught post-graduate programmes run by the University Grants Committee (UGC)-Funded Institutions; and
d. secondary school level short-term exchange programmes approved by the Education and Manpower Bureau up to a maximum period of not more than 2 weeks, if accompanied by Mainland teachers.

Applicants should complete an application form [ID(C)936 (Chinese version) or ID (E)936 (English)] and provide supporting documents showing their academic qualifications and acceptance by the relevant educational institution. Applicants who have not yet been issued with a travel document should provide their names (pin yin) and copies of their identity card and household registration record as supporting documents. Applications must be submitted to the Immigration Department through the educational institution (the sponsor) granting the acceptance. Entry permit labels are to be collected by the sponsors in Hong Kong for onward transmission to the applicants. Applicants should apply for Exit-entry Permit for Travelling to and from Hong Kong and Macau and relevant exit endorsement from the Public Security Bureau Office where their household registrations are kept. Please refer to details about Immigration policy on education.

## Residence in Hong Kong

*Quality Migrant Admission Scheme*

19. The Quality Migrant Admission Scheme (the Scheme) is implemented with effect from 28 June 2006. Mainland residents who wish to apply for residence in Hong Kong under the Scheme should complete application form ID(C) 981 (Chinese version) or ID(E) 981 (English version). For detailed information on the Scheme, please refer to "Guidance Notes on Quality Migrant Admission Scheme" [ID(C) 982 (Chinese version) or ID(E) 982 (English version)].

*Entry of Dependants*

20. For Mainland residents who have been admitted into Hong Kong to work or take up full-time tertiary study under schemes or arrangements catering for Mainland residents, or as entrants under the Quality Migrant Admission Scheme, their spouses and unmarried dependent children under the age of 18 may apply for entry for residence in Hong Kong as dependants. Dependants of persons who are admitted to study are not permitted to take up employment in Hong Kong unless they have obtained permission from the Director of Immigration. Dependants of persons admitted for employment under the 'Admission Scheme for Mainland Talents and Professionals' should complete the application form ID(C)962 (Chinese version) or ID(E)962 (English version).Other dependants should complete the application form ID(C)936 (Chinese version) or ID(E)936 (English version). Applications in respect of dependants may be submitted together with those of the applicants or after the arrival of the applicants. Other than applicant's spouse and unmarried dependent children under the age of 18, applications from other dependants are not allowed. Please refer to details about the Immigration policy on Entry of Dependants.

## Holders of foreign passports in the Mainland

21. Passport holders of over 170 countries or regions may visit (including transit) Hong Kong without a visa/entry permit in accordance with the respective type of travel documents they hold, provided that usual immigration requirements are met. Reference should be made to the pamphlet 'Do you need a visa for the Hong Kong Special Administrative Region of the People's Republic of China' (ID 290). The pamphlet also lists out holders of passports who need to obtain a visa/entry permit before they can come for visit or transit.

22. Holders of foreign passports who are living in the Mainland may apply to enter Hong Kong for employment, training, education or residence. All applications will be considered under the existing immigration policy and individual merits of the case.

23. For other entry visa applications, applicants should complete an application form ID(C)936 (Chinese version) or ID(E)936 (English version) and send the form by post directly to the Hong Kong Immigration Department or through their sponsors to the address in paragraph 17. The supporting documents are listed in the guidance notes ID(C)937 (Chinese version) / ID(E)937 (English version).

24. Holders of foreign passports who are living in the Mainland may also submit

appropriate application forms relating to the purpose of entry to Hong Kong together with the relevant supporting documents to the Immigration Section of the Office of the Government of the Hong Kong Special Administrative Region in Beijing (Beijing Office). Applicants are required to produce their travel document to the Immigration Section of the Beijing Office so that a visa/entry permit could be issued if the application is approved. The address of the Beijing Office is :

No. 71, Di'anmen Xidajie,
Xicheng District, Beijing 100009,
People's Republic of China.

25. For holders of foreign passports who are living outside Beijing in other provinces/cities of Mainland China, they may continue to send completed application forms by posts directly to the Hong Kong Immigration Department or through their sponsors/references in Hong Kong.

## Where to obtain application forms

26. Application forms are obtainable from the Hong Kong Immigration Department, Immigration Section of the Beijing Office, Trade Development Council's offices in the Mainland. A list of the Trade Development Council's offices is provided at Annex.

## Supporting documents required

27. In submitting an application for an entry permit from the Mainland directly to the Immigration Department or through the sponsor in Hong Kong, the following documents should be provided for all types of applications:

a. photocopies of the applicant's travel document containing his/her personal particulars, the date of issue and date of expiry of the travel document (except for those falling under paragraphs 16 and 18); and
b. a completed application form affixed with one recent photograph of the applicant.

28. Documents to be submitted for entry of dependants:

a. copies of the dependant's proofs of identity, e.g. Mainland identity card, travel document, etc.; and
b. copies of proofs of relationship with the candidate, e.g. marriage certificate, birth certificate, census record book, Privilege Card for Single Child, etc.

## Fees

29. A standard fee of HK$160 is charged for a visa/entry permit issued by Hong Kong Immigration Department. Payment of fees should be made by the sponsor/reference in Hong Kong at the time of collecting the visa/entry permit. If the applicant does not have a sponsor/reference in Hong Kong to pay for the fee, he/she should send in the fee with the application a cashier order or bank draft in Hong Kong currency. The cashier order or bank draft should be one from a bank which has a connected bank in Hong Kong and made payable to 'The Government of the Hong Kong Special Administrative Region'.

30. The visa/entry permit fees charged by the Immigration Section of the Beijing Office are :

Ordinary visa/entry permit RMB $ 170
Transit visa/entry permit RMB $ 90

Payment of fees should be made by the applicant at the time of collecting the visa/entry permit. Fees should be paid in cash or by 'cheque for bank transfer purpose'. The cheque should be issued by a bank located in Beijing and made payable to 'The Office of the Government of the Hong Kong Special Administrative Region in Beijing'.

## Processing time

31. It normally takes 4 to 6 weeks upon receipt of all necessary documents to process a visa/entry permit application. An acknowledgement will be sent upon receipt of application by the Immigration Department. Please refrain from making enquiries about the progress of the application unless it is absolutely necessary, as it may delay the processing of the application.

32. For those applications submitted to the Immigration Section of the Beijing office, it normally takes 3 working days to process a visit/transit visa/entry permit application. For other visa/entry permit applications, the normal processing time is

4 to 6 weeks upon receipt of all necessary documents. An acknowledgement will be issued upon receipt of application by the Immigration Section of Beijing Office.

## Enquiries

33. For enquiries, please telephone the Hong Kong Immigration Department on (852) 2824 6111 or by fax (852) 2877 7711 or through e-mail : enquiry@immd.gov.hk ; or the Immigration Section of the Beijing Office on (8610) 6657 2880 extension 033 or by fax (8610) 6657 2823.



2003© | Important notices

caringorganisation

Last revision date: 14 February 2007