**EXHIBIT A TO STIPULATED PROTECTIVE ORDER**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. 06-170S |

**ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND**
**BY THE TERMS OF THE STIPULATED PROTECTIVE ORDER**

I, ________________________________, certify that I have read and am fully familiar with the provisions of the Stipulated Protective Order entered in this action on _________________ (date),(the "Protective Order.")

Before reviewing or handling any documents or other materials containing Protected Information, I agree to observe and comply with all of the provisions of the Protective Order. I understand that Protected Information and my notes relating to the Protected Information may only be disclosed to or discussed with those persons permitted by the Protective Order to receive such information.

At the conclusion of my involvement in this litigation I agree to return all materials containing Protected Information, and documents or things that I may prepare relating to the Protected Information, to counsel of record for the party by whom I was retained, at counsel's request, unless counsel directs me to return such materials to the party which produced them or to destroy such materials.

I submit to the jurisdiction of this Court for purposes of enforcement of the Protective Order and waive any and all objections to jurisdiction and venue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ________________________________________ (date)

________________________________
(Signature)