UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TOWER MANUFACTURING CORPORATION, Plaintiff, | : | |
| v. | : | CA 06-170 S |
| SHANGHAI ELE MANUFACTURING CORPORATION, Defendant. | : | |

**ORDER**
**GRANTING MOTION**
**TO COMPEL COMPLIANCE**

On March 15, 2007, the Court conducted a hearing on Plaintiff's Motion to Compel Shanghai ELE's Compliance with the Court's February 5, 2007[,] Order (Document ("Doc.") #44) ("Motion to Compel"). The Motion to Compel is granted.

Defendant shall have its Rule 30(b)(6) representative(s) apply for permission to travel to Hong Kong for the purpose of being deposed in that city. Defendant is also directed to explore the possibility of having its representative(s) travel to some other location at which the deposition may be conducted. If it appears to Defendant that the deposition could take place sooner if it were conducted in a location other than Hong Kong, Defendant shall advise Plaintiff of this possibility. If the alternative location is agreeable to Plaintiff, Defendant shall do whatever is necessary to obtain permission to travel to the alternative location. If the alternative location is not agreeable to Plaintiff, counsel shall contact the Court, and the Court will schedule a telephone conference with counsel.

The Court wishes the deposition to take place as soon as possible. Defendant is to proceed expeditiously.

Defendant's counsel shall keep Plaintiff's counsel apprised of Defendant's progress in obtaining the permission required by

this Order. If permission to travel to some location for the purpose of the Rule 30(b)(6) deposition has not been obtained by Defendant by May 1, 2007, counsel are directed to notify the Court of this fact by letter. The Court will then schedule a telephone conference with counsel to discuss the situation.

So Ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
March 16, 2007