UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. CA 06 170S |

**NOTICE OF CHANGE OF FIRM NAME**

NOTICE IS HEREBY GIVEN that Alschuler Grossman LLP and Bingham McCutchen LLP have combined effective May 1, 2007. The name of the combined firm is Bingham McCutchen LLP. Please make the appropriate changes to your service list to reflect the following new information:

BINGHAM McCUTCHEN LLP
1620 26th Street
The Water Garden
Fourth Floor
North Tower
Santa Monica, California 90404-4060
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Dated: May 4, 2007

Respectfully submitted

DEFENDANT
SHANGHAI ELE MANUFACTURING CORPORATION,

By its attorneys

Tony D. Chen
Email: tony.chen@bingham.com
Bingham McCutchen LLP
Tony D. Chen
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Telephone: 310.225.9025
Fax: 310.907.2025

Of Counsel:

/S/

Jeffrey S. Brenner
Email: jbrenner@nixonpeabody.com
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Telephone: 401.454.1030
Fax: 401.454.1042

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participate, Bruce W. Gladstone, Esq., at bgladstone@cm-law.com, identified on the Notice of Electronic filing (NEF) and paper copies will be sent via regular mail, postage prepaid to Thomas F. Holt, Esq., Larissa S. Bifano, Esq. and John J. Cotter, Esq., Kirkpatrick & Lockhart Nicholson Graham LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950 on May 7, 2007.

Jacqueline Spoonts