**Bifano, Larissa S.**

**From:** Tony Chen [tchen@alschuler.com]
**Sent:** Friday, April 20, 2007 1:42 PM
**To:** Bifano, Larissa S.
**Cc:** Brenner, Jeffrey; Bruce W. Gladstone
**Subject:** Re: Tower v Shanghai ELE
**Attachments:** ELE Supp RRPD.pdf; ELE Supp RINT.pdf

Dear Larissa:

1) Shanghai ELE's supplemental responses pursuant to the Court Order were mailed to you last Friday, April 13, 2007. Attached please find courtesy copies of the same in pdf file format.

2) Shanghai ELE's designated 30(b)(6) personnel has formally submitted his Hong Kong visa applications, through an assisting agency, to the appropriate authority earlier this week, on or about Monday, April 16, 2007 and the estimate period for getting notification from the authority is 3-4 weeks.

Best regards,

*Tony D. Chen*

Tony D. Chen, Esq.
ALSCHULER GROSSMAN LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, California 90404-4060
+1 310-255-9025 (direct)
+1 310-907-2025 (direct fax)
tchen@alschuler.com
+1 310-907-1000 (firm)
+1 310-907-2000 (firm fax)
www.alschuler.com

------------------------------------------------------
ALSCHULER GROSSMAN LLP
ATTORNEYS AT LAW
www.alschuler.com
The Water Garden
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Tel: 310-907-1000 Fax: 310-907-2000
------------------------------------------------------
Circular 230 Disclosure. United States Treasury regulations effective June 21, 2005 require us to

notify you that to the extent that this communication, or any of its attachments, contains or constitutes advice regarding any U.S. Federal tax issue, such advice is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. If you are not the original addressee of this communication, and if any tax advice in the communication or any of its attachments is being used to promote, market, or recommend any transaction or investment to you, the Treasury regulations require us to notify you that (1) the advice was written to support the promotion or marketing of the transaction or investment, and (2) you should seek advice from an independent tax advisor regarding the transaction or investment based on your particular circumstances. If you would like additional information regarding the Circular 230 regulations, please click here:
www.alschuler.com/230.pdf

-----------------------------------------------------

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any use of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

-----------------------------------------------------