UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. CA 06 170S |

**DEFENDANT SHANGHAI ELE MANUFACTURING CORPORATION'S SUPPLEMENTAL RESPONSE TO PLAINTIFF TOWER'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS RELATING TO JURISDICTIONAL ISSUES**

PROPOUNDING PARTY: Plaintiff, Tower Manufacturing Corporation

RESPONDING PARTY: Defendant, Shanghai ELE Manufacturing Corporation

SET NO.: One

Pursuant to the Court Order dated March 16, 2007 ("Order"), Defendant Shanghai ELE Manufacturing Corporation ("Shanghai ELE") hereby supplements its response to Plaintiff Tower Manufacturing Corporation's ("Tower") Requests for Production of Documents and Things as they were modified by the Order, as follows.

**GENERAL OBJECTIONS**

Each of Shanghai ELE's General Objections contained in its original Response to Tower's First Set of Requests for Production of Documents and Things is incorporated here by reference

## RESPONSE TO COURT MODIFIED REQUESTS FOR PRODUCTION

REQUEST FOR PRODUCTION NO. 3:

All documents and things referring or relating to any companies who have purchased or contracted to purchase LCDIs from Shanghai ELE, including all contracts and communications relating to those purchases, and as to which companies Shanghai ELE has reason believe the company is shipping LCDIs into Rhode Island or the United States.

RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

Shanghai ELE's General Objections are incorporated here by reference.

Subject to and without waiving the foregoing objections, Shanghai ELE hereby produces documents Bates numbered ELE00000001-ELE00000### and designated as "CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order entered in this Action.

REQUEST FOR PRODUCTION NO. 4:

All documents and things referring or relating to any companies who distribute products into the United States and the State of Rhode Island, where those products include an LCDI manufactured or sold by Shanghai ELE, and Shanghai ELE has reason to believe that such products are distributed into the United States and/or the State of Rhode Island.

RESPONSE TO REQUEST FOR PRODUCTION NO. 4:

Shanghai ELE's General Objections are incorporated here by reference.

Subject to and without waiving the foregoing objections, Shanghai ELE hereby produces documents Bates numbered ELE00000001-ELE00000### and designated as "CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the Protective Order entered in this Action.

REQUEST FOR PRODUCTION NO. 5:

All documents and things referring or relating to any companies, retailers, wholesalers, installers, or suppliers in the United States, who have or had retail outlets, stores, distribution centers, warehouses, or other facilities in the State of Rhode Island and also carry, carried, or have contracted to or agreed to carry products that contain an LCDI manufactured by Shanghai ELE.

RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

Shanghai ELE's General Objections are incorporated here by reference.

Subject to and without waiving the foregoing objections, Shanghai ELE responds that it does not have in the possession, control or custody any documents or things referring or relating to any companies, retailers, wholesalers, installers, or suppliers in the United States, who have or had retail outlets, stores, distribution centers, warehouses, or other facilities in the State of Rhode Island and also carry, carried, or have contracted to or agreed to carry products that contain an LCDI manufactured by Shanghai ELE.

REQUEST FOR PRODUCTION NO. 9:

All documents and things referring or relating to any distribution channels that Defendant has reason to believe could result in a Shanghai ELE LCDI being sold as part of a product in Rhode Island, including all LCDI customers, and the customers, distributors, agents, wholesalers, and retailers of those LCDI customers, and information on any restrictions against such sales.

RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

Shanghai ELE's General Objections are incorporated here by reference.

Subject to and without waiving the foregoing objections, Shanghai ELE responds that it does not have in the possession, control or custody any documents or things referring or

relating to any distribution channels that Defendant has reason to believe could result in a Shanghai ELE LCDI being sold as part of a product in Rhode Island, including all LCDI customers, and the customers, distributors, agents, wholesalers, and retailers of those LCDI customers, and information on any restrictions against such sales.

REQUEST FOR PRODUCTION NO. 10:

All documents and things referring or relating to any restrictions or limitations placed on the distribution, sale, or use of any Shanghai ELE LCDI which would tend to show that the product is intended for use in the United States.

RESPONSE TO REQUEST FOR PRODUCTION NO. 10:

Shanghai ELE's General Objections are incorporated here by reference.

Subject to and without waiving the foregoing objections, Shanghai ELE responds that it does not have in the possession, control or custody any documents or things referring or relating to any restrictions or limitations placed on the distribution, sale, or use of any Shanghai ELE LCDI which would tend to show that the product is intended for use in the United States.

REQUEST FOR PRODUCTION NO. 11:

All instructions and manuals that describe or concern the installation, shipping, operation, use, repair, or replacement of any Shanghai ELE LCDI which would tend to show that the product is intended for use in the United States

RESPONSE TO REQUEST FOR PRODUCTION NO. 11:

Shanghai ELE's General Objections are incorporated here by reference.

Subject to and without waiving the foregoing objections, Shanghai ELE responds that it does not have in the possession, control or custody any instructions or manuals that describe

or concern the installation, shipping, operation, use, repair, or replacement of any Shanghai ELE LCDI which would tend to show that the product is intended for use in the United States.

REQUEST FOR PRODUCTION NO. 12:

All documents and things referring or relating to any warranties Shanghai ELE provides or has provided relating to its LCDIs which would tend to show that the product is intended for use in the United States.

RESPONSE TO REQUEST FOR PRODUCTION NO. 12:

Shanghai ELE's General Objections are incorporated here by reference.

Subject to and without waiving the foregoing objections, Shanghai ELE responds that it does not have in the possession, control or custody any documents and things referring or relating to any warranties Shanghai ELE provides or has provided relating to its LCDIs which would tend to show that the product is intended for use in the United States.

Dated: April 13, 2007

Respectfully submitted

DEFENDANT
SHANGHAI ELE MANUFACTURING
CORPORATION,

By its attorneys

Tony D. Chen
ALSCHULER GROSSMAN LLP
Email: tchen@agsk.com
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Telephone: 310.225.9025
Fax: 310.907.2025

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. CA 06 170S |

**DEFENDANT SHANGHAI ELE MANUFACTURING CORPORATION'S SUPPLEMENTAL RESPONSE TO PLAINTIFF TOWER'S FIRST SET OF INTERROGATORIES RELATING TO JURISDICTIONAL ISSUES**

PROPOUNDING PARTY: Plaintiff, Tower Manufacturing Corporation

RESPONDING PARTY: Defendant, Shanghai ELE Manufacturing Corporation

SET NO : One

Pursuant to the Court Order dated March 16, 2007 ("Order"), Defendant Shanghai ELE Manufacturing Corporation ("Shanghai ELE") hereby supplements its answer to the Plaintiff Tower Manufacturing Corporation's ("Tower") Interrogatories as they are modified by the Order, as follows:

## GENERAL OBJECTIONS

Each of Shanghai ELE's General Objections contained in its original Response to Tower's First Set of Interrogatories is incorporated here by reference.

///

///

**RESPONSE TO COURT MODIFIED INTERROGATORIES**

INTERROGATORY NO. 1:

Please identify and provide contact information, including the name, postal and email address, phone number, and contact person of any companies that have purchased or have contracted to purchase LCDIs from Shanghai ELE and as to which Shanghai ELE has reason to believe that the LCDIs may ultimately be offered for sale in Rhode Island or the United States.

RESPONSE TO INTERROGATORY NO. 1:

Shanghai ELE's General Objections are incorporated here by reference.

Subject to and without waiving the foregoing objections, Shanghai ELE responds to this interrogatory as follows:

1. Friedrich Air Conditioning Co.
   4200 N. Pan Am (1-35) Expressway
   P.O. Box 1540
   San Antonio, TX 78218
   (210) 353-8782

2. CareCo Fedders Corp.
   415 Wabash Avenue
   P.O. Box 200
   Effingham, IL 62401-0200
   (217) 342-3901

3. Fedders Islandaire
   22 Research Way
   East Setauket, NY 11733

INTERROGATORY NO. 2:

Please identify and provide contact information, including the name, postal and email address, phone number, and contact person of any companies that have distributed or distribute products into the United States or the State of Rhode Island, where those products contain an LCDI manufactured by Shanghai ELE.

RESPONSE TO INTERROGATORY NO. 2:

Shanghai ELE's General Objections are incorporated here by reference.

Subject to and without waiving the foregoing objections, Shanghai ELE responds to this interrogatory as follows:

See Shanghai ELE's answer to Interrogatory No. 1.

INTERROGATORY NO. 3:

Please identify and provide contact information, including the name, postal and email address, phone number, and contact person of any companies, retailers, wholesalers, installers or suppliers in the United States, who have or had retail outlets, stores, distribution centers, warehouses, or other facilities in the State of Rhode Island and also carry, carried, or have contracted to or agreed to carry products that contain an LCDI manufactured by Shanghai ELE.

RESPONSE TO INTERROGATORY NO. 3:

Shanghai ELE's General Objections are incorporated here by reference.

Subject to and without waiving the foregoing objections, Shanghai ELE responds to this interrogatory as follows:

Shanghai ELE has no contact information of any companies, retailers, wholesalers, installers or suppliers in the United States, who have or had retail outlets, stores, distribution centers, warehouses, or other facilities in the State of Rhode Island and also carry, carried, or

have contracted to or agreed to carry products that contain an LCDI manufactured by Shanghai ELE.

Dated: April 13, 2006

Respectfully submitted

DEFENDANT
SHANGHAI ELE MANUFACTURING
CORPORATION,

By its attorneys

Tony D. Chen
ALSCHULER GROSSMAN LLP
Email: tchen@agsk.com
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Telephone: 310.225.9025
Fax: 310.907.2025

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13 2007, a copy of the foregoing DEFENDANT SHANGHAI ELE MANUFACTURING CORPORATION'S SUPPLEMENTAL RESPONSE TO PLAINTIFF TOWER'S FIRST SET OF INTERROGATORIES RELATING TO JURISDICTIONAL ISSUES was served on counsel for all parties by mail, as follows:

| | |
|---|---|
| Thomas F. Holt, Esq.<br>John J. Cotter, Esq.<br>Larissa S. Bifano, Esq.<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950 | Attorneys for Tower Manufacturing Corp.<br>Telephone: 617.261.3100<br>Fax: 617.261.3175 |
| Bruce W. Gladstone, Esq.<br>Cameron & Mittleman LLP<br>56 Exchange Terrace<br>Providence, RI 02903 | Attorneys for Tower Manufacturing Corp.<br>Telephone: 401.331.5700<br>Fax: 401.331.5787 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 13 2007.

Jacqueline Spoonts