K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100 www.klgates.com

April 30, 2007

Larissa S. Bifano
D 617.951.9139
F 617.261.3175
larissa.bifano@klgates.com

**Via Facsimile 310-907-2025**

Tony D. Chen, Esq.
Alschuler Grossman LLP
1620 26th St
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

Re: Tower Manufacturing Corporation v. Shanghai ELE Manufacturing Corporation
D. R.I. Case No. 06-170S

Dear Mr. Chen:

I received Shanghai ELE's supplemental discovery responses on Monday, April 23, 2007 by email. The certificate of service shows that service was on April 13, 2007 by first class mail, but neither I nor our local counsel, Bruce Gladstone, have received those responses. After an initial review of the responses, I write to confirm and clarify the responses that Shanghai ELE has provided and to note some apparent inconsistencies and potential deficiencies in the responses.

INTERROGATORIES

1. Interrogatory No. 1:

Interrogatory No. 1 requests the identification of and the disclosure of contact information for any company or companies that purchases or have purchased LCDIs from Shanghai ELE and to which "Shanghai ELE has reason to believe may ultimately be offered for sale in Rhode Island or the United States." (Order at 1-2).

Shanghai ELE's response lists only Friedrich Air Conditioning Co. ("Friedrich") and two subsidiaries of Fedders Corporation ("Fedders"), CareCo Fedders Corp. and Fedders Islandaire. However, Shanghai ELE's website identifies numerous companies with which it purportedly has a business relationship, including the following air conditioner manufacturers that sell air conditioners in the United States: Daewoo International Corporation ("Daewoo"), Haier Co. Ltd. ("Haier"), Samsung, Fedders Corporation (located

K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100 www.klgates.com



in both Shanghai, China and Liberty Corner, NJ) and General Electric Company ("GE"). (See attached web page from Shanghai ELE website, providing links to those manufacturer's websites). In addition to the companies identified on its website, Shanghai ELE has admitted that it sells LCDIs to LG Electronics ("LG"), a Korean manufacturer that markets air conditioners equipped with LCDI plugs in the United States. (Shanghai ELE's Motion for Protective Order, Dkt. No. 22 at 2). Finally, Tower has confirmed that air conditioners manufactured by Daewoo, Haier, LG, Everstar, and Frigidaire and sold in the United States include Shanghai ELE plugs.

Tower requests clarification of this apparent inconsistency between Shanghai ELE's supplemental response and its website and its prior admission regarding LG.

2. <u>Interrogatory No. 2:</u>

Interrogatory No. 2 requests identification of and contact information for companies who "distribute products in the United States or the State of Rhode Island, where those products contain an LCDI manufactured by Shanghai ELE." (Order at 2). The Court noted that "if the Defendant has reason to believe a company has in the past or is now distributing into the United States one or more products containing an LCDI manufactured by Defendant, it must provide this information. Absolute certainty is not required. The standard which Defendant is to apply is 'reason to believe.'" (Order at 2-3).

Shanghai ELE's response identifies the same three companies as in its response to Interrogatory No. 1. However, as noted above, Shanghai ELE's website indicates that it also has a business relationship with Daewoo, Haier, Samsung, Fedders, and GE. All are air conditioner manufacturers who sell one or more of their air conditioners equipped with Shanghai ELE LCDIs in the United States. Shanghai ELE also admitted that it sells LCDIs to LG Electronics ("LG"), a Korean manufacturer that markets air conditioners equipped with LCDI plugs in the United States. Finally, Tower has confirmed that air conditioners manufactured by Daewoo, Haier, LG, Everstar, and Frigidaire and sold in the United States include Shanghai ELE plugs.

Tower requests clarification of this apparent inconsistency between Shanghai ELE's supplemental response and its website and its prior admission regarding LG.

3. <u>Interrogatory No. 3:</u>

Interrogatory No. 3 requests Shanghai ELE to "identify companies in the United States which it has reason to believe: a) carry a product containing an LCDI manufactured by Defendant and b) have a facility in Rhode Island." (Order at 4).

K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100 www.klgates.com



Shanghai ELE's response states that it has no reason to believe that any company in the U.S. with a facility in Rhode Island carries air conditioners equipped with its LCDIs. Tower has confirmed that The Home Depot, Inc. ("Home Depot") is but one U.S. company with seven stores in Rhode Island that carries air conditioners equipped with Shanghai ELE LCDIs. Shanghai ELE's omission of Home Depot from its response stands in contrast to its website, which identifies Home Depot as a U.S. retailer with which it has a business relationship.

Tower requests clarification of this inconsistency between Shanghai ELE's supplemental response and its apparent business relationship with U.S. retailers like Home Depot.

REQUESTS FOR PRODUCTION

4. Request for Production No. 3:

Similar to Interrogatory Nos. 1 and 2 above, Request No. 3 covers documents related to "any companies who have purchased...LCDIs from Shanghai ELE...and as to which companies Shanghai ELE has reason to believe the company is shipping LCDIs into Rhode Island or the United States." (Order at 4).

In response, Shanghai ELE produced limited documents for only Friedrich, CareCo Fedders, and Fedders Islandaire. However Shanghai ELE's website identifies several more companies, apparently business affiliates, for which Shanghai ELE has not produced documents. These companies include Daewoo, Haier, Samsung, Fedders, and GE. Shanghai ELE also claims to have sold products to LG. Shanghai ELE's production is also limited in time. The documents produced cover only Friedrich's sales from July 2006 to the present and cover sales to CareCo Fedders and Fedders Islandaire only in January 2007 and June 2006, respectively. Please confirm that only Friedrich, CareCo Fedders and Fedders Islandaire shipped Shanghai ELE LCDIs into the United States in the last five years, and that Shanghai ELE has no reason to believe any other companies did so during that time frame.

Please also confirm that Shanghai ELE has no other responsive documents for Friedrich, CareCo Fedders, or Fedders Islandaire within the five-year time period requested.

5. Request for Production No. 4:

Request No. 4 requests documents relating to "any companies who distribute products into the United States or Rhode Island, where those products include an LCDI manufactured or

K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100 www.klgates.com



sold by Shanghai ELE, and Shanghai ELE has reason to believe that such products are distributed into the United States and/or Rhode Island." (Order at 4).

Shanghai ELE's response to Request No. 4 is identical to that for Request No. 3 and likewise appears to omit documents that relate to its business partners, Daewoo, Haier, Samsung, LG, Fedders, and GE—most of which distribute air conditioners in the United States with Shanghai ELE LCDIs.

Tower requests clarification of this inconsistency between Shanghai ELE's supplemental response and its apparent affiliation with the above-mentioned companies.

6. Request for Production No. 5:

Request No. 5 requires Shanghai ELE to "produce documents and things referring to companies in the United States which it has reason to believe: a) carry a product containing an LCDI manufactured by Defendant and b) have a facility in Rhode Island. It is not necessary that Defendant have reason to believe that the product containing the LCDI is sold or located in the Rhode Island facility." (Order at 4-5).

Shanghai ELE states that it has no responsive documents. Shanghai ELE's omission of Home Depot from its response stands in contrast to claims on its website, which identifies Home Depot as a U.S. retailer with which it has a business relationship.

Tower requests clarification of this inconsistency between Shanghai ELE's supplemental response and its apparent affiliation with U.S. retailers like Home Depot.

7. Request for Production No. 9:

Request No. 9 requires production of documents "relating to any distribution channels that Defendant has reason to believe could result in a Shanghai ELE LCDI being sold as a product in Rhode Island, including all LCDI customers, and the customers, distributors, agents, wholesalers, and retailers of those LCDI customers." (Order at 5).

Shanghai ELE responds that it does not have any responsive documents. However, Shanghai ELE claims on its website to have a business relationship with Home Depot. Home Depot does not manufacture air conditioners, but purchases such products from air conditioner manufacturers to sell in numerous Home Depot stores around the United States, including Rhode Island. Thus, Home Depot is part of a distribution channel that causes air conditioners with Shanghai ELE LCDIs to reach Rhode Island consumers.

K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100 www.klgates.com



Tower requests clarification of this inconsistency between Shanghai ELE's supplemental response and its apparent affiliation with U.S. retailers like Home Depot who are part of a distribution channel.

8. Request for Production No. 10:

Request No. 10 requires production of documents relating to "any restrictions or limitations placed on the distribution, sale, or use of any Shanghai ELE LCDI which would tend to show the product is intended for use in the United States." (Order at 5).

Shanghai ELE's response states that it has no responsive documents. However, Shanghai ELE's website describes several restrictions or limitations on the sale of its LCDIs. For example, Underwriters Laboratories, Inc. ("UL") restricts the sale of air conditioners in the United States to those with UL approved LCDI devices, a restriction to which Shanghai ELE has admittedly complied. Shanghai ELE's website also shows that all of its LCDI products have connectors that conform to a standard established by National Electrical Manufacturers Association ("NEMA"), a United States electrical association located in Virginia. This type of connector is only used in North America and is not used in Europe, Australia, New Zealand, China, Argentina or South Africa. Shanghai ELE's English language and Chinese language website shows that all of Shanghai ELE LCDI products conform to this North America-specific standard.

Please explain the apparent inconsistency between Shanghai ELE response and the above-described restrictions on the sale or distribution of LCDIs.

9. Request for Production No. 11:

Request No. 11 requires production of "[a]ll instructions and manuals that describe or concern the installation, shipping, operation, use, repair, or replacement of any Shanghai ELE LCDI which would tend to show that the product is intended for use in the United States." (Order at 5-6).

Shanghai ELE states that it has no responsive documents. Tower notes, however, Shanghai ELE maintains an English language website that includes information relating to the installation, shipping, operation, use, repair, or replacement of an LCDI. Shanghai ELE's LCDIs themselves also bear identification information written in English.

Please confirm that none of your documents show or suggest an intention for use in the United States including but not limited to stating that the LCDIs comply with NEMA and UL standards.

K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100 www.klgates.com



Please supplemental the supplemental discovery responses pursuant to this letter within three business days. If I do not receive your responses within three business days, I will request relief from the Court.

Very truly yours,

Larissa S. Bifano

cc: Jeffrey S. Brenner, Esq.
Bruce W. Gladstone, Esq.

**Bifano, Larissa S.**

---

**From:** Bifano, Larissa S.
**Sent:** Tuesday, May 01, 2007 8:24 AM
**Subject:** Attachment for April 30, 2007 Letter
**Attachments:** linksShanghaiELE.pdf

**PLEASE NOTE: You were BCC'd**

**To:** Tony Chen
**Cc:** 'Bruce W. Gladstone'; Brenner, Jeffrey

Dear Tony,

I neglected to attach this to my April 30, 2007 letter. I apologize for any confusion.

Kind regards,

Larissa

Larissa S. Bifano
K&L Gates
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Direct: (617) 951-9139
Fax: (617) 261-3175
larissa.bifano@klgates.com
www.klgates.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact the sender at the number listed above.

For more information about K&L Gates, visit us at www.klgates.com.

**Shanghai ELE Mfg. Corp.**

HOME | ABOUT US | NEWS | PRODUCT | MARKET | SERVICE | BBS





# About ELE

PRODUCT SEARCH

GO

About us/ ELE

- About ELE
- Institutional Framework
- History
- Enterprise Kudos
- Company Culture
- Mission

Links

Home > About ELE > **About ELE**

gm DAEWOO

GREE 珠海格力集团公司

Galanz

Beijing 2008

Haier

WWW.CBIQ.COM

Hisense 海信



TECHNICAL SUPPORT

86-21-59756768

We will give you a flawless technical and service

KELON 科龙

TRANE

美的 Midea

SAMSUNG

HUABAO 华宝空调

ELECTRA

FEDDERS CORPORATION

DELIXI 中国驰名商标

DAIKIN

CHNT 正泰

Links | Copyright Claim

Copyright®Shanghai ELE MFG Corp., All rights reserved Shanghai ICP.

No 1,lane 2933 Huqingping Rd,zhaoxiang Town,QingPu,Shanghai China postcode:201703
Tel:021-59756768 Fax:021-59756686 E-mail:info@elemfg.com

Design by hotsales