K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100 www.klgates.com

May 16, 2007

Larissa S. Bifano
D 617.951.9139
F 617.261.3175
larissa.bifano@klgates.com

**Via Facsimile 310-907-2025**
**and First Class Mail**

Tony D. Chen, Esq.
Bingham McCutchen LLP
1620 26th St
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

Re: Tower Manufacturing Corporation v. Shanghai ELE Manufacturing Corporation
D. R.I. Case No. 06-170S

Dear Mr. Chen:

This is to confirm, in addition to the attached updated notice, that Tower will conduct a deposition of Shanghai ELE at our offices in Hong Kong on June 1, 2007 starting at 8 a.m. Hong Kong time. Stephen Lo, a partner in our Hong Kong office, will have the building open and the conference room prepared by 7:30 a.m. If you would like to contact him, his work number is +852.2230.3588 and his mobile number is +852.9718.8929.

We expect that Shanghai ELE's witnesses will be fully prepared to testify about the topics identified in Tower's deposition notice dated May 16, 2007 (copy attached), as the Court specified. Kindly identify which witness, Mr. Long Zhang or Mr. Barkley Bao, will be testifying on website issues and corporate issues. Additionally, because Mr. Barkley Bao is an English speaker, his deposition will be conducted in English. If Mr. Zhang is unable attend the deposition, please notify us immediately so that we may cancel the Mandarin/English interpretation services.

Additionally, on April 30, 2007, Tower enumerated the deficiencies in Shanghai ELE's written discovery responses and document production, and requested a response from Shanghai ELE within three business days. Because of a Chinese holiday, Tower extended the response deadline to Friday May 11, 2007. As of the date of this letter, Tower has not received a response or supplemental production from Shanghai ELE. Please provide supplemental responses and produce supplemental documents immediately, as sought in our April 30, 2007 letter.

K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100 www.klgates.com



Please do not hesitate to contact me with any questions or concerns.

Very truly yours,

Larissa Bifano

Larissa S. Bifano

cc: Jeffrey S. Brenner, Esq.
Bruce W. Gladstone, Esq.
Stephen Lo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. 06-170S-DLM |

**NOTICE OF RULE 30(b)(6) DEPOSITION OF SHANGHAI ELE MFG. CORP.**

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, on June 1, 2007, at 8:00 a.m. (Hong Kong Time) counsel for the Plaintiff Tower Manufacturing Corp. will take the deposition of Shanghai ELE Mfg. Corp. ("Shanghai ELE") through its designated representative(s), at the offices of Kirkpatrick & Lockhart Preston Gates Ellis LLP, 35th Floor, Two International Finance Centre, 8 Finance Street Central, Hong Kong, on the examination subjects listed on the attached Schedule A.

Pursuant to Rule 30(b)(6), Shanghai ELE shall designate and produce at this deposition those of its officers, directors, employees, managing agents, or other representatives to testify as to the full extent of Shanghai ELE's knowledge with respect to the examination subjects listed on Schedule A.

The deposition will be taken before a person authorized to administer oaths. The deposition shall be recorded by a stenographer or court reporter, and may be recorded by video and sound means.

Dated: May 16, 2007

Respectfully submitted,

PLAINTIFF
TOWER MANUFACTURING CORP.,

By its attorneys:

Larissa Bifano

John J. Cotter (*pro hac vice*)
Larissa S. Bifano (*pro hac vice*)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
Email: jcotter@klgates.com
Email: lbifano@klgates.com
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617.261.3100
Fax: 617.261.3175

Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401.331.5700
Fax: 401.331.5787
Email: bgladstone@cm-law.com

SCHEDULE A

1. Shanghai ELE Mfg. Corp.'s ("Shanghai ELE") customer support center in America, as claimed on Shanghai ELE's website at http://www.elemfg.com.

2. Shanghai ELE's predecessors and affiliated or related companies.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served by facsimile and U.S. Mail, postage prepaid, this 16th day of May, 2007, upon:

Tony D. Chen
BINGHAM MCCUTCHEN LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, California 90404-4060
Tel.: 310.225.9025
Fax: 310.907.2025

Jeffery Brenner
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel.: 401.454.1042
Fax: 401.454.1030

ATTORNEYS FOR DEFENDANT
SHANGHAI ELE MANUFACTURING CORPORATION

Larissa S. Bifano

Larissa S. Bifano

BOS-1082632 v1

K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
T 617.261.3100
F 617.261.3175

# FAX

| | |
|---|---|
| **Date •** | May 16, 2007 |
| **Pages •** | 7 |
| **Time •** | |
| **Transmit To •** | Jeffrey S. Brenner |
| **Company/Firm •** | Nixon Peabody LLP |
| **Telephone No. •** | |
| **Fax No. •** | **401-454-1030** |
| **From •** | Larissa S. Bifano |
| **Phone •** | 617.951.9139 |
| **Secretary •** | Sheila E. Sweeney |
| **Phone •** | 617.951.9117 |
| **Lawyer ID •** | 5209 |
| **Client/Matter Name •** | |
| **Client ID/Matter No. •** | 0522045/0107 |

**COMMENTS:**

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.

**Transmitted by:** **Time:**

**IMPORTANT**: The materials transmitted by this facsimile are sent by a lawyer or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at **617.951.9140 (collect)** and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. **Please report problems with reception by calling 617.951.9140.**

BOS-1079658 v1

K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
T 617.261.3100
F 617.261.3175

# FAX

| | |
|---|---|
| **Date •** | May 16, 2007 |
| **Pages •** | 7 |
| **Time •** | |
| **Transmit To •** | Bruce W. Gladstone |
| **Company/Firm •** | Cameron & Mittleman LLP |
| **Telephone No. •** | |
| **Fax No. •** | **401-331-5787** |
| **From •** | Larissa S. Bifano |
| **Phone •** | 617.951.9146 |
| **Secretary •** | Sheila E. Sweeney |
| **Phone •** | 617.951.9117 |
| **Lawyer ID •** | 5209 |
| **Client/Matter Name •** | |
| **Client ID/Matter No. •** | 0522045/0107 |

**COMMENTS**:

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.

**Transmitted by:** **Time:**

**IMPORTANT**: The materials transmitted by this facsimile are sent by a lawyer or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at **617.951.9140 (collect)** and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. **Please report problems with reception by calling 617.951.9140.**

BOS-1059874 v1

K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
T 617.261.3100
F 617.261.3175

# FAX

| | |
|---|---|
| **Date •** | May 16, 2007 |
| **Pages •** | 7 |
| **Time •** | |
| **Transmit To •** | Tony Chen, Esq. |
| **Company/Firm •** | Alschuler Grossman LLP |
| **Telephone No. •** | |
| **Fax No. •** | **310-907-2025** |
| **From •** | Larissa S. Bifano |
| **Phone •** | 617.951.9139 |
| **Secretary •** | Sheila Sweeney |
| **Phone •** | |
| **Lawyer ID •** | 5209 |
| **Client/Matter Name •** | |
| **Client ID/Matter No. •** | 0522045/0107 |

**COMMENTS:**

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.

**Transmitted by:** **Time:**

**IMPORTANT**: The materials transmitted by this facsimile are sent by a lawyer or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at **617.951.9140 (collect)** and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. **Please report problems with reception by calling 617.951.9140.**

BOS-1073039 v1

TRANSMISSION VERIFICATION REPO

TIME : 05/16/2007 15:56

| | |
|---|---|
| DATE,TIME | 05/16 15:54 |
| FAX NO./NAME | 9914014541030 |
| DURATION | 00:02:22 |
| PAGE(S) | 07 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

TRANSMISSION VERIFICATION REPO'

TIME : 05/16/2007 15:49

| | |
|---|---|
| DATE,TIME | 05/16 15:47 |
| FAX NO./NAME | 99140133155787 |
| DURATION | 00:02:20 |
| PAGE(S) | 07 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

TRANSMISSION VERIFICATION REPOI

TIME : 05/16/2007 15:32

| | |
|---|---|
| DATE,TIME | 05/16 15:29 |
| FAX NO./NAME | 9913109072025 |
| DURATION | 00:02:19 |
| PAGE(S) | 07 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |