**Bifano, Larissa S.**

---

**From:** Tony Chen [Tony.Chen@bingham.com]

**Sent:** Tuesday, May 22, 2007 4:34 PM

**To:** Bifano, Larissa S.

**Subject:** Re: Subpoena Served on UL

Dear Larissa: Thank you for your reply. I've called UL and my understanding is that the documents will be designated as I suggested in my earlier email and produced without any delay. Thanks for your cooperation.

I will be meeting with the people at Shanghai ELE this weekend for the preparation of the deposition, but I'll also discuss with them about the issues you raised in you letter about our supplement answer to the interrogatories and requests for production. I don't think you can tell us your current knowledge of US sales by some comapnies such as LG and say merely based on that ELE necessarily had reason to believe that their products with ELE's LCDI would be sold in the US. But I will talk with the client to find out what kind of knowledge or belief ELE had.

BTW although Mr. Barkley Bao can read and right in English, his English litsening and speaking ability is limited and he is not confortable in having his deposition conducted in English (if he is the deponent).

Is anyone from your Boston office going to Hong Kong for the depo?

Regards, Tony