EXHIBIT G FILED UNDER SEAL