UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION
Plaintiff(s)

v.

SHANGHAI ELE MANUFACTURING CORPORATION
Defendant(s)

Dkt. No. 06-00170-S-DLM

## MOTION FOR ADMISSION PRO HAC VICE

~~Plaintiff~~/Defendant Shanghai ELE Manufacturing Corporation hereby moves that Victor H. Polk, Jr., Esq. of Bingham McCutchen LLP be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

/s/ Jeffrey S. Brenner
(~~Plaintiff~~/Defendant)

By: Jeffrey S. Brenner
Bar ID No.: 4369
Address: Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

DATED: June 18, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(~~s~~) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s): MA, FL, 1st., 2nd, 9th & 11th Circuits, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Victor H. Polk, Jr. 546099

Print Name State Bar ID #

Bingham McCutchen LLP

Firm Name

150 Federal Street

Business Address

Boston, MA 02110

617-951-8000 617-951-8736

Tel. # Fax #

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel

/s/ Jeffrey S. Brenner

Signature of Local Counsel

Jeffrey S. Brenner 4369

Print Name R.I. Bar ID #

Nixon Peabody LLP

Firm and Business Address

One Citizens Plaza, Suite 500

Providence, RI 02903

Tel. #401-454-1000 Fax #401-454-1030

---

**ORDER**

This motion is hereby ______________________________

__________________________

District Judge

Date:

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the participants registered to receive pleadings via the ECF system and via regular mail, postage prepaid to Thomas A. Turano, K&L Gates, LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950 on this 18th of June , 2007.

/s/ Jeffrey S. Brenner