UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br>Plaintiff,<br>v.<br>SHANGHAI ELE MANUFACTURING CORPORATION,<br>Defendant. | C.A. No. 06-170/S |

**DEFENDANT'S MOTION TO FILE UNDER SEAL**

Pursuant to LR Gen 102, Defendant Shanghai ELE Manufacturing Corporation hereby moves to file Exhibit M attached to the Declaration of Tony D. Chen under seal for the following reasons:

1. Exhibit M is a copy of the final transcript of Barkley Bao, Defendant's Manager of its Marketing Department, who was deposed on June 1, 2007, pursuant to Plaintiff's Rule 30(b)(6) deposition notice.

2. Section 4(E) of the Protective Order entered in this case provides that "during the first twenty (20) business days after receipt of a deposition transcript, the transcript shall be treated as Protected Information under the terms of this Order." See Docket Entry No. 48.

3. Plaintiff previously filed a Motion to File Under Seal concerning the draft transcript that was attached at Exhibit G to its Memorandum in Support of Motion for Sanctions. The two versions of the deposition transcript are substantively the same.

4. The only difference is that the final version of the transcript filed with this Court by Defendant is paginated slightly differently.

Accordingly, Defendant moves this Court to permit the filing of Exhibit M to the Declaration of Tony D. Chen under seal.

Defendant,
SHANGHAI ELE MANUFACTURING CORPORATION,
By its attorneys

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
Email: jbrenner@nixonpeabody.com
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Phone: 401-454-1042
Fax: 401-454-1030

Of Counsel:
Tony D. Chen (Pro Hac Vice)
Email: tony.chen@bingham.com
Bingham McCutchen LLP
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Phone: 310-225-9025
Fax: 310-907-2025

Victor H. Polk, Jr. (Pro Hac Vice Pending)
Lawrence T. Stanley, Jr. (Pro Hac Vice Pending)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
Phone: 617-951-8721
Fax: 617-951-8736

Dated: June 25, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Bruce W. Gladstone, Esq., at bgladstone@cm-law.com, John J. Cotter, Esq., at jcotter@klgates.com, and Larissa S. Bifano, Esq., at lbifano@klgates.com, identified on the Notice of Electronic filing (NEF), on this 25th day of June, 2007.

/s/ Jeffrey S. Brenner