# EXHIBIT A

# NOTICE OF RULE 30(b)(6) DEPOSITION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br>Plaintiff,<br>v.<br>SHANGHAI ELE MANUFACTURING CORPORATION,<br>Defendant. | Civil Action No. 06-170S-DLM |

**NOTICE OF RULE 30(b)(6) DEPOSITION OF SHANGHAI ELE MFG. CORP.**

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, on December 28, 2006, at 9:00 a.m., counsel for the Plaintiff Tower Manufacturing Corp. will take the deposition of Shanghai ELE Mfg. Corp. ("Shanghai ELE") through its designated representative(s), at the offices of Kirkpatrick & Lockhart Nicholson Graham, State Street Financial Center, 1 Lincoln St, Boston, MA, 02111, on the examination subject listed on the attached Schedule A.

Pursuant to Rule 30(b)(6), Shanghai ELE shall designate and produce at this deposition those of its officers, directors, employees, managing agents, or other representatives to testify as to the full extent of Shanghai ELE's knowledge with respect to the examination subject listed on Schedule A.

The deposition will be taken before a person authorized to administer oaths. The deposition shall be recorded by a stenographer or court reporter, and may be recorded by video and sound means. The deposition will continue from day to day until completed.

Dated: December 14, 2006

Respectfully submitted,

PLAINTIFF
TOWER MANUFACTURING CORP.,

By its attorneys:

John J. Cotter (*pro hac vice*)
Email: jcotter@klng.com
Larissa S. Bifano (*pro hac vice*)
Email: lbifano@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617.261.3100
Fax: 617.261.3175

Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401.331.5700
Fax: 401.331.5787
Email: bgladstone@cm-law.com

SCHEDULE A

1. Shanghai ELE Mfg. Corp.'s ("Shanghai ELE") customer support center in America, as claimed on Shanghai ELE website at http://www.elemfg.com/en/about/index_04.asp.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was served by facsimile and U.S. Mail, postage prepaid, this 14th day of December, 2006, upon:

Tony D. Chen
ALSCHULER GROSSMAN STEIN & KAHAN LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, California 90404-4060
Tel.: 310.225.9025
Fax: 310.907.2025

Jeffery Brenner
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel.: 401.454.1042
Fax: 401.454.1030

ATTORNEYS FOR DEFENDANT
SHANGHAI ELE MANUFACTURING CORPORATION

Larissa S. Bifano

BOS-1035845 v1