# EXHIBIT A

# FAX DATED 4/19/07

K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
T 617.261.3100
F 617.261.3175

# FAX

| | |
|---|---|
| **Date •** | April 19, 2007 |
| **Pages •** | 2 |
| **Time •** | |
| **Transmit To •** | Tony Chen, Esq. |
| **Company/Firm •** | |
| **Telephone No. •** | |
| **Fax No. •** | **310-907-2025** |
| **From •** | Larissa S. Bifano |
| **Phone •** | 617.951.9139 |
| **Secretary •** | Sheila Sweeney |
| **Phone •** | |
| **Lawyer ID •** | 5209 |
| **Client/Matter Name •** | |
| **Client ID/Matter No. •** | 0522045/0107 |

**COMMENTS:**

When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction.

**Transmitted by:** **Time:**

**IMPORTANT:** The materials transmitted by this facsimile are sent by a lawyer or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at **617.951.9140 (collect)** and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. **Please report problems with reception by calling 617.951.9140.**

BOS-1073039 v1

K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
T 617 261 3100 www.klgates.com

Larissa S. Bifano
D 617.951.9139
F 617.261.3175
larissa.bifano@klgates.com

April 19, 2007

**Via First Class Mail and**
**Facsimile 310-907-2025**

Tony D. Chen, Esq.
Alschuler Grossman LLP
1620 26th St
Fourth Floor, North Tower
Santa Monica, CA 90404-4060

Re: Tower Manufacturing Corporation v. Shanghai ELE Manufacturing Corporation
<u>D. R.I. Case No. 06-170S</u>

Dear Mr. Chen:

On March 16, 2007 the Court ordered Shanghai ELE to supplement its discovery responses within 30 days of the date of the order. I have not yet received the ordered supplemental discovery from Shanghai ELE. If you shipped the ordered discovery by the due date, please provide evidence of your shipment, including the courier's tracking information. If not, please explain why immediately.

Kind regards,

Larissa Bifano

Larissa S. Bifano

cc: Jeffrey S. Brenner, Esq.
Bruce W. Gladstone, Esq.