# EXHIBIT B

# E-MAIL DATED 4/20/07

---

**'om:** Tony Chen
**ent:** Friday, April 20, 2007 10:42 AM
**):** Bifano, Larissa S.
**::** Brenner, Jeffrey; Bruce W. Gladstone
**ıbject:** Re: Tower v Shanghai ELE

ear Larissa:

) Shanghai ELE's supplemental responses pursuant to the Court Order were mailed to you last Friday, April 3, 2007. Attached please find courtesy copies of the same in pdf file format.

) Shanghai ELE's designated 30(b)(6) personnel has formally submitted his Hong Kong visa applications, ırough an assisting agency, to the appropriate authority earlier this week, on or about Monday, April 16, 007 and the estimate period for getting notification from the authority is 3-4 weeks.

est regards,

*Tony D. Chen*

ony D. Chen, Esq.
LSCHULER GROSSMAN LLP
620 26th Street
ourth Floor, North Tower
anta Monica, California 90404-4060
·1 310-255-9025 (direct)
·1 310-907-2025 (direct fax)
:hen@alschuler.com
·1 310-907-1000 (firm)
·1 310-907-2000 (firm fax)
/ww.alschuler.com

---