# EXHIBIT C

# E-MAIL DATED 1/25/07

**Tony Chen**

**From:** Brenner, Jeffrey [JBRENNER@nixonpeabody.com]
**Sent:** Thursday, January 25, 2007 2:21 PM
**To:** lbifano@klng.com
**Cc:** Tony Chen; Bruce W. Gladstone
**Subject:** Tower Manufacturing v. Shanghai ELE

**Attachments:** EAS

Larissa,
I received a copy of your letter to Tony Chen dated January 23, 2007, enclosing copies of the subpoenas served on Home Depot on January 17, 2007, the subpoena to Benny's dated January 2, 2007, and served on January 8, 2007, and the response from Benny's dated January 12, 2007. You signed both subpoenas as the issuing officer. Neither Tony Chen nor I had received copies of these materials until receiving your January 23 letter, which was after the hearing before Judge Martin. Suffice it to say that Tony and I are surprised and disappointed at the travel of these events, especially since John referenced Benny's and Home Depot during his argument. I believe that we are entitled to an explanation as well as confirmation that there are no other outstanding subpoenas. I look forward to receiving your response. -- Jeff

<http://www.nixonpeabody.com/> Jeffrey S. Brenner
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Office: 401.454.1042
Fax: 401.454.1030
jbrenner@nixonpeabody.com <mailto:jbrenner@nixonpeabody.com>
www.nixonpeabody.com

This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.

Attachments:
logo_824.gif (2224 Bytes)