# EXHIBIT D

# LETTERS DATED 2/14/07

ALSCHULER GROSSMAN LLP
ATTORNEYS AT LAW

TONY D. CHEN
ATTORNEY AT LAW
TCHEN@ALSCHULER.COM
Direct Dial: 310-255-9025
Direct Fax: 310-907-2025

OUR FILE NUMBER
13764-207036

February 14, 2007

The Home Depot, Inc
387 Charles Street
Providence, RI 02908
Attention: Michael Reposa

Re: *Tower Mfg. Corp v Shanghai ELE Mfg Corp*
U.S. District Court Rhode Island No: CA 06-170S

Dear Mr Reposa:

We represent Shanghai ELE Mfg Corp ("Shanghai ELE") in the above referenced litigation It is our understanding that counsel for Tower Mfg Corp ("Tower") has served upon your company a Subpoena, concerning certain air conditioner products that may embody a leakage circuit detection interrupter (LCDI) device manufactured by Shanghai ELE

It is our belief that Tower's action against Shanghai ELE is without merit as Shanghai ELE's LCDI devices do not infringe any valid claim of Tower's patent subject to this lawsuit, and the asserted claims of Tower's patent are indeed invalid over prior art We will vigorously defend Shanghai ELE's rights of fair competition in this free market economy, and are confident that Shanghai ELE will ultimately prevail in the lawsuit

Meanwhile, if you have any question concerning the Subpoena or the underlying case, please do not hesitate to contact me

Very truly yours,

Tony D Chen

TDC:js

cc: Jeffrey Brenner, Esq
Larissa S Bifano Esq

921711_1 DOC

# ALSCHULER GROSSMAN LLP
ATTORNEYS AT LAW

TONY D. CHEN
ATTORNEY AT LAW
TCHEN@ALSCHULER.COM
Direct Dial: 310-255-9025
Direct Fax: 310-907-2025

OUR FILE NUMBER
13764-207036

February 14, 2007

Wal-Mart Stores Inc
1776 Plainfield Pike
Cranston, RI 02921
Attention: Michael Godasian

Re: *Tower Mfg Corp v Shanghai ELE Mfg Corp*
U.S. District Court Rhode Island No: CA 06-170S

Dear Mr Godasian:

We represent Shanghai ELE Mfg Corp ("Shanghai ELE") in the above referenced litigation It is our understanding that counsel for Tower Mfg Corp ("Tower") has served upon your company a Subpoena, concerning certain air conditioner products that may embody a leakage circuit detection interrupter (LCDI) device manufactured by Shanghai ELE

It is our belief that Tower's action against Shanghai ELE is without merit as Shanghai ELE's LCDI devices do not infringe any valid claim of Tower's patent subject to this lawsuit, and the asserted claims of Tower's patent are indeed invalid over prior art We will vigorously defend Shanghai ELE's rights of fair competition in this free market economy, and are confident that Shanghai ELE will ultimately prevail in the lawsuit

Meanwhile, if you have any question concerning the Subpoena or the underlying case, please do not hesitate to contact me

Very truly yours,

Tony D Chen

TDC:js

cc: Jeffrey Brenner, Esq
Larissa S Bifano Esq

921711_1 DOC

# ALSCHULER GROSSMAN LLP
ATTORNEYS AT LAW

TONY D. CHEN
ATTORNEY AT LAW
TCHEN@ALSCHULER.COM
Direct Dial: 310-255-9025
Direct Fax: 310-907-2025

OUR FILE NUMBER
13764-207036

February 14, 2007

U S Natural Resources Inc
d/b/a Freidrich Air Conditioning Co
4200 N Pan AM Expy
San Antonio, TX 78218-5214
Attention: Charles M Marino

Re: *Tower Mfg Corp v Shanghai ELE Mfg Corp*
U.S. District Court Rhode Island No: CA 06-170S

Dear Mr Marino:

We represent Shanghai ELE Mfg Corp ("Shanghai ELE") in the above referenced litigation It is our understanding that counsel for Tower Mfg Corp ("Tower") has served upon your company a Subpoena, concerning certain air conditioner products that may embody a leakage circuit detection interrupter (LCDI) device manufactured by Shanghai ELE

It is our belief that Tower's action against Shanghai ELE is without merit as Shanghai ELE's LCDI devices do not infringe any valid claim of Tower's patent subject to this lawsuit, and the asserted claims of Tower's patent are indeed invalid over prior art We will vigorously defend Shanghai ELE's rights of fair competition in this free market economy, and are confident that Shanghai ELE will ultimately prevail in the lawsuit

Meanwhile, if you have any question concerning the Subpoena or the underlying case, please do not hesitate to contact me

Very truly yours,

T. D. Chen

Tony D Chen

TDC:js

cc: Jeffrey Brenner, Esq
Larissa S Bifano Esq

921711_1 DOC