# EXHIBIT E

# E-MAIL DATED 5/16/07

**Tony Chen**

**From:** Barkley Bao [barkleybao@yahoo.com.cn]
**Sent:** Wednesday, May 16, 2007 3:52 AM
**To:** Tony Chen
**Subject:** 转发： Re: 回复： Subpoena Served on UL

ear Mr. Chen:

lease contact with UL legal person for the subpoena served on UL.

hanks.

est regards,

arkley

*arianne.B.OConnell@us.ul.com* 写道：

收件人: Barkley Bao <barkleybao@yahoo.com.cn>
主题: Re: 回复: Subpoena Served on UL
日期: Tue, 15 May 2007 09:14:08 -0500
发件人: Marianne.B.OConnell@us.ul.com

Thank you. I will cc: you with any communication I send to your lawyer.

Regards,

Marianne O'Connell
Senior Paralegal
Underwriters Laboratories Inc.
(847) 664-3293 ph
(847) 313-3293 fax

**Barkley Bao <barkleybao@yahoo.com.cn>**
05/15/2007 08:21 AM

To Marianne.B.OConnell@us.ul.com
cc
Subject 回复： Subpoena Served on UL

Dear Marianne:

Thank you for your courtesy to inform us such information. Our lawyer will contact with you soon! When you send copy to him after you get his address, please cc to me. Thank you.

Best regards,

Barkley

***Marianne.B.OConnell@us.ul.com*** 写道：

Dear Mr. Barkley Bao:

I am a Paralegal in UL's Legal Dept. We have been served with a subpoena requesting all documents from Shanghai ELE Manufacturing Corp. File E25045. The case name is Tower Manufacturing Corporation v. Shanghai ELE Manufacturing. As a courtesy, we notify our Subscribers upon receipt of a subpoena. Can you please advise who at Shanghai ELE is the appropriate person to contact with respect to a subpoena. Please provide an e-mail address or fax number and I will forward a copy to said person. The due date is May 23, 2007.

Thanks in advance for your assistance.

Regards,

Marianne O'Connell
Senior Paralegal
Underwriters Laboratories Inc.
(847) 664-3293 ph
(847) 313-3293 fax

- For more information about UL, its Marks, and its services for EMC, quality registrations and product certifications for global markets, please access our web sites at http://www.ul.com and http://www.ulc.ca or contact your local sales representative. --

********* Internet E-mail Confidentiality Disclaimer **********
This e-mail message may contain privileged or confidential information. If you are not the intended recipient, you may not disclose, use, disseminate, distribute, copy or rely upon this message or attachment in any way. If you received this e-mail message in error, please return by forwarding the message and its attachments to the sender.

UL and its affiliates do not accept liability for any errors, omissions, corruption or virus in the contents of this message or any attachments.
******************************************************************

---

抢注雅虎免费邮箱3.5G容量，20M附件！

- For more information about UL, its Marks, and its services for EMC, quality registrations and product certifications for global markets, please access our web sites at http://www.ul.com and

http://www.ulc.ca or contact your local sales representative. --

********* Internet E-mail Confidentiality Disclaimer *********
This e-mail message may contain privileged or confidential information. If you are not the intended recipient, you may not disclose, use, disseminate, distribute, copy or rely upon this message or attachment in any way. If you received this e-mail message in error, please return by forwarding the message and its attachments to the sender.

UL and its affiliates do not accept liability for any errors, omissions, corruption or virus in the contents of this message or any attachments.
*****************************************************************

---

注雅虎免费邮箱3.5G容量，20M附件！