# EXHIBIT F

# E-MAIL DATED 5/22/07

**Tony Chen**

**From:** Tony Chen
**Sent:** Tuesday, May 22, 2007 1:34 PM
**To:** 'larissa.bifano@klgates.com'
**Subject:** Re: Subpoena Served on UL

Dear Larissa: Thank you for your reply. I've called UL and my understanding is that the documents will be designated as I suggested in my earlier email and produced without any delay. Thanks for your cooperation.
I will be meeting with the people at Shanghai ELE this weekend for the preparation of the deposition, but I'll also discuss with them about the issues you raised in you letter about our supplement answer to the interrogatories and requests for production. I don't think you can tell us your current knowledge of US sales by some comapnies such as LG and say merely based on that ELE necessarily had reason to believe that their products with ELE's LCDI would be sold in the US. But I will talk with the client to find out what kind of knowledge or belief ELE had.
BTW although Mr. Barkley Bao can read and right in English, his English litsening and speaking ability is limited and he is not confortable in having his deposition conducted in English (if he is the deponent).
Is anyone from your Boston office going to Hong Kong for the depo?
Regards, Tony

----- Original Message -----
From: Bifano, Larissa S. <larissa.bifano@klgates.com>
To: Tony Chen
Cc: Marianne.B.OConnell@us.ul.com <Marianne.B.OConnell@us.ul.com>; Cotter, John J. <john.cotter@klgates.com>
Sent: Tue May 22 11:47:09 2007
Subject: RE: Subpoena Served on UL

Dear Tony,

Thank you for your email. Because we have not seen the documents to be produced and because it appears the confidential information is either UL's or Shanghai ELE's, it is ELE's and UL's decision how to designate the documents. If after production there is any issue with the designations, we can deal with that as provided under paragraph 11 of the Protective Order, but there is no reason to delay their production now.

Please let me know if you have any questions.

Larissa

Larissa S. Bifano
K&L Gates
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Direct: (617) 951-9139
Fax: (617) 261-3175
larissa.bifano@klgates.com

www.klgates.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact the sender at the number listed above.

For more information about K&L Gates, visit us at www.klgates.com.

---

From: Tony Chen [mailto:Tony.Chen@bingham.com]
Sent: Tuesday, May 22, 2007 1:20 PM
To: Bifano, Larissa S.
Cc: Marianne.B.OConnell@us.ul.com
Subject: RE: Subpoena Served on UL

Dear Larissa:

Thank you for sending us a copy of your Subpoena served on UL. I am concerned about the production of documents from UL pursuant to your subpoena, which documents contain confidential and proprietary technical and business data and information of my client.

I've contacted Ms. O'Connel at UL and learned that the documents to be produced are in the following two categories:

1) Contracts and correspondences between Shanghai ELE and UL; and
2) Data pages and listing reports.

To avoid delay from our filing for a protective order, I suggest that UL designate and mark the documents in the first category as "Confidential" and the second as "Confidential - Attorneys' Eyes Only" pursuant to the Protective Order entered in this case.

If this is agreeable to you, please let me know or so notify Ms. O'Connel.

Thank you for your prompt attention and professional cooperation in this matter.

Sincerely,

Tony

Tony D. Chen, Esq.
BINGHAM McCUTCHEN LLP
The Water Garden
Fourth Floor, North Tower
1620 26th Street

Santa Monica, CA 90404-4060

310.255.9025
310.907.2025 fax
tony.chen@bingham.com <mailto:tony.chen@bingham.com>

===========================================================================
=
Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.
===========================================================================
=

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at larissa.bifano@klgates.com.