# EXHIBIT H

# E-MAIL DATED 5/25/07

**Tony Chen**

**From:** Bifano, Larissa S. [larissa.bifano@klgates.com]
**Sent:** Friday, May 25, 2007 7:53 AM
**To:** Tony Chen
**Cc:** Bruce W. Gladstone; Brenner, Jeffrey; Cotter, John J.; Smith, Robert
**Subject:** Tower's Motion for Contempt and Rule 37 Sanctions
**Attachments:** ExhibitF.pdf; BOS-#1086010-v3-Contempt_Motion.pdf; ExhibitA.pdf; ExhibitB.pdf; ExhibitC.pdf; ExhibitD.pdf; ExhibitE.pdf

)ear Tony,

As I noted in my voicemail, Tower is planning on filing the attached Motion and Exhibits at 1:30 PM EST ɔday. Please call me with questions and/or concerns in advance of 1:30 PM EST.

:ind regards,

.arissa Bifano <<ExhibitF.pdf>> <<BOS-#1086010-v3-Contempt_Motion.pdf>> <<ExhibitA.pdf>> <<ExhibitB.pdf>> <ExhibitC.pdf>> <<ExhibitD.pdf>> <<ExhibitE.pdf>>

.arissa S. Bifano
:&L Gates
tate Street Financial Center
)ne Lincoln Street
;oston, MA 02111-2950
)irect: (617) 951-9139
ax: (617) 261-3175
ɪrissa.bifano@klgates.com
/ww.klgates.com

his electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP that may be privileged and confidential. The information is intended for the ɜe of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in ror, please contact the sender at the number listed above.

or more information about K&L Gates, visit us at www.klgates.com.

'his electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. The contents may ɪe privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, ɪote that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in ɪrror, please contact me at larissa.bifano@klgates.com