# EXHIBIT I

# E-MAIL DATED 5/25/07

**Tony Chen**

---

**From:** Brenner, Jeffrey [JBRENNER@nixonpeabody.com]
**Sent:** Friday, May 25, 2007 8:41 AM
**To:** Bifano, Larissa S.; Tony Chen
**Cc:** Bruce W. Gladstone; Cotter, John J.; Smith, Robert
**Subject:** RE: Tower's Motion for Contempt and Rule 37 Sanctions

arissa,
hank you for copying me on the draft Motion. Although I can see that you want to file this Motion today, I don't know why you want ) file it by 1:30 p.m. EST. As you know, Tony Chen is the primary attorney on this matter and his office is in California. I have not een able to reach Tony yet today since I saw your e-mail to discuss this matter. Therefore, I request that you hold off filing this lotion until I Tony and/or I can respond to the serious allegations that you make in the Motion. However, if you must file it today for our own reasons, I don't see why this needs to happen by 1:30 p.m. EST. -- Jeff

---

**rom:** Bifano, Larissa S. [mailto:larissa.bifano@klgates.com]
**ent:** Friday, May 25, 2007 10:53 AM
**o:** Tony Chen
**c:** Bruce W. Gladstone; Brenner, Jeffrey; Cotter, John J.; Smith, Robert
**ubject:** Tower's Motion for Contempt and Rule 37 Sanctions

)ear Tony,

As I noted in my voicemail, Tower is planning on filing the attached Motion and Exhibits at 1:30 PM EST oday. Please call me with questions and/or concerns in advance of 1:30 PM EST.

(ind regards,

.arissa Bifano <<ExhibitF.pdf>> <<BOS-#1086010-v3-Contempt_Motion.pdf>> <<ExhibitA.pdf>> <<ExhibitB.pdf>> :<<ExhibitC.pdf>> <<ExhibitD.pdf>> <<ExhibitE.pdf>>

arissa S. Bifano
(&L Gates
itate Street Financial Center
)ne Lincoln Street
3oston, MA 02111-2950
)irect: (617) 951-9139
'ax: (617) 261-3175
arissa.bifano@klgates.com
vww.klgates.com

his electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP that may be privileged and confidential. The information is intended for the se of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in rror, please contact the sender at the number listed above.

'or more information about K&L Gates, visit us at www.klgates.com.

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at larissa.bifano@klgates.com