# EXHIBIT J

# E-MAIL DATED 5/25/07

**Tony Chen**

**From:** Tony Chen
**Sent:** Friday, May 25, 2007 12:09 PM
**To:** 'larissa.bifano@klgates.com'
**Subject:** Re: Tower's Motion for Contempt and Rule 37 Sanctions

Dear Larissa::

I am surprised to find out that you are about to file a motion today, but appreciate that you agree to wait until next Tuesday. We were trading emails extensively in the past few days and you never mentioned that you would file a motion today by 1:30 EST. You knew I would be on my way to China to meet with my client in preparation of next week's deposition in Hong Kong. I also told you that although I disagree with your assertions regarding our supplemental response to your interrogatories and requests for production, nonrthrless I will discuss further with my client in an effort to resolve this dispute.

I will send you an email from China by next Monday to advise you the result of my discussion with my client. Hopefully we can resolve this wothout wasting our time and our clients' money to go through a motion process.

Sincerely,

Tony

----- Original Message -----
From: Bifano, Larissa S. <larissa.bifano@klgates.com>
To: Brenner, Jeffrey <JBRENNER@nixonpeabody.com>; Tony Chen
Cc: Bruce W. Gladstone <bgladstone@cm-law.com>; Cotter, John J. <john.cotter@klgates.com>; Smith, Robert <rob.smith@klgates.com>
Sent: Fri May 25 09:22:27 2007
Subject: RE: Tower's Motion for Contempt and Rule 37 Sanctions

Dear Jeff,

Thank you for your email. Tower has been trying to move the discovery along for months, and cannot afford to wait any more for Shanghai ELE to respond. Out of professional courtesy, we are willing give Shanghai ELE until next Tuesday, May 29, 2007 at noon EST to provide us with full substantive responses. Otherwise, we will have to file the motion. Please note that partial answers will not suffice.

Kind regards,

Larissa

Larissa S. Bifano
K&L Gates
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Direct: (617) 951-9139
Fax: (617) 261-3175
larissa.bifano@klgates.com
www.klgates.com

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact the sender at the number listed above.

For more information about K&L Gates, visit us at www.klgates.com.

---

From: Brenner, Jeffrey [mailto:JBRENNER@nixonpeabody.com]
Sent: Friday, May 25, 2007 11:41 AM
To: Bifano, Larissa S.; Tony Chen
Cc: Bruce W. Gladstone; Cotter, John J.; Smith, Robert
Subject: RE: Tower's Motion for Contempt and Rule 37 Sanctions

Larissa,
Thank you for copying me on the draft Motion. Although I can see that you want to file this Motion today, I don't know why you want to file it by 1:30 p.m. EST. As you know, Tony Chen is the primary attorney on this matter and his office is in California. I have not been able to reach Tony yet today since I saw your e-mail to discuss this matter. Therefore, I request that you hold off filing this Motion until I Tony and/or I can respond to the serious allegations that you make in the Motion. However, if you must file it today for your own reasons, I don't see why this needs to happen by 1:30 p.m. EST. -- Jeff

---

From: Bifano, Larissa S. [mailto:larissa.bifano@klgates.com]
Sent: Friday, May 25, 2007 10:53 AM
To: Tony Chen
Cc: Bruce W. Gladstone; Brenner, Jeffrey; Cotter, John J.; Smith, Robert
Subject: Tower's Motion for Contempt and Rule 37 Sanctions

Dear Tony,

As I noted in my voicemail, Tower is planning on filing the attached Motion and Exhibits at 1:30 PM EST today. Please call me with questions and/or concerns in advance of 1:30 PM EST.

Kind regards,

Larissa Bifano <<ExhibitF.pdf>> <<BOS-#1086010-v3-Contempt_Motion.pdf>> <<ExhibitA.pdf>> <<ExhibitB.pdf>> <<ExhibitC.pdf>> <<ExhibitD.pdf>> <<ExhibitE.pdf>>

Larissa S. Bifano
K&L Gates
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Direct: (617) 951-9139
Fax: (617) 261-3175
larissa.bifano@klgates.com
www.klgates.com <file://www.klgates.com>

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP that may be privileged and confidential. The information is intended for the use of the addressee(s) only. If you are not an addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact the sender at the number listed above.

For more information about K&L Gates, visit us at www.klgates.com <file://www.klgates.com> .

This electronic message contains information from the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at larissa.bifano@klgates.com.