# EXHIBIT M

# FILED UNDER SEAL-

# TRANSCRIPT OF VIDEOTAPED DEPOSITION

# Transcript of
# Videotaped Deposition of
# Barkley Bao

## Containing Portions Designated As
## "Confidential - Attorneys' Eyes Only"

## Filed Under Seal