UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION,

Plaintiff,

V.

SHANGHAI ELE MANUFACTURING CORPORATION,

Defendant.

C.A. No. 06-170/S

**JOINT MOTION TO CONTINUE HEARING CONCERNING PLAINTIFF'S MOTION FOR SANCTIONS**

Plaintiff Tower Manufacturing Corporation and Defendant Shanghai ELE Manufacturing Corporation hereby jointly request that the hearing on Plaintiff's Motion for Sanctions currently scheduled to be heard by Magistrate Judge Martin on Tuesday, July 17, 2007, be continued to Tuesday, July 24, 2007, at 10:00 a.m., for the following reasons:

1. On June 6, 2007, Plaintiff filed a Motion for Sanctions. Defendant's Objection was due by June 25, 2007.

2. On June 25, 2007, Defendant filed its Objection to Plaintiff's Motion for Sanctions.

3. On June 28, 2007, Magistrate Judge Martin scheduled a hearing on July 17, 2007.

4. Attorney Brenner, local counsel for Defendant who has attended all hearings in this case to date, is court excused during the week of July 16, 2007. Attorney Chen, lead counsel for Defendant who has been admitted Pro Hac Vice and who has attended all hearings in this case to date, desires to have the same local counsel who is familiar with this case and the underlying dispute concerning the Motion for Sanctions attend the hearing with him.

5. Attorney Brenner has confirmed with Attorney Cotter, lead counsel for Plaintiff, that Attorney Cotter is available on July 24, 2007, and that Attorney Cotter does not object to the rescheduling of the hearing from July 17, 2007, to July 24, 2007.

6. Attorney Brenner has confirmed with the Court Clerk that Magistrate Judge Martin does not currently have a hearing scheduled on July 24, 2007.

7. Accordingly, the parties jointly request that the hearing concerning Plaintiff's Motion for Sanctions currently scheduled on Tuesday, July 17, 2007, at 10:00 a.m., be continued to Tuesday, July 24, 2007, at 10:00 a.m.

Plaintiff,
Tower Manufacturing Corporation,
By its Attorneys,

/s/ John J. Cotter
John J. Cotter (Pro Hac Vice)
Larissa S. Bifano (Pro Hac Vice)
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
Email: john.cotter@klgates.com
Email: larissa.bifano@klgates.com
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Phone: 617-261-3100
Fax: 617-261-3175

Local Counsel:
Bruce W. Gladstone (#2643)
Email: bgladstone@cm-law.com
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Phone: 401-331-5700
Fax: 401-331-5787

Defendant,
Shanghai ELE Manufacturing Corporation,
By its Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
Email: jbrenner@nixonpeabody.com
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Phone: 401-454-1042
Fax: 401-454-1030

Of Counsel:
Tony D. Chen (Pro Hac Vice)
Email: tony.chen@bingham.com
Bingham McCutchen LLP
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Phone: 310-225-9025
Fax: 310-907-2025

Victor H. Polk, Jr. (Pro Hac Vice Pending)
Lawrence T. Stanley, Jr. (Pro Hac Vice Pending)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
Phone: 617-951-8721
Fax: 617-951-8736

Dated: July 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Bruce W. Gladstone, Esq., at bgladstone@cm-law.com, John J. Cotter, Esq., at john.cotter@klgates.com, and Larissa S. Bifano, Esq., at larissa.bifano@klgates.com, identified on the Notice of Electronic filing (NEF), on this 5th day of July, 2007.

/s/ Jeffrey S. Brenner