K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100 www.klgates.com

August 27, 2007

John J. Cotter
D 617.261.3178
F 617.261.3175
john.cotter@klgates.com

**VIA EMAIL and**
**FIRST CLASS MAIL**

Victor H. Polk, Jr., Esq.
Bingham McCutchen
150 Federal Street
Boston, MA 02110-1726

Re: Tower Manufacturing Corporation v. Shanghai ELE Manufacturing Corporation
U.S.D.C. D. R.I., Civil Action No. 06-170S

Dear Mr. Polk:

**Statement of Costs**

This letter complies with the Court's Memorandum and Order granting in part and denying in part Plaintiff Tower Manufacturing Corporation's Motion for Sanctions ("Order") and serves as the statement of Tower's costs for the 30(b)(6) deposition and my attorney's fee for taking the Rule 30(b)(6) deposition.

**Costs:**

The cost of the deposition was $3,431.80, as detailed in the attached invoice from Merrill Legal Solutions, which, as the Merrill invoice shows, was paid in advance. As you know from the Order, Shanghai ELE has been ordered to pay Tower one-half of the cost of the deposition: $1,715.90.

**Fees:**

The time stamps on the official transcript of the Rule 30(b)(6) deposition showed that it lasted over 4.70 hours, from 8:10 AM (Hong Kong time) to 12:56 PM (Hong Kong time). My attorney's fee for taking the Rule 30(b)(6) deposition is 4.70 hours multiplied by my rate of $575.00/hour, or $2,702.50. Shanghai ELE has been ordered to pay Tower one-half of my attorney's fee for the taking of the Rule 30(b)(6) deposition: $1,351.25.

K&L|GATES



I have attached in redacted form the relevant Kirkpatrick & Lockhart Preston Gates Ellis LLP invoice to Tower Switches Limited, the Tower Manufacturing Corporation entity responsible for the legal fees and costs for this matter. This invoice includes my time taking the Rule 30(b)(6) deposition and has been paid in full.

**Total Amount Owed:**

Combining the above costs and fees, the total owed is**: $3,067.15**.

Please remit payment for $3,067.15.

Very truly yours,

John J. Cotter

Attachments
cc: Bruce W. Gladstone, Esq. (w/attachments)
Jeffrey S. Brenner, Esq. (w/attachments)

# MERRILL LEGAL SOLUTIONS

## INVOICE

K&L Gates
One Lincoln Street
Boston, MA 02111
617.951.9139
USA

**Attn: Ms Larissa Bifano**

INVOICE NO: 73310

DATE: 8 Jun 07

RE: **Deposition in Hong Kong - Tower Manufacturing Corp v Shanghai Ele Manufacturing Corp**
**June 1st, 2007**

| | | | |
|---|---|---|---|
| ATTENDANCE: | | (Expedited Turnaround - ie, 5 days turnaround)<br>1 day attendance @$250/day | 250.00 |
| TRANSCRIPTS: | Jun 1: | (Page charges @US$8.80/page plus Realtime connection @US$1.00/page)<br>91 pages @$9.80/page | 891.80 |
| | | 1 Word disk for 1 day @$US$65/day | 65.00 |
| EXHIBITS: | Jun 1: | (US$0.50/page)<br>110 pages @$0.50/page | 55.00 |
| INTERPRETATION: | | 1 day attendance @$850/day | 850.00 |
| | | 1 hour overtime @$130/hr (8am - 9am) | 130.00 |
| VIDEOGRAPHY | | 1 day attendance @$950/day | 950.00 |
| FEDEX: | | Delivery charges<br>**Original copy to:**<br>**BINGHAM McCUTCHEN LLP**<br>The Water Garden, Fourth Floor, North Tower, 1620, 26th Street, Santa Monica, CA 90404-4060<br>ATTN: Mr Tony D. Chen, Esq<br>Tel: 310.255.9025<br>The rest of the order to K&L Gates, Boston office | 240.00 |
| LESS: | | Payment received re. Deposit Invoice #73140 | (3,655.00) |

**Please make all payments via Telegraphic Transfer as per the attached details**
**or**
**Please make cheques payable to "WordWave International (Asia) Limited."**

TOTAL INVOICE US$ (223.20)

***Terms: Full payment is required before services/transcripts can be provided***

**WordWave International Asia Limited trading as Merrill Legal Solutions**
Hong Kong: 2401, Lippo Centre Two, 89 Queensway, Hong Kong
telephone + 852 2522 1998 - facsimile + 852 2522 1575 - email hongkong@merrillcorp.com
Singapore: 1 Coleman Street, #05-06 The Adelphi, Singapore 179803
telephone + 65 6720 0103 - facsimile + 65 6720 0104 - email singapore@merrillcorp.com

K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100 www.klgates.com

June 15, 2007

David Shatkin, VP Operations
Tower Switches Limited
25 Hung To Road, 8th Floor
Kwun Tong, Kowloon
HONG KONG

Our File Number : 0522045
Invoice : 1662066
Services Through : May 31, 2007

---

Tax Identification Number 25 0921018

**Tower v. Shanghai ELE (0107)**

**FEES**

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|

REDACTED

K&L|GATES

| DATE | NAME | HOURS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 05/31/07 | J. J. Cotter | 6.30 | Prepare for and take HK deposition of B. Bao; | |

REDACTED

| | | | |
|---|---|---|---|
| TOTAL FEES | hrs | $ | |
| J. J. Cotter | hrs at | 575 | $ / hr |
| TOTAL FEES | | | |

**DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| DISBURSEMENTS & OTHER CHARGES | |