# EXHIBIT B

## TO SHANGHAI ELE MANUFACTURING CORPORATION'S EMERGENCY MOTION FOR CLARIFICATION

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. 06-170S-DLM |

**TOWER'S NOTICE OF TAKING RULE 31 DEPOSITION UPON WRITTEN QUESTIONS OF SHANGHAI ELE**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 31 and 30(b)(6) and the Memorandum and Order Re: Plaintiff's Motion for Sanctions dated August 10, 2007, the deposition upon written questions of Rule 30(b)(6) witness Mr. Barkley Bao, will be taken before an available court reporter at Kirkpatrick & Lockhart Preston Gates Ellis, LLP 35th Floor, Two International Finance Centre, 8 Finance Street, Central, Hong Kong, at a time to be determined.

The written questions to be asked of the witness are attached as Exhibit A. Mandarin Chinese translations of those written questions are attached as Exhibit B. Deposition exhibits to the written questions and Mandarin Chinese

translations of their relevant text are attached as Deposition Exhibits 1-4, specifically:

Deposition Exhibit 1 is an excerpt from the June 1, 2007 deposition of Mr. Barkley Bao at 26:18-23;

Deposition Exhibit 2 is a screen shot of a page from Shanghai ELE's website at http://www.elemfg.com/en/about/index_04.asp;

Deposition Exhibit 3 is an excerpt from the June 1, 2007 deposition of Mr. Barkley Bao at 65:23; and

Deposition Exhibit 4 is a copy of paragraph C of Exhibit A to Shanghai ELE's August 13, 2007 Subpoena served upon Tower.

PLAINTIFF

TOWER MANUFACTURING CORP.,

By its attorneys:

Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401.331.5700
Fax: 401.331.5787
Email: bgladstone@cm-law.com

John J. Cotter (*pro hac vice*)
Larissa S. Bifano (*pro hac vice*)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Email: john.cotter@klgates.com
Email: larissa.bifano@klgates.com
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617.261.3100
Fax: 617.261.3175

Dated: September 10, 2007 By: Larissa Bifano

CERTIFICATE OF SERVICE

I, Larissa S. Bifano, certify that on September 10, 2007, a true and correct copy of TOWER'S NOTICE OF TAKING RULE 31 DEPOSITION UPON WRITTEN QUESTIONS OF SHANGHAI ELE was served upon the attached Service List in the manner indicated.

Larissa Bifano

**SERVICE LIST**

| | | |
|---|---|---|
| Jeffrey S. Brenner<br>**Nixon Peabody LLP**<br>One Citizens Plaza<br>Providence, RI 02903 | First Class Mail | Local Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Tony D. Chen<br>**Bingham McCutchen LLP**<br>1620 26th Street, Suite 4000N<br>Santa Monica, CA 90404-4060 | First Class Mail | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Victor H. Polk, Jr.<br>Lawrence T. Stanley, Jr.<br>**Bingham McCutchen LLP**<br>150 Federal Street<br>Boston, MA 02110 | First Class Mail | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Bruce W. Gladstone<br>**Cameron & Mittleman LLP**<br>56 Exchange Terrace<br>Providence, RI 02903 | First Class Mail | Local Counsel for Plaintiff,<br>**Tower Manufacturing Corp.** |

# Exhibit A

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. 06-170S-DLM |

**TOWER'S DEFINITIONS AND QUESTIONS FOR RULE 31 DEPOSITION UPON WRITTEN QUESTIONS OF SHANGHAI ELE**

**DEFINITIONS:**

1. Affiliate: a corporation that is related to another corporation by shareholdings or other means of control; a subsidiary, parent, or sibling corporation. (Black's Law Dictionary, Seventh Edition).

2. Subsidiary Corporation: a corporation in which a parent corporation has a controlling share - often shortened to *subsidiary*. (Black's Law Dictionary, Seventh Edition).

3. Predecessor: One who precedes another in an office or a position. (Black's Law Dictionary, Seventh Edition).

4. Customer: one that purchases a commodity or service (Merriam Webster online, http://unabridged.merriam-webster.com/).

5. Company: A corporation - or, an association, partnership or union - that carries on a commercial or industrial enterprise; a corporation, partnership, association, joint-stock company, trust, fund, or organized group of persons, whether incorporated or not, and (in an official capacity) any receiver, trustee in bankruptcy, or similar official, or liquidating agent, for any of the foregoing. (Black's Law Dictionary, Seventh Edition). Company and corporation will be used interchangeably throughout these questions.

6. Parent Corporation: A corporation that has a controlling interest in another corporation. (Black's Law Dictionary, Seventh Edition).

7. Sister Corporation: One of two or more corporations controlled by the same, or substantially the same, owners. (Black's Law Dictionary, Seventh Edition).

8. Customer Support: the set of behaviors that a business undertakes during its interaction with its customers; a specific person or desk which is set up to provide general assistance to customers; the provision of service to customers before, during and after a purchase.

**QUESTIONS:**

1. What is your name?

2. What is your address?

3. What is your date of birth?

4. Please outline your education, degrees and major fields of study, including the schools and dates attended.

5. What is your position at Shanghai ELE Manufacturing Corporation ("Shanghai ELE")?

6. What specific positions have you held with Shanghai ELE?

7. For each position held with Shanghai ELE, for what period of time did you hold each position?

8. Did you perform any marketing activities for Shanghai ELE?

9. What marketing activities did you perform on behalf of Shanghai ELE?

10. Name the companies and individuals to whom you directed your marketing activities performed on behalf of Shanghai ELE.

11. For each company and individual named in response to question number 10, when did you undertake your marketing activities?

12. What types of the marketing services did you provide to the companies or individuals listed in response to Question 10?

13. In what manner did you provide the marketing services to the companies and individuals listed in response to question 10?

14. What customer support has Shanghai ELE provided to its customers?

15. To what customers has Shanghai ELE provided customer support?

16. To what United States customers has Shanghai ELE provided customer support?

17. How often has Shanghai ELE provided customer support to United States customers?

18. When has Shanghai ELE provided customer support to United States customers?

19. What customer service has Shanghai ELE provided to its customers?

20. To what customers has Shanghai ELE provided customer service?

21. To what United States customers has Shanghai ELE provided customer service?

22. How often has Shanghai ELE provided customer service to United States customers?

23. When has Shanghai ELE provided customer service to United States customers?

24. See Bao Depo. Tr. at 26:18-23, excerpt attached as Deposition Exhibit 1. Do you agree that the deposition testimony excerpt attached as Deposition Exhibit 1 is an accurate copy of your testimony from your deposition on June 1, 2007?

25. Do you agree that at your June 1, 2007 deposition you testified in response to a question about Shanghai ELE's customer support that such customer support involves any question or problem a customer has with a product, for example, "a technical problem or a business problem, a transport problem or a storage problem, a delivery problem, and other related problems"?

26. Explain in detail what you meant in your June 1, 2007 testimony answer by a "technical problem."

27. To what customer or customers did Shanghai ELE provide customer support regarding a "technical problem"?

28. Where was each customer listed in response to question 27 located when Shanghai ELE provided such customer support?

29. For each customer listed in response to question 27, list its address or addresses.

30. For each customer listed in response to question 27, list all individuals with which Shanghai ELE had contact regarding such customer support.

31. Explain in detail what you meant in your June 1, 2007 testimony by "a business problem."

32. To what customer or customers did Shanghai ELE provide customer support regarding "a business problem"?

33. Where was each customer listed in response to question 32 located when Shanghai ELE provided such customer support?

34. For each customer listed in response to question 32, list its address or addresses.

35. For each customer listed in response to question 32, list all individuals with which Shanghai ELE had contact regarding such customer support.

36. Explain in detail what you meant in your June 1, 2007 testimony by "a transport problem."

37. To what customer or customers did Shanghai ELE provide customer support regarding "a transport problem"?

38. Where was each customer listed in response to question 37 located when Shanghai ELE provided such customer support?

39. For each customer listed in response to question 37, list its address or addresses.

40. For each customer listed in response to question 37, list all individuals with which Shanghai ELE had contact regarding such customer support.

41. Explain in detail what you meant in your June 1, 2007 testimony by "a storage problem."

42. To what customer or customers did Shanghai ELE provide customer support regarding "a storage problem"?

43. Where was each customer listed in response to question 42 located when Shanghai ELE provided such customer support?

44. For each customer listed in response to question 42, list its address or addresses.

45. For each customer listed in response to question 42, list all individuals with which Shanghai ELE had contact regarding such customer support.

46. Explain in detail what you meant in your June 1, 2007 testimony by "a delivery problem."

47. To what customer or customers did Shanghai ELE provide customer support regarding "a delivery problem"?

48. Where was each customer listed in response to question 47 located when Shanghai ELE provided such customer support?

49. For each customer listed in response to question 47, list its address or addresses.

50. For each customer listed in response to question 47, list all individuals with which Shanghai ELE had contact regarding such customer support.

51. Explain in detail what you meant in your June 1, 2007 testimony answer by "other related problems."

52. To what customer or customers did Shanghai ELE provide customer support regarding "other related problems"?

53. Where was each customer listed in response to question 52 located when Shanghai ELE provided such customer support?

54. For each customer listed in response to question 52, list its address or addresses.

55. For each customer listed in response to question 52, list all individuals with which Shanghai ELE had contact regarding such customer support.

56. Do you agree that the screen shot attached as Deposition Exhibit 2 is an accurate copy of a screen shot from Shanghai ELE's English language web site?

57. What does Shanghai ELE mean in Deposition Exhibit 2 by the statement "customer support center in America"?

58. Who were the people responsible for preparing that statement for the website?

59. Was that statement prepared by any Shanghai ELE employees?

60. If so, name all Shanghai ELE employees who prepared that statement.

61. Was that statement prepared by any person not employed by Shanghai ELE?

62. If so, name all such persons who prepared that statement.

63. When was that statement prepared?

64. Why was that statement prepared?

65. Please list the customers or others to whom that statement was directed.

66. Are any of the customers or others listed in response to question 65 United States companies? If so, please identify them.

67. Are any of the customers or others listed in response to question 65 Chinese companies? If so, please identify them.

68. If the answer to question 67 is yes, why did Shanghai ELE advertise having a customer support center in America?

69. Why did Shanghai ELE use the English language when writing "customer support center in America" in the screen shot shown as Exhibit 2?

70. Did Shanghai ELE advertise a "customer support center in America" because Shanghai ELE anticipated that its products would be sold on the United States market?

71. Did Shanghai ELE advertise a "customer support center in America" in the English language because Shanghai ELE desired to reach the English speaking market?

72. Did Shanghai ELE advertise a "customer support center in America" because Shanghai ELE desired to reach the United States market?

73. Where was the statement "customer support center in America" prepared?

74. If we define "customer support center" as a physical location where Shanghai ELE performs customer support or

houses the persons who perform customer support, then has Shanghai ELE ever had a customer support center?

75. If so, where has such a customer support center been located?

76. Has Shanghai ELE had more than one customer support center?

77. Has Shanghai ELE hired any third party to perform customer support for Shanghai ELE?

78. If the answer to question 77 is yes, name each such third party.

79. If the answer to question 77 is yes, provide each such third party's address.

80. If the answer to question 77 is yes, provide each such third party's contact information.

81. Are any of the third parties listed in response to question 78 located in North America?

82. Are any of the third parties listed in response to question 78 located in the United States?

83. See Bao Depo. Tr. at 65:23, excerpt attached as Deposition Exhibit 3. Do you agree that the deposition testimony excerpt attached as Deposition Exhibit 3 is an accurate copy of testimony you gave at your deposition on June 1, 2007?

84. Who is Huoshu, the company that you said "set up your website" in your June 1, 2007 deposition?

85. What did Huoshu do to prepare the website?

86. Where is Huoshu located?

87. Where did Huoshu prepare the website?

88. When did Huoshu begin working on Shanghai ELE's website?

89. When did Huoshu complete work on Shanghai ELE's website?

90. Did Huoshu prepare the statement "customer support center in America"?

91. Was there any communication about Huoshu's use of the statement "customer support center in America"?

92. If the answer to question no. 91 is yes, please describe in detail all such communication, including who was involved, when such communication took place, where such communication took place, the medium of such communication, and what was communicated in such communication.

93. Does Shanghai ELE have any affiliates?

94. If, so please name each Shanghai ELE affiliate?

95. Please describe the relationship between Shanghai ELE and each affiliate listed in response to question 94.

96. When did Shanghai ELE become affiliated with each affiliate listed in response to question 94?

97. Where is each affiliate listed in response to question 94 located?

98. Does Shanghai ELE have any subsidiaries?

99. Please list each subsidiary of Shanghai ELE.

100. Please describe Shanghai ELE's relationship with each of the subsidiaries listed in response to question 99.

101. For each of the subsidiaries listed in response to question 99, when did Shanghai ELE form that subsidiary relationship?

102. For each subsidiary listed in response to question 99, where is that subsidiary located?

103. Is Shanghai ELE the subsidiary of any other company?

104. If so, please list each company of which Shanghai ELE is a subsidiary.

105. Please describe the relationship between Shanghai ELE and each of the companies listed in response to question 104.

106. For each of the companies listed in response to question 104, when did Shanghai ELE become a subsidiary of such company?

107. For each company listed in response to question 104, where is that company located?

108. Were or are there any predecessors to Shanghai ELE?

109. Please list all companies that were or are predecessors of Shanghai ELE.

110. For each predecessor of Shanghai ELE listed in response to question 109, when was that company formed?

111. For each predecessor of Shanghai ELE listed in response to question 109, does that company still exist?

112. For each predecessor of Shanghai ELE listed in response to question 109, if that company no longer exists, when did it cease to exist?

113. For each predecessor listed in response to question 109, where is that predecessor located?

114. Are there any companies related to Shanghai ELE as a parent corporation?

115. Please list all the companies that are related to Shanghai ELE as a parent corporation.

116. When was each parent corporation listed in response to question 115 formed?

117. Where is each corporation listed in response to question 115 located?

118. Are there any companies related to Shanghai ELE as a sister corporation?

119. Please list all the companies that are related to Shanghai ELE as a sister corporation.

120. When was each sister corporation listed in response to question 119 formed?

121. Where is each sister corporation listed in response to question 119 located?

122. Does Shanghai ELE have shareholders?

123. Please list the names of all of the shareholders of Shanghai ELE.

124. When did each shareholder listed in response to question 123 become a shareholder?

125. Where is each shareholder listed in response to question 123 located?

126. What percentage of ownership interest in Shanghai ELE does each shareholder listed in response to question 123 have?

127. Does any one shareholder have a majority interest in Shanghai ELE?

128. Please list all owners of Shanghai ELE or its stock.

129. In Shanghai ELE's August 13, 2007 subpoena served upon Tower Manufacturing Corporation in Shanghai ELE Manufacturing Corp. v. Technology Research Corp., M.D. Fl. Civil Action No. 08:07-cv-01007, at Paragraph C of Exhibit A to the subpoena (a copy of the relevant page including Paragraph C is attached as Deposition Exhibit 4), do you see where Shanghai ELE defined "Shanghai ELE" as "parent entities, subsidiary entities, affiliated entities, officers, directors, employees, representatives, [and] agents"?

130. Please explain what Shanghai ELE meant in paragraph C of Exhibit 4 by "parent entities, subsidiary entities, affiliated entities, officers, directors, employees, representatives, [and] agents."

131. Please list all of Shanghai ELE's "parent entities" as that term is used in paragraph C of Exhibit 4.

132. Please list all of Shanghai ELE's "subsidiary entities" as that term is used in paragraph C of Exhibit 4.

133. Please list all of Shanghai ELE's "affiliated entities" as that term is used in paragraph C of Exhibit 4.

134. Please list all of Shanghai ELE's "officers" as that term is used in paragraph C of Exhibit 4.

135. Please list all of Shanghai ELE's "directors" as that term is used in Exhibit A to Production Subpoena paragraph C of Exhibit 4.

136. Do any of Shanghai ELE's shareholders, affiliates, predecessors, subsidiaries, owners, shareholders, parent corporations or sister corporations, "parent entities, subsidiary entities, affiliated entities, officers, directors, employees, representatives, [and] agents" provide customer support on behalf of Shanghai ELE?

137. If so, please name those individuals, companies, and entities and provide contact information for those companies or individuals.

138. With respect to the individuals, companies, and entities listed in response to Question 137, when did each of them provide customer support on behalf of Shanghai ELE?

139. With respect to the individuals, companies, and entities listed in response to Question 137, where did each of them provide customer support on behalf of Shanghai ELE?

140. With respect to the individuals, companies, and entities listed in response to Question 137, describe the customer support that each of them provided on behalf of Shanghai ELE.

141. With respect to the individuals, companies, and entities listed in response to Question 137, explain in detail why each of them provided customer support on behalf of Shanghai ELE.

# Deposition Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN THE MATTER OF | ) | COPY |
| | ) | |
| TOWER MANUFACTURING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No: |
| v. | ) | 06-170S-DLM |
| | ) | |
| SHANGHAI ELE MANUFACTURING CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

- - - - - - - - - - - - - - - - - -

VIDEOTAPED DEPOSITION OF BARKLEY BAO
CONFIDENTIAL, ATTORNEYS' EYES ONLY
Friday, June 1st, 2007
AT: 8:00 a.m.
Taken at:
The offices of Kirkpatrick & Lockhart Gates Ellis LLP
35th floor, IFC2
Central
Hong Kong

Court Reporter:
Jenny Buck
Accredited Real-time Reporter

09:22:26 A. Well, could you -- could you ask the question again
09:22:29 then, please?
09:22:35 Q. Do either of the two people under you currently, or
09:22:37 you, have responsibilities which -- with respect to service
09:22:40 of LCDIs?
09:22:55 A. Yes.
09:23:00 Q. What are the responsibilities that you have with
09:23:02 respect to service of LCDIs?
09:23:18 A. If the customer has some problems with their LCDI
09:23:28 product, customer will communicate with me or with one of my
09:23:33 people under me. And then if we think that this problem has
09:23:55 to do with us, then we will have the customer return the
09:24:00 product to us and then we will repair it.
09:24:07 Q. Are you familiar with customer support in the
09:24:13 course of your work at Shanghai ELE?
09:24:26 A. Yes.
09:24:29 Q. What is customer support at Shanghai ELE?
09:24:53 A. Shanghai ELE customer support involves -- if
09:24:55 a customer has any question or problem about the product,
09:24:59 whether it's a technical problem or a business problem,
09:25:10 a transport problem or a storage problem, a delivery
09:25:21 problem, and other related problems, then the customer can
09:25:31 contact us and have the problem resolved.
09:25:39 Q. Do you have responsibilities relating to customer
09:25:43 support?

# Deposition Exhibit 2

Shanghai ELE Mfg. Corp.

HOME ABOUT US NEWS PRODUCT MARKET SERVICE BBS 中文版




PRODUCT SEARCH

About us/ ELE

- About ELE
- Institutional Framework
- History
- Enterprise Kudos
- Company Culture
- Misson

Misson

Home > About ELE > **About ELE**

**A TRUSTFUL COMPANY MAY HELP YOU AHEAD SUCCESS.**

- **Perspective:**

Orientation of our products: Do what others are incapable to do; Do what others can not do; Do what others do not know what to do.
Orientation of our company: In the field of safety household electrical appliance, to be the lead brand in the world.

- **Core competitiveness:**

Keen insight into the market.
The technical team of R&D relying on UL standard of America
Large-scale manufacturing capability.
15-years experience of safety electrical industry.

- **Technical and passionate global service:**

Have customer support center in America , providing global service.
Lifetime servicing of our products
24 hours response service
Satisfaction degree of customer: Send the questionnaire of customer satisfaction to customers at stated intervals to find out the requirements of the customers, so we can improve our technical support policy then to provide better products and service to our customer.



TECHNICAL SUPPORT
86-21-59750760
We will give you a flawless technical and service

- **Quality Assurance:**

Our company have passed ISO9001-2000.
The inner quality control system strictly accord with QS9000 of car industry.
The products are all under UL label.
All products are subject to strict pattern tests and end-of-life test.
Fully automated tester to simulate 100% test in UL standard.

- **Innovation and honor:**

We broke through the technical blockade of America and developed GFCI in 2003.
In 2004, we successfully developed Linkage Circuit Detect Interrupter (LCDI), the series become one of the first company coming into the market.
In 2006, we broke through the technical blockade of America again and developed GFCI of 2006 version.
Acquired many invention patent of America.
Acquired Chinese Quality worth of believe enterprise

Links | Copyright Claim
Copyright•Shanghai ELE MFG Corp., All rights reserved Shanghai ICP.
No 1,lane 2933 Huqingping Rd,zhaoxiang Town,QingPu,Shanghai China postcode:201703
Tel:021-59756768 Fax:021-59756686 E-mail:info@elemfg.com
Design by hotsales

# Deposition Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

IN THE MATTER OF )
)
TOWER MANUFACTURING CORPORATION, )
)
Plaintiff, )
) Civil Action No:
v. ) 06-170S-DLM
)
SHANGHAI ELE MANUFACTURING )
CORPORATION, )
)
Defendant. )

VIDEOTAPED DEPOSITION OF BARKLEY BAO
CONFIDENTIAL, ATTORNEYS' EYES ONLY
Friday, June 1st, 2007
AT: 8:00 a.m.
Taken at:
The offices of Kirkpatrick & Lockhart Gates Ellis LLP
35th floor, IFC2
Central
Hong Kong

Court Reporter:
Jenny Buck
Accredited Real-time Reporter

11:39:04 other.
08:29:27 BY MR. COTTER:
11:39:08 Q. Is it your understanding that the --
11:39:23 A. So, to give my -- you know, to give my answer
11:39:29 a clear understanding.
11:39:32 MR. CHEN: Well, let me put it on the record: The
11:39:34 time now is 11:37, and that's past three hours allocated by
11:39:42 the court for this deposition, even with the consideration
11:39:46 of the 20 minutes' interruption caused by the technical
11:39:50 difficulties between 9:30 and 9:50, roughly. So,
11:40:23 Mr. Cotter, please hurry, and we reserve our right to
11:40:26 terminate this deposition at any time from now.
11:40:42 MR. COTTER: I disagree with your counting but we
11:40:44 can deal with that later.
11:40:51 Q. What is Hotsales?
11:41:02 A. What do you mean by "Hotsales"?
11:41:05 Q. Have -- have you ever heard of Hotsales before?
11:41:11 A. No.
11:41:12 Q. Have you ever heard of a company called
11:41:15 Hotsales.net?
11:41:34 A. Now -- now I -- I remember what you are talking
11:41:38 about. I think you are talking about the company that set
11:41:41 up our website, which in Chinese is called Huoshu, which is
11:41:48 H-U-O-S-H-U. Their English name might be Hotsales.
11:41:59 Q. Have you ever dealt with Huoshu?

# Deposition Exhibit 4

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# United States District Court

**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SHANGHAI ELE MANUFACTURING CORPORATION, a Chinese corporation<br><br>Plaintiff,<br><br>v.<br><br>TECHNOLOGY RESEARCH CORPORATION, a Florida corporation,<br><br>Defendant. | Case No. 8:07-cv-01007-JDW-MSS<br>Judge James D. Whittemore |

**PRODUCTION SUBPOENA**

TO: **Keeper of the Records**
**Tower Manufacturing Corporation**
**25 Reservoir Avenue**
**Providence, RI 02907**

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

A/72152280.1

## EXHIBIT A TO PRODUCTION SUBPOENA

## DEFINITIONS

As used herein:

A. The terms "you," "your," "yours" or "Tower" refer to Tower Manufacturing Corporation and shall include its parent entities, subsidiary entities, affiliated entities, officers, directors, employees, representatives, agents, or attorneys..

B. The term "TRC" refer to defendant Technology Research Corporation and shall include its parent entities, subsidiary entities, affiliated entities, officers, directors, employees, representatives, agents, or attorneys..

C. The term "Shanghai ELE" shall mean plaintiff Shanghai ELE Manufacturing Corporation and shall include its parent entities, subsidiary entities, affiliated entities, officers, directors, employees, representatives, agents, or attorneys.

D. The term "'337 Patent" shall mean and refer to U.S. Patent No. 6,292,337.

E. The term "related patents/applications" as used herein in connection with a given patent shall mean (a) any U.S. or foreign patent or patent application related to the given patent or its application(s) by way of subject matter or claimed priority date; (b) all parent, divisional, continuation, continuation-in-part, reissue, reexamination, extension, and foreign counterpart patents and applications; and (c) any patent or patent application filed by one or more of the same applicant(s) (or assignees) that constitutes or refers to any of the application(s) that led to issuance of the given patent.

F. The term "Leakage Current Detection Interrupter" or "LCDI" means any power delivering system having power and return lines and an electrical circuit in which a power switch is opened in the event that leakage or arcing current is detected.

G. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a), and includes anything coming

# Exhibit B

罗得岛地区美利坚合众国联邦地方法院

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br>原告<br>诉<br>上海益而益电器制造有限公司<br>被告 | 民事诉讼第 06-170S-DLM 号 |

**TOWER 关于规则 31 证词的定义和问题**

**据上海益而益的书面质询而作出**

**定义：**

1.关联公司：一家通过持股或其他控制方式与另一家公司相关的公司；子公司、母公司或姊妹公司。（布莱克法律词典，第七版）。

2. 子公司：由母公司控股的公司。（布莱克法律词典，第七版）。

3.前任人：先于另一个人拥有相同职务或职位的人。（布莱克法律词典，第七版）。

4. 客户：购买商品或服务的一方（韦伯斯特在线词典，http://unabridged.merriam-webster.com/）。

5.公司：一个从事工商业活动的有限责任公司、协会、合伙企业或联盟；一个有限责任公司、合伙企业、协会、合股公司、信托公司、基金管理机构或一组有组织的自然人（无论是否组成有限公司），以及前述任何组织在破产中（以官方身份）的接管人、托管人或类似的官员或清算代理。（布莱克法律词典，第七版）。在以下问题中，公司和有限公司可互换使用。

6.母公司：在另一家公司中处于控制地位的公司。（布莱克法律词典，第七版）。

7.姊妹公司：由相同的或实质上相同的所有者控制的两家或多家公司之一。（布莱克法律词典，第七版）。

8.客户支持：一家企业在与其客户接触时所做出的一系列行为；为向客户提供一般援助而设立的特定人员或服务台；在采购之前、之中和之后向客户提供的服务。

<u>问题</u>：

1. 您的姓名？

2. 您的住址？

3. 您的出生日期？

4. 请简要介绍您的教育、学位和主要专业，包括毕业院校和就学日期。

5. 您目前在上海益而益电器制造公司（以下简称"上海益而益"）的职务是什么？

6. 您曾在上海益而益具体担任过哪些职务？

7. 您在上海益而益担任的各个职务分别是在哪个时间段？

8. 您是否为上海益而益开展过任何营销活动？

9. 您曾代表上海益而益开展过哪些营销活动？

10. 请说出您代表上海益而益开展营销活动所针对的公司和个人的名称/姓名。

11. 对于您在问题 10 的回答中提到的各个公司和个人，您是在什么时间对其开展营销活动？

12. 您为问题 10 的回答中列出的公司或个人提供过哪些类型的营销服务？

13. 您曾以何种方式为问题 10 的回答中列出的公司或个人提供营销服务？

14. 上海益而益曾向其客户提供过哪些客户支持？

15. 上海益而益曾向哪些客户提供过客户支持？

16. 上海益而益曾向哪些美国客户提供过客户支持？

17. 上海益而益为美国客户提供客户支持的频率如何？

18. 上海益而益何时曾为美国客户提供过客户支持？

19. 上海益而益曾为其客户提供过哪些客户服务？

20. 上海益而益曾向哪些客户提供过客户服务？

21. 上海益而益曾向哪些美国客户提供过客户服务？

22. 上海益而益为美国客户提供客户服务的频率如何？

23. 上海益而益何时曾为美国客户提供过客户服务？

24. 参见 Bao 在 26:18-23 的宣誓证词，其内容被摘录为宣誓证据 1 附于此处。您同意随附的宣誓证据 1 中摘录的宣誓证词是您在 2007 年 6 月 1 日作证时的准确证词吗？

25. 您是否同意如下事实：您在 2007 年 6 月 1 日的作证过程中，在回答关于上海益而益客户支持的问题时作证说这些客户支持涉及到客户对产品产生的任何疑问或问题，例如"技术问题或业务问题、运输问题或储存问题、交付问题和其他相关问题"？

26. 请详细解释您在 2007 年 6 月 1 日证词中提到的"技术问题"的含义。

27. 对于"技术问题"，上海益而益曾向哪些客户提供过客户支持？

28. 在上海益而益提供这些客户支持时，问题 27 的回答中列出的每个客户都在哪里？

29. 对于问题 27 的回答中列出的每个客户，请列出其地址。

30. 对于问题 27 的回答中列出的每个客户，请列出上海益而益就这些客户支持曾联系过的所有人。

31. 请详细解释您在 2007 年 6 月 1 日证词中提到的"业务问题"的含义。

32. 对于"业务问题"，上海益而益曾向哪些客户提供过客户支持？

33. 在上海益而益提供这些客户支持时，问题 32 的回答中列出的每个客户都在哪里？

34. 对于问题 32 的回答中列出的每个客户，请列出其地址。

35. 对于问题 32 的回答中列出的每个客户，请列出上海益而益就这些客户支持曾联系过的所有人。

36. 请详细解释您在 2007 年 6 月 1 日证词中提到的"运输问题"的含义。

37. 对于"运输问题"，上海益而益曾向哪些客户提供过客户支持？

38. 在上海益而益提供这些客户支持时，问题 37 的回答中列出的每个客户都在哪里？

39. 对于问题 37 的回答中列出的每个客户，请列出其地址。

40. 对于问题 37 的回答中列出的每个客户，请列出上海益而益就这些客户支持曾联系过的所有人。

41. 请详细解释您在 2007 年 6 月 1 日证词中提到的"储存问题"的含义。

42. 对于"储存问题"，上海益而益曾向哪些客户提供过客户支持？

43. 在上海益而益提供这些客户支持时，问题 42 的回答中列出的每个客户都在哪里？

44. 对于问题 42 的回答中列出的每个客户，请列出其地址。

45. 对于问题 42 的回答中列出的每个客户，请列出上海益而益就这些客户支持曾联系过的所有人。

46. 请详细解释您在 2007 年 6 月 1 日证词中提到的"交付问题"的含义。

47. 对于"交付问题"，上海益而益曾向哪些客户提供过客户支持？

48. 在上海益而益提供这些客户支持时，问题 47 的回答中列出的每个客户都在哪里？

49. 对于问题 47 的回答中列出的每个客户，请列出其地址。

50. 对于问题 47 的回答中列出的每个客户，请列出上海益而益就这些客户支持曾联系过的所有人。

51. 请详细解释您在 2007 年 6 月 1 日证词中提到的"其他相关问题"的含义。

52. 对于"其他相关问题"，上海益而益曾向哪些客户提供过客户支持？

53. 在上海益而益提供这些客户支持时，问题 52 的回答中列出的每个客户都在哪里？

54. 对于问题 52 的回答中列出的每个客户，请列出其地址。

55. 对于问题 52 的回答中列出的每个客户，请列出上海益而益就这些客户支持曾联系过的所有人。

56. 您是否同意作为宣誓证据 2 随附的屏幕截图是来自上海益而益英文网站上屏幕截图的准确副本？

57. 上海益而益在宣誓证据 2 中的陈述"美国客户支持中心"是指什么？

58. 哪些人负责为网站起草此陈述？

59. 此陈述是由上海益而益的员工起草的吗？

60. 如果是，请说出所有起草此陈述的上海益而益员工的姓名。

61. 此陈述是由非上海益而益雇用的任何人起草的吗？

62. 如果是，请说出起草此陈述的所有人的姓名。

63. 此陈述是何时起草的？

64. 为什么起草此陈述？

65. 请列出此陈述所针对的客户或其他人。

66. 问题 65 的回答中列出的任何客户或其他人是美国公司吗？如果是，请指出他们。

67. 问题 65 的回答中列出的任何客户或其他人是中国公司吗？如果是，请指出他们。

68. 如果对问题 67 的回答为"是"，那么为什么上海益而益宣传在美国有一个客户支持中心呢？

69. 为什么上海益而益在证据 2 中显示的屏幕截图中使用英语书写"美国客户支持中心"(customer support center in America)？

70. 上海益而益宣传"美国客户支持中心"是因为预期其产品将在美国市场出售吗？

71. 上海益而益用英语宣传"美国客户支持中心"是因为其想要进入英语国家市场吗？

72. 上海益而益用英语宣传"美国客户支持中心"是因为其想要进入美国市场吗？

73. "美国客户支持中心"(customer support center in America) 的陈述是在哪里起草的？

74. 如果我们将"美国客户支持中心"定义为一个上海益而益进行客户支持或驻扎客户支持人员的实际地点，那么上海益而益是否曾有过客户支持中心？

75. 如果有，那么此客户支持中心曾设在哪里？

76. 上海益而益是否有一个以上的客户支持中心？

77. 上海益而益是否曾雇用任何第三方代其提供客户支持？

78. 如果对问题 77 的回答为"是"，则请说出每个第三方的名称/姓名。

79. 如果对问题 77 的回答为"是"，则请提供每个第三方的地址。

80. 如果对问题 77 的回答为"是"，则请提供每个第三方的联系信息。

81. 问题 78 的回答中列出的任何第三方是否有设在北美的？

82. 问题 78 的回答中列出的任何第三方是否有设在美国的？

83. 参见 Bao 在 65:23 时的宣誓证词，其内容被摘录为宣誓证据 3 附于此处。您同意随附的宣誓证据 3 中摘录的宣誓证词是您在 2007 年 6 月 1 日作证时的准确证词吗？

84. 谁是您在 2007 年 6 月 1 日证词中提到的"设置您网站"的公司"HuoShu"？

85. HuoShu 为网站准备了哪些内容？

86. HuoShu 在哪里？

87. HuoShu 在哪里准备的网站？

88. HuoShu 何时开始设立上海益而益的网站？

89. HuoShu 何时完成设立上海益而益的网站？

90. HuoShu 是否起草了"美国客户支持中心"(customer support center in America) 的陈述？

91. 对于 HuoShu 使用"美国客户支持中心"(customer support center in America) 的陈述是否有任何沟通？

92. 如果对问题 91 的回答为"是"，请说明所有这些沟通的细节，包括涉及到谁、何时发生、在哪里发生、沟通的手段以及沟通的内容。

93. 上海益而益是否有任何关联公司？

94. 如果有，请说明上海益而益每个关联公司的名称？

95. 请说明上海益而益与问题 94 的回答中列出的每个关联公司的关系。

96. 上海益而益从何时开始与问题 94 的回答中列出的每个关联公司建立关联关系？

97. 问题 94 的回答中列出的每个关联公司都在哪里？

98. 上海益而益是否有任何子公司？

99. 请列出上海益而益的每个子公司。

100. 请说明上海益而益与问题 99 的回答中列出的每个子公司的关系。

101. 对于问题 99 的回答中列出的每个子公司，上海益而益何时形成这种从属关系？

102. 问题 99 的回答中列出的每个子公司都在哪里？

103. 上海益而益是否为任何其他公司的子公司？

104. 如果是，请列出上海益而益作为其子公司的每个公司。

105. 请说明上海益而益与问题 104 的回答中列出的每个公司的关系。

106. 对于问题 104 的回答中列出的每个公司，上海益而益何时成为该公司的子公司？

107. 问题 104 的回答中列出的每个公司都在哪里？

108. 上海益而益是否有或曾有任何前身？

109. 请列出是或曾是上海益而益前身的所有公司。

110. 对于问题 109 的回答中列出的上海益而益的每个前身，该公司是何时成立的？

111. 对于问题 109 的回答中列出的上海益而益的每个前身，该公司是否仍存在？

112. 对于问题 109 的回答中列出的上海益而益的每个前身，如果该公司不再存在，它是何时结业的？

113. 问题 109 的回答中列出的每个前身公司都在哪里？

114. 是否存在作为母公司而与上海益而益相关的任何公司？

115. 请列出所有作为母公司而与上海益而益相关的公司。

116. 问题 115 的回答中列出的每个母公司是何时成立的？

117. 问题 115 的回答中列出的每个公司都在哪里？

118. 是否存在作为姊妹公司而与上海益而益相关的任何公司？

119. 请列出所有作为姊妹公司而与上海益而益相关的公司。

120. 问题 119 的回答中列出的每个姊妹公司是何时成立的？

121. 问题 119 的回答中列出的每个姊妹公司都在哪里？

122. 上海益而益是否有股东？

123. 请列出上海益而益所有股东的名称/姓名。

124. 问题 123 的回答中列出的每个股东是何时成为股东的?

125. 问题 123 的回答中列出的每个股东都在哪里?

126. 问题 123 的回答中列出的每个股东在上海益而益中各占多大比例的股权?

127. 是否有任何股东控股上海益而益?

128. 请列出上海益而益或其股票的全部所有者。

129. 在上海益而益电器制造公司诉 Technology Research Corp., M.D. Fl. 民事诉讼第 08:07-cv-01007 号案件中，从上海益而益 2007 年 8 月 13 日向 Tower Manufacturing Corporation 所出示传票的证据 A 第 C 段落（附上包含第 C 段落的相关页面副本作为宣誓证据 4），您是否看到上海益而益将"上海益而益"定义为"母公司、子公司、关联公司、官员、董事、员工、代表、[和]代理"?

130. 请解释上海益而益在证据 4 第 C 段落中使用"母公司、子公司、关联公司、官员、董事、员工、代表、[和]代理"的含义。

131. 请列出上海益而益的所有"母公司"，因为证据 4 第 C 段落中使用了该术语。

132. 请列出上海益而益的所有"子公司"，因为证据 4 第 C 段落中使用了该术语。

133. 请列出上海益而益的所有"关联公司"，因为证据 4 第 C 段落中使用了该术语。

134. 请列出上海益而益的所有"官员"，因为证据 4 第 C 段落中使用了该术语。

135. 请列出上海益而益的所有"董事"，因为证据 4 第 C 段落（传票包含的证据 A）中使用了该术语。

136. 上海益而益的任何股东、关联公司、前身、子公司、所有者、股东、母公司或姊妹公司、"母公司、子公司、关联公司、官员、董事、员工、代表、[和]代理"是否曾代表上海益而益提供过客户支持？

137. 如果是，请说出这些个人、公司和实体的姓名/名称并提供其联系信息。

138. 对于问题 137 的回答中列出的每个个人、公司和实体，他们何时代表上海益而益提供过客户支持？

139. 对于问题 137 的回答中列出的每个个人、公司和实体，他们在哪里代表上海益而益提供过客户支持？

140. 对于问题 137 的回答中列出的每个个人、公司和实体，请描述其代表上海益而益所提供的客户支持。

141. 对于问题 137 的回答中列出的每个个人、公司和实体，请详细解释其为什么代表上海益而益提供客户支持？

**Deposition Exhibit 1**

**证词 附件 1**

罗得岛地区美利坚合众国联邦地方法院

| | |
|---|---|
| 关于<br>TOWER MANUFACTURING CORPORATION,<br>原告<br>诉<br>上海益而益电器制造有限公司<br>被告 | 副本<br>民事诉讼编号:<br>06-170S-DLM |

BARKLEY BAO 的录像宣誓证词

保密，仅限律师翻阅

2007 年 6 月 1 日，星期五

时间：上午 8:00

地点：

Kirkpatrick & Lockhart Gates Ellis LLP 办公室

35 层，IFC2

中环

香港

法庭书记员：

Jenny Buck

注册现场书记员

09:22:26 答：您能再说一遍
09:22:29 问题吗？
09:22:35 问：您目前的两名属下之一
09:22:37 或您本人对 LCDI 的服务
09:22:40 负责吗？
09:22:55 答： 是 的。
09:23:00 问： 对 于 LCDI 的服务您负有
09:23:02 哪些责任？
09:23:18 答：如果客户对于他们的 LCDI 产品有问题，
09:23:28 客户会与我或我的某位下属沟通。
09:23:33 而如果我们认为此问题与我们有关，
09:23:55 那么我们将让客户返回产品并
09:24:00 由我们维修。
09:24:07 问： 你 在 上 海 益 而 益 的 工 作 中 熟 悉
09:24:13 客 户 支 持 吗 ？
09:24:26 答： 是 的。
09:24:29 问： 上 海 益 而 益 有 哪 些 客 户 支 持 ？
09:24:53 答：上海益而益的客户支持包括：
09:24:55 如果客户对产品有任何疑问或问题，
09:24:59 无论是技术还是业务问题，运输
09:25:10 还是储存问题、交付问题和其他
09:25:21 相关问题，客户都可以联系我们
09:25:31 并使得到解决。
09:25:39 问：您有与客户支持相关
09:25:43 的责任吗？

**Deposition Exhibit 2**

**证词 附件 2**

1. **Shanghai ELE Mfg. Corp.**

3. HOME | ABOUT US | NEWS | PRODUCT | MARKET | SERVICE | BBS | 中文版

13. 




2. PRODUCT SEARCH

**About us/** ELE

- About ELE
- Institutional Framework
- History
- Enterprise Kudos
- Company Culture
- Mission

5. Misson

Home > About ELE > **About ELE**

**A TRUSTFUL COMPANY MAY HELP YOU AHEAD SUCCESS.**

- **Perspective:**

Orientation of our products: Do what others are incapable to do; Do what others can not do; Do what others do not know what to do.
Orientation of our company: In the field of safety household electrical appliance, to be the lead brand in the world.

- **Core competitiveness:**

keen insight into the market.
The technical team of R&D relying on UL standard of America
Large-scale manufacturing capability.
15-years experience of safety electrical industry.

- **Technical and passionate global service:**

Have customer support center in America , providing global service.
Lifetime servicing of our products
24 hours response service
Satisfaction degree of customer: Send the questionnaire of customer satisfaction to customers at stated intervals to find out the requirements of the customers, so we can improve our technical support policy then to provide better products and service to our customer.

9.




10.

**Quality Assurance:**

Our company have passed ISO9001-2000.
The inner quality control system strictly accord with QS9000 of car industry.
The products are all under UL label.
All products are subject to strict pattern tests and end-of-life test.
Fully automated tester to simulate 100% test in UL standard.

11.

**Innovation and honor:**

We broke through the technical blockade of America and developed GFCI in 2003.
In 2004, we successfully developed Linkage Circuit Detect Interrupter (LCDI), the series become one of the first company coming into the market.
In 2006, we broke through the technical blockade of America again and developed GFCI of 2006 version.
Acquired many invention patent of America.
Acquired Chinese Quality worth of believe enterprise

12.

Links | Copyright Claim

Copyright•Shanghai ELE MFG Corp., All rights reserved Shanghai ICP.

No 1,lane 2933 Huqingping Rd,zhaoxiang Town,QingPu,Shanghai China postcode:201703
Tel:021-59756768 Fax:021-59756686 E-mail:info@elemfg.com

Design by hotsales

1.

上海益而益电器制造有限公司

2.

产品搜索

送出

关于我们/ ELE

> 关于益而益
> 组织结构
> 发展历程
> 公司荣誉
> 企业文化
> 使命

3.

首页 关于我们 新闻中心 产品信息 市场营销 客户服务 益而益社区 中文版

4.

关于益而益

5.

使命 首页 > 关于益而益 >

一个值得您信赖的公司助您走向成功：

◇ 公司远景：

产品定位： 做别人不能做的，做别人不会做的，做别人不知道做的

公司定位： 在全球安全电器领域中，成为世界级的安全设施领导品牌

◇ 核心能力：

对市场敏锐的洞察力
依托于美国 UL 标准的专业研发团队
大规模的制造能力
在电器安全保障行业 15 年的丰富经验

◇ 专业和热情的全球化服务：

在美国拥有客户支持中心，提供全球服务。

产品终生维修和服务

24 小时响应服务

客户满意度管理： 定期向客户发送"客户满意度问卷"，更好的了解客户需求，不断改善我们的技术支持策略，并向您提供更好的服务和产品

6. 上海益而益电器制造有限公司

7. 第 1 页，共 2 页

8. 第 2 页，共 2 页

9.
产品技术支持

86-21-59756768

我们为您提供完美的技术和服务

10.
品质保证：

公司通过 ISO9001-2000 国际质量体系认证
按照 QS9000 汽车行业体系标准进行质量管理内控
产品通过 UL 认证
产品通过严酷的型式试验和寿命试验
全自动测试设备，模拟 UL 标准进行 100%测试

11.
创新与荣誉：

2003 年突破美国技术封锁，成功研制 GFCI
2004 年，成功研制漏保插头 LCDI，成为该产品最先上市的公司之一
2006 年，我们再次突破美国技术封锁，成功研制 06 版 GFCI
获得美国发明专利多项
获得中国质量信得过企业荣誉

12.

有情链接 | 版权声明

版权所有 2006 上海益而益电器制造有限公司，保留所有权利 沪 ICP 备号

上海市青浦区赵巷镇沪青平路 2933 弄 1 号，邮编：201703
电话：021-59756768 传真：021-59756686 电子邮件：info@elemfg.com

由 hotsales 设计

**Deposition Exhibit 3**

**证词 附件 3**

罗得岛地区美利坚合众国联邦地方法院

关于 副本

TOWER MANUFACTURING CORPORATION,

原告

诉 民事诉讼编号:

上海益而益电器制造有限公司 06-170S-DLM

被告

BARKLEY BAO 的录像宣誓证词
保密，仅限律师翻阅
2007 年 6 月 1 日，星期五
时间：上午 8:00
地点：
Kirkpatrick & Lockhart Gates Ellis LLP 办公室
35 层，IFC2
中环
香港

法庭书记员：
Jenny Buck
注册现场书记员

11:39:04 其他。
08:29:27 COTTER 先生:
11:39:08 问：您的理解是否是……
11:39:23 答：那么，您知道，要对我的回答有一个
11:39:29 清楚的理解。
11:39:32 CHEN 先生：好的，让我记录以下情况：
11:39:34 现在是 11:37，而此次由法庭指定进行
11:39:42 宣誓作证大概已过去三小时，即使考虑
11:39:46 这中间在 9:30 和 9:50 之间因技术
11:39:50 问题而导致约 20 分钟的中断。所以，
11:40:23 Cotter 先生，请快一点，而且从现在开始
11:40:26 我们保留随时终止此次宣誓作证的权利。
11:40:42 COTTER 先生：我不同意您的时间纪录，
11:40:44 但我们随后再说。
11:40:51 问：谁是 Hotsales?
11:41:02 答："Hotsales"是什么意思?
11:41:05 问：您以前曾听说过 Hotsales 吗?
11:41:11 答：没有。
11:41:12 问：您曾听说过一个叫做 Hotsales.net
11:41:15 的公司吗?
11:41:34 答：哦，现在我想起来您在说什么。我想
11:41:38 您是说设置我们网站的公司，中文叫做
11:41:41 "HuoShu"，即 H-U-O-S-H-U。他们的
11:41:48 英文名字可能是 Hotsales。
11:41:59 问：您曾和"HuoShu"打过交道吗?

**Deposition Exhibit 4**

**证词 附件 4**

AO 88 (Rev 1/94) 民事诉讼传票

罗得岛地区
美利坚合众国联邦地方法院签发

| | |
|---|---|
| 上海益而益电器制造有限公司，<br>一家中国公司<br><br>原告<br><br>诉<br><br>TECHNOLOGY RESEARCH CORPORATION，<br>一家佛罗里达公司<br><br>被告 | 案件编号：8:07-cv-01007-JDW-MSS<br>James D. Whittemore 法官 |

## 作证传票

致： 记录保管人
Tower Manufacturing Corporation
25 Reservoir Avenue
Providence, RI 02907

☐ 我命令你在下面规定的地点、日期和时间在美国联邦法庭对以上案件作证。

| 法庭作证地点 | 法庭 |
|---|---|
| | 日期和时间 |

☐ 我命令你在下面规定的地点、日期和时间对以上案件宣誓作证。

| 宣誓作证地点 | 日期和时间 |
|---|---|
| | |

A/72152280.1

# 作证传票的证据 A

## 定义

此处使用术语如下：

A. 术语"你/你们"、"你的"、"你们的"或"Tower"指 Tower Manufacturing Corporation 并应包括其母公司、子公司、关联公司、官员、董事、员工、代表、代理或律师。

B. 术语"TRC"指被告 Technology Research Corporation，并应包括其母公司、子公司、关联公司、官员、董事、员工、代表、代理或律师。

C. 术语"上海益而益"指被告上海益而益电器制造有限公司，并应包括其母公司、子公司、关联公司、官员、董事、员工、代表、代理或律师。

D. 术语"337 专利"应指美国专利编号 6,292,337。

E. 这里使用的与给定专利相关的术语"相关专利/应用"应指 (a) 通过主旨或声明优先权日期与相关专利或其应用相关的任何美国或外国专利或专利应用；(b) 所有父级、分案、继续、部分继续、重新签发、重新审理、延长和外国对应专利和应用；以及 (c) 由一名或多名相同申请人（或受让人）申请的构成或指向任何导致签发给定专利的任何专利或专利应用。

F. 术语"漏电检测断路器"或"LCDI"指任何具有电源和回路以及电流的供电系统，当检测到漏电或电弧电流时其中的电源开关会断开。

G. 术语"文档"的定义与联邦民事诉讼规则 34(a) 中此术语的含义相同，且使用范围相同，并包括任何

TRANSPERFECT TRANSLATIONS

THE LEADER IN INTERNATIONAL COMMUNICATIONS

## Affidavit of Accuracy

This is to certify the following documents: **Tower Questions and 4 Exhibits**, has been translated from English into Simplified Chinese by staff members of TransPerfect Translations familiar with both the English and Simplified Chinese languages and within the given parameters, is to the best of our knowledge, ability and belief, a true and accurate translation.

Kiran Patel
For TransPerfect Translations

Sworn to before me this
Monday, September 10, 2007

Signature, Notary Public