# EXHIBIT C

## TO SHANGHAI ELE MANUFACTURING CORPORATION'S EMERGENCY MOTION FOR CLARIFICATION

K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
T 617.261.3100 www.klgates.com

September 11, 2007

Larissa S. Bifano
D 617.951.9139
F 617.261.3175
larissa.bifano@klgates.com

**VIA FACSIMILE and FIRST CLASS MAIL**

Victor H. Polk, Jr., Esq.
Bingham McCutchen
150 Federal Street
Boston, MA 02110-1726

Re: Tower Manufacturing Corporation v. Shanghai ELE Manufacturing Corporation
U.S.D.C. D. R.I., Civil Action No. 06-170S

Dear Victor:

This is further to my letter of September 10, 2007 enclosing Tower's Notice of Taking of Rule 31 Deposition Upon Written Questions of Shanghai ELE.

As required by the Court's August 10, 2007 Order, the deposition shall occur at a mutually convenient date on or before 30 days after service of the Deposition Notice. Please advise when Mr. Bao will be available for the deposition in Hong Kong.

Kind regards,

Larissa Bifano

Larissa S. Bifano

cc: Bruce W. Gladstone, Esq.
Jeffrey S. Brenner, Esq.
Tony D. Chen, Esq.