UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION, :
Plaintiff, :
:
v. : CA 06-170 S
:
SHANGHAI ELE MANUFACTURING :
CORPORATION, :
Defendant. :

**ORDER**
**GRANTING EMERGENCY MOTION**
**FOR CLARIFICATION**

Before the Court is Defendant Shanghai ELE Manufacturing Corporation's Emergency Motion for Clarification (Document ("Doc.") #72) ("Motion"). The Motion seeks clarification of a portion of the Memorandum and Order Re Plaintiff's Motion for Sanctions (Doc. #70) ("Memorandum and Order of 8/10/07"). See Motion at 1. Specifically, the Motion asks "whether the Court intended for Mr. Bao to return to Hong Kong to answer the written questions before a court reporter." Motion at 5. The answer to this question is no.[1]

Shanghai ELE's interpretation of the Memorandum and Order of 8/10/07, as set forth in paragraph 9 of the Motion, is correct. As noted in that paragraph, the Court selected this method of discovery to avoid the problems which manifested themselves at the June 1, 2007, deposition because of disagreements regarding

[1] The only circumstance the Court contemplated which would require Mr. Bao to return to Hong Kong was if Chinese law prevented him from answering the written questions inside Mainland China. See Memorandum and Order Re Plaintiff's Motion for Sanctions (Doc. #70) ("Memorandum and Order of 8/10/07") at 5 n.6 (noting difficulty of taking evidence in China for use in foreign courts); see also id. at 5 n.5 (defining "Mainland China"). However, even in that circumstance, the Court's intention was that Mr. Bao answer the questions in writing and not orally in Hong Kong.

translation, definition of terms, and scope of the inquiry. See id. at 5 (quoting Memorandum and Order of 8/10/07 at 23). By posing written questions and receiving answers to those questions, these problems should be eliminated (or greatly reduced).

Accordingly, the Motion is GRANTED. Mr. Bao does not have to go to Hong Kong to answer the written questions before a court reporter.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
September 18, 2007