# EXHIBIT A

# TO DEFENDANT SHANGHAI ELE MANUFACTURING CORPORATION'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

International Configurations, Inc.
International Wiring Devices and Cord Sets

# Worldwide Plug Type Selector

## Select Country Range Indicated Below:

A thru C | D thru I | J thru M | N thru S | T thru Z

| | Plug Configuration | Dept. of Commerce Plug Type | Plug Catalog No. | Cord Set Catalog No. |
|---|---|---|---|---|
| Afghanistan | UK2-15 | Type D Plug | 73130 | 87101 |
| Albania | EU-2* | | | |
| Algeria | EU1-16 | Type E Plug | 70141 | 81131 |
| American Samoa | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Andorra | EU-2* | | | |
| Angola | EU-2* | | | |
| Anguilla | UK1-13 | Type G Plug | 72141 | 83221 |
| Antigua & Barbuda | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Argentina | AR1-10 | Type I Plug | 84250 | 84261 |
| Armenia | EU-2* | | | |
| Aruba | EU-2* | | | |
| Australia | AU1-10 | Type I Plug | 74140 | 84161 |
| Austria | EU1-16 | Type F Plug | 70141 | 81131 |
| Azerbaijan | EU1-16 | Type F Plug | 70141 | 81131 |
| Bahamas | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Bahrain | UK1-13 | Type G Plug | 72141 | 83221 |
| Bangladesh | UK2-15 | Type D Plug | 73130 | 87101 |
| Barbados | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Belarus | EU1-16 | Type F Plug | 70141 | 81131 |
| Belgium | EU1-16 | Type E Plug | 70141 | 81131 |
| Belize | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Benin | UK2-15 | Type D Plug | 73130 | 87101 |
| Bermuda | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Bhutan | EU-2* | | | |
| Bolivia | EU-2* | | | |
| Bosnia & Herzegovina | EU1-16 | Type F Plug | 70141 | 81131 |
| Botswana | UK1-13 | Type G Plug | 72141 | 83221 |

| | | | | |
|---|---|---|---|---|
| Brazil | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| British Virgin Islands | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Brunei | EU1-16 | Type F Plug | 70141 | 81131 |
| Bulgaria | EU1-16 | Type F Plug | 70141 | 81131 |
| Burma | UK1-13 | Type G Plug | 72141 | 83221 |
| Burundi | EU1-16 | Type F Plug | 70141 | 81131 |
| Cambodia | EU-2* | | | |
| Cameroon | EU1-16 | Type E Plug | 70141 | 81131 |
| Canada | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Cape Verde | EU1-16 | Type F Plug | 70141 | 81131 |
| Cayman Islands | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Central African Rep | EU1-16 | Type F Plug | 70141 | 81131 |
| Chad | EU1-16 | Type E Plug | 70141 | 81131 |
| Chile | IT1-10 | Type L Plug | 75140 | 86071 |
| China | CH1-10 | Type I Plug | 74730 | 84661 |
| Columbia | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Comoros | EU1-16 | Type E Plug | 70141 | 81131 |
| Congo, Democratic Republic | EU1-16 | Type E Plug | 70141 | 81131 |
| Congo, Republic of the | EU-2* | | | |
| Costa Rica | EU-2* | | | |
| Cote d'Ivoire | EU-2* | | | |
| Croatia | EU1-16 | Type F Plug | 70141 | 81131 |
| Cuba | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Cyprus | UK1-13 | Type G Plug | 72141 | 83221 |
| Czech Republic | EU1-16 | Type F Plug | 70141 | 81131 |

Select Country Range Indicated Below:
A thru C D thru I J thru M N thru S T thru Z

* EU-2 indicates that various plug/receptacle configurations are used in these countries. Contact sales office for assistance.

NOTE: The primary configuration for each country is listed in the above tables. The primary configuration represents the preponderance of usage in that country. Other plug/receptacle configurations are available for high power, industrial, watertight and specific purpose installations.

The information and recommendations presented here were compiled from a large number of sources. There is consequently some possibility of error or omissions for which International Configurations, Inc. cannot assume responsibility. The information presented here should not be taken as final in the case of industrial or highly specialized commercial installations.

Home | Introduction | Worldwide Plug Type Selector | General Information | Configuration Chart | Download Our Catalog
How To Order | Glossary Of Terms | Standards | Contact Us | Mailing List

International Configurations, Inc.
P.O. Box 3374 | Enfield, CT 06083 USA
Tel: (860) 749-6380 | Fax: (860) 749-2985

E-Mail: sales@internationalconfig.com

© 2002 - 2007 International Configurations, Inc. Entire contents of this catalog and website are copyrighted.

International Configurations, Inc.
International Wiring Devices and Cord Sets

# Worldwide Plug Type Selector

## Select Country Range Indicated Below:

A thru C D thru I J thru M N thru S T thru Z

| | Plug Configuration | Dept. of Commerce Plug Type | Plug Catalog No. | Cord Set Catalog No. |
|---|---|---|---|---|
| Denmark | DE1-13 | Type K Plug | 78140 | 89071 |
| Djibouti | EU1-16 | Type F Plug | 70141 | 81131 |
| Dominica | UK1-13 | Type G Plug | 72141 | 83221 |
| Dominican Rep. | EU*2 | | | |
| Ecuador | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Egypt | EU1-16 | Type F Plug | 70141 | 81131 |
| El Salvador | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Equatorial Guinea | EU-2* | | | |
| Eritrea | EU1-16 | Type F Plug | 70141 | 81131 |
| Estonia | EU-2* | | | |
| Ethiopia | IT1-10 | Type L Plug | 75140 | 86071 |
| Falkland Islands (Malvinas) | UK1-13 | Type G Plug | 72141 | 83221 |
| Faroe Islands | EU-2* | | | |
| Fiji | AU1-10 | Type I Plug | 74140 | 84161 |
| Finland | EU1-16 | Type F Plug | 70141 | 81131 |
| France | EU1-16 | Type E Plug | 70141 | 81131 |
| French Guiana | EU1-16 | Type E Plug | 70141 | 81131 |
| French Polynesia | EU-2* | | | |
| Gabon | EU1-16 | Type E Plug | 70141 | 81131 |
| Gambia | UK1-13 | Type G Plug | 72141 | 83221 |
| Gaza Strip | EU-2* | | | |
| Georgia | EU1-16 | Type F Plug | 70141 | 81131 |
| Germany | EU1-16 | Type F Plug | 70141 | 81131 |
| Ghana | UK1-13 | Type G Plug | 72141 | 83221 |
| Gibraltar | UK1-13 | Type G Plug | 72141 | 83221 |
| Greece | EU1-16 | Type F Plug | 70141 | 81131 |
| Greenland | EU1-16 | Type F Plug | 70141 | 81131 |

| | | | | |
|---|---|---|---|---|
| Grenada | EU-2* | | | |
| Gaudeloupe | EU1-16 | Type F Plug | 70141 | 81131 |
| Guam | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Guatemala | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Guinea | EU1-16 | Type E Plug | 70141 | 81131 |
| Guinea-Bissau | EU1-16 | Type F Plug | 70141 | 81131 |
| Guyana | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Haiti | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Honduras | Nema 5-15 | Type B Plug | 5266-x | 81400 |
| Hong Kong | UK1-13 | Type G Plug | 72141 | 83221 |
| Hungary | EU1-16 | Type F Plug | 70141 | 81131 |
| Iceland | EU1-16 | Type F Plug | 70141 | 81131 |
| India | UK2-15 | Type D Plug | 73130 | 87101 |
| Indonesia | EU1-16 | Type E Plug | 70141 | 81131 |
| Iran | EU-2* | | | |
| Iraq | UK1-13 | Type G Plug | 72141 | 83221 |
| Ireland | UK1-13 | Type G Plug | 72141 | 83221 |
| Israel | IS1-16 | Type H Plug | 77140 | 88111 |
| Italy | IT1-10 | Type L Plug | 75140 | 86071 |

Select Country Range Indicated Below:
A thru C D thru I J thru M N thru S T thru Z

* EU-2 indicates that various plug/receptacle configurations are used in these countries. Contact sales office for assistance.

NOTE: The primary configuration for each country is listed in the above tables. The primary configuration represents the preponderance of usage in that country. Other plug/receptacle configurations are available for high power, industrial, watertight and specific purpose installations.

The information and recommendations presented here were compiled from a large number of sources. There is consequently some possibility of error or omissions for which International Configurations, Inc. cannot assume responsibility. The information presented here should not be taken as final in the case of industrial or highly specialized commercial installations.

Home | Introduction | Worldwide Plug Type Selector | General Information | Configuration Chart | Download Our Catalog
How To Order | Glossary Of Terms | Standards | Contact Us | Mailing List

**International Configurations, Inc.**
**P.O. Box 3374 | Enfield, CT 06083 USA**
**Tel: (860) 749-6380 | Fax: (860) 749-2985**

**E-Mail: sales@internationalconfig.com**

© 2002 - 2007 International Configurations, Inc. Entire contents of this catalog and website are copyrighted.

**International Configurations, Inc.**
**International Wiring Devices and Cord Sets**

# Worldwide Plug Type Selector

## Select Country Range Indicated Below:

A thru C D thru I J thru M N thru S T thru Z

| | Plug Configuration | Dept. of Commerce Plug Type | Plug Catalog No. | Cord Set Catalog No. |
|---|---|---|---|---|
| Jamaica | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Japan | JA1-15 | Type B Plug | 78530 | 81200 |
| Jordan | EU1-16 | Type F Plug | 70141 | 81131 |
| Kazakhstan | EU1-16 | Type F Plug | 70141 | 81131 |
| Kenya | UK1-13 | Type G Plug | 72141 | 83221 |
| Kiribati | EU-2* | | | |
| Korea, North | EU-2* | | | |
| Korea, South | EU1-16 | Type F Plug | 70141 | 81131 |
| Kuwait | UK1-13 | Type G Plug | 72141 | 83221 |
| Kyrgyzstan | EU1-16 | Type F Plug | 70141 | 81131 |
| Laos | EU-2* | | | |
| Latvia | EU-2* | | | |
| Lebanon | EU-2* | | | |
| Lesotho | EU-2* | | | |
| Liberia | UK1-13 | Type G Plug | 72141 | 83221 |
| Libya | IT1-10 | Type L Plug | 75140 | 86071 |
| Liechtenstein | EU1-16 | Type F Plug | 70141 | 81131 |
| Lithuania | EU-2* | | | |
| Luxembourg | EU1-16 | Type F Plug | 70141 | 81131 |
| Macau | UK2-15 | Type D Plug | 73130 | 87101 |
| Macedonia | EU1-16 | Type F Plug | 70141 | 81131 |
| Madagascar | EU1-16 | Type E Plug | 70141 | 81131 |
| Malawi | UK1-13 | Type G Plug | 72141 | 83221 |
| Malaysia | UK1-13 | Type G Plug | 72141 | 83221 |
| Maldives | UK2-15 | Type D Plug | 73130 | 87101 |
| Mali | EU1-16 | Type E Plug | 70141 | 81131 |
| Malta | UK1-13 | Type G Plug | 72141 | 83221 |
| Mariana Islands | Nema 5-15 | Type B Plug | 5266-X | 81400 |

| | | | | |
|---|---|---|---|---|
| Marshall Islands | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Martinique | EU1-16 | Type E Plug | 70141 | 81131 |
| Mauritania | EU-2* | | | |
| Mauritius | UK1-13 | Type G Plug | 72141 | 83221 |
| Mexico | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Micronesia | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Midway Islands | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Moldova | EU-2* | | | |
| Monaco | EU1-16 | Type F Plug | 70141 | 81131 |
| Mongolia | EU-2* | | | |
| Montserrat | EU1-16 | Type F Plug | 70141 | 81131 |
| Morocco | EU1-16 | Type F Plug | 70141 | 81131 |
| Mozambique | EU1-16 | Type F Plug | 70141 | 81131 |

Select Country Range Indicated Below:
A thru C | D thru I | J thru M | N thru S | T thru Z

* EU-2 indicates that various plug/receptacle configurations are used in these countries. Contact sales office for assistance.

NOTE: The primary configuration for each country is listed in the above tables. The primary configuration represents the preponderance of usage in that country. Other plug/receptacle configurations are available for high power, industrial, watertight and specific purpose installations.

The information and recommendations presented here were compiled from a large number of sources. There is consequently some possibility of error or omissions for which International Configurations, Inc. cannot assume responsibility. The information presented here should not be taken as final in the case of industrial or highly specialized commercial installations.

Home | Introduction | Worldwide Plug Type Selector | General Information | Configuration Chart | Download Our Catalog
How To Order | Glossary Of Terms | Standards | Contact Us | Mailing List

**International Configurations, Inc.**
**P.O. Box 3374 | Enfield, CT 06083 USA**
**Tel: (860) 749-6380 | Fax: (860) 749-2985**

**E-Mail: sales@internationalconfig.com**

© 2002 - 2007 International Configurations, Inc. Entire contents of this catalog and website are copyrighted.

# International Configurations, Inc.
International Wiring Devices and Cord Sets

# Worldwide Plug Type Selector

## Select Country Range Indicated Below:

A thru C D thru I J thru M N thru S T thru Z

| | Plug Configuration | Dept. of Commerce Plug Type | Plug Catalog No. | Cord Set Catalog No. |
|---|---|---|---|---|
| Namibia | UK2-15 | Type D Plug | 73130 | 87101 |
| Nauru | EU-2* | | | |
| Nepal | UK2-15 | Type D Plug | 73130 | 87101 |
| Netherlands | EU1-16 | Type F Plug | 70141 | 81131 |
| Netherlands Antilles | EU1-16 | Type F Plug | 70141 | 81131 |
| New Caledonia | EU1-16 | Type F Plug | 70141 | 81131 |
| New Zealand | AU1-10 | Type I Plug | 74140 | 84161 |
| Nicaragua | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Niger | EU-2* | | | |
| Nigeria | UK1-13 | Type G Plug | 72141 | 83221 |
| Northern Ireland | UK1-13 | Type G Plug | 72141 | 83221 |
| Norway | EU1-16 | Type F Plug | 70141 | 81131 |
| Oman | UK1-13 | Type G Plug | 72141 | 83221 |
| Pakistan | UK2-15 | Type D Plug | 73130 | 87101 |
| Palau | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Panama | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Papua New Guinea | AU1-10 | Type I Plug | 74140 | 84161 |
| Paraguay | EU-2* | | | |
| Peru | EU-2* | | | |
| Philippines | EU-2* | | | |
| Poland | EU1-16 | Type F Plug | 70141 | 81131 |
| Portugal | EU1-16 | Type F Plug | 70141 | 81131 |
| Puerto Rico | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Qatar | UK1-13 | Type G Plug | 72141 | 83221 |
| Reunion | EU1-16 | Type F Plug | 70141 | 81131 |
| Romania | EU1-16 | Type F Plug | 70141 | 81131 |
| Russia | EU1-16 | Type F Plug | 70141 | 81131 |

| | | | | |
|---|---|---|---|---|
| Rwanda | EU-2* | | | |
| St. Helena | EU-2* | | | |
| St. Kits-Nevis | UK1-13 | Type G Plug | 72141 | 83221 |
| St. Lucia | UK1-13 | Type G Plug | 72141 | 83221 |
| St. Vincent | UK1-13 | Type G Plug | 72141 | 83221 |
| Samoa | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| San Marino | EU1-16 | Type F Plug | 70141 | 81131 |
| Sao Tome and Principe | EU-2* | | | |
| Saudi Arabia | UK1-13 | Type G Plug | 72141 | 83221 |
| Senegal | EU1-16 | Type F Plug | 70141 | 81131 |
| Serbia and Montenegro | EU1-16 | Type F Plug | 70141 | 81131 |
| Seychelles | UK1-13 | Type G Plug | 72141 | 83221 |
| Sierra Leone | UK1-13 | Type G Plug | 72141 | 83221 |
| Singapore | UK1-13 | Type G Plug | 72141 | 83221 |
| Slovakia | EU-2* | | | |
| Slovenia | EU1-16 | Type F Plug | 70141 | 81131 |
| Solomon Islands | EU-2* | | | |
| Somalia | EU-2* | | | |
| So. Africa | UK2-15 | Type D Plug | 73130 | 87101 |
| Spain | EU1-16 | Type F Plug | 70141 | 81131 |
| Sri Lanka | UK2-15 | Type D Plug | 73130 | 87101 |
| Sudan | UK1-13 | Type G Plug | 72141 | 83221 |
| Suriname | EU1-16 | Type F Plug | 70141 | 81131 |
| Swaziland | UK2-15 | Type D Plug | 73130 | 87101 |
| Sweden | EU1-16 | Type F Plug | 70141 | 81131 |
| Switzerland | SW1-10 | Type J Plug | 76140 | 85101 |
| Syria | EU1-16 | Type F Plug | 70141 | 81131 |

Select Country Range Indicated Below:
A thru C D thru I J thru M N thru S T thru Z

* EU-2 indicates that various plug/receptacle configurations are used in these countries. Contact sales office for assistance.

NOTE: The primary configuration for each country is listed in the above tables. The primary configuration represents the preponderance of usage in that country. Other plug/receptacle configurations are available for high power, industrial, watertight and specific purpose installations.

The information and recommendations presented here were compiled from a large number of sources. There is consequently some possibility of error or omissions for which International Configurations, Inc. cannot assume responsibility. The information presented here should not be taken as final in the case of industrial or highly specialized commercial installations.

Case 1:06-cv-00170-S-DLM Document 74-2 Filed 11/14/2007 Page 11 of 13




International Configurations, Inc.
P.O. Box 3374 | Enfield, CT 06083 USA
Tel: (860) 749-6380 | Fax: (860) 749-2985

E-Mail: sales@internationalconfig.com

© 2002 - 2007 International Configurations, Inc. Entire contents of this catalog and website are copyrighted.

**International Configurations, Inc.**
**International Wiring Devices and Cord Sets**

# Worldwide Plug Type Selector

## Select Country Range Indicated Below:

A thru C D thru I J thru M N thru S T thru Z

| | Plug Configuration | Dept. of Commerce Plug Type | Plug Catalog No. | Cord Set Catalog No. |
|---|---|---|---|---|
| Taiwan | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Tajikistan | EU-2* | | | |
| Tanzania | UK1-13 | Type G Plug | 72141 | 83221 |
| Thailand | EU-2* | | | |
| Togo | EU1-16 | Type E Plug | 70141 | 81131 |
| Tonga | EU-2* | | | |
| Trinidad & Tobago | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Tunisia | EU1-16 | Type F Plug | 70141 | 81131 |
| Turkey | EU1-16 | Type F Plug | 70141 | 81131 |
| Turkmenistan | EU-2* | | | |
| Turks and Caicos Islands | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Tuvalu | EU-2* | | | |
| Uganda | UK1-13 | Type G Plug | 72141 | 83221 |
| Ukraine | EU1-16 | Type F Plug | 70141 | 81131 |
| United Arab Emirates | UK1-13 | Type G Plug | 72141 | 83221 |
| United Kingdom | UK1-13 | Type G Plug | 72141 | 83221 |
| United States | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Uruguay | EU-2* | | | |
| Uzbekistan | EU-2* | | | |
| Vanuatu | EU-2* | | | |
| Venezuela | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Vietnam | EU1-16 | Type F Plug | 70141 | 81131 |
| Virgin Islands | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Wake Island | Nema 5-15 | Type B Plug | 5266-X | 81400 |
| Yemen | UK1-13 | Type G Plug | 72141 | 83221 |
| Zambia | UK1-13 | Type G Plug | 72141 | 83221 |

| | | | | |
|---|---|---|---|---|
| Zimbabwe | UK1-13 | Type G Plug | 72141 | 83221 |

Select Country Range Indicated Below:

A thru C D thru I J thru M N thru S T thru Z

* EU-2 indicates that various plug/receptacle configurations are used in these countries. Contact sales office for assistance.

NOTE: The primary configuration for each country is listed in the above tables. The primary configuration represents the preponderance of usage in that country. Other plug/receptacle configurations are available for high power, industrial, watertight and specific purpose installations.

The information and recommendations presented here were compiled from a large number of sources. There is consequently some possibility of error or omissions for which International Configurations, Inc. cannot assume responsibility. The information presented here should not be taken as final in the case of industrial or highly specialized commercial installations.

Home | Introduction | Worldwide Plug Type Selector | General Information | Configuration Chart | Download Our Catalog
How To Order | Glossary Of Terms | Standards | Contact Us | Mailing List

**International Configurations, Inc.**
**P.O. Box 3374 | Enfield, CT 06083 USA**
**Tel: (860) 749-6380 | Fax: (860) 749-2985**

**E-Mail: sales@internationalconfig.com**

© 2002 - 2007 International Configurations, Inc. Entire contents of this catalog and website are copyrighted.