**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. CA 06-170/S |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF**
**ATTORNEY VICTOR H. POLK, JR.**

Victor H. Polk, Jr. withdraws his appearance as *pro hac vice* counsel of record for Defendant Shanghai ELE Manufacturing Corporation. Local counsel Jeffrey S. Brenner and the firm of Nixon Peabody LLP and *pro hac vice* counsel Tony D. Chen, Lawrence T. Stanley, Jr. and the firm of Bingham McCutchen LLP will continue their representation of Shanghai ELE Manufacturing Corporation in this matter.

Respectfully submitted

SHANGHAI ELE MANUFACTURING CORPORATION,

By its attorneys

/s/ Victor H. Polk, Jr.

Victor H. Polk, Jr. (*Pro Hac Vice*)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
Phone: 617-951-8721
Fax: 617-951-8736
Email: vic.polk@bingham.com

Dated: January 31, 2008

Local Counsel:
Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Phone: 401-454-1000
Fax: 401-454-1030
Email: jbrenner@nixonpeabody.com

Of Counsel:
Tony D. Chen (*Pro Hac Vice*)
Bingham McCutchen LLP
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Phone: 310-225-9025
Fax: 310-907-2025
Email: tony.chen@bingham.com

Lawrence T. Stanley, Jr. (*Pro Hac Vice*)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
Phone: 617-951-8721
Fax: 617-951-8736
Email: lawrence.stanley@bingham.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic filing (NEF) and listed below on this 31st day of January, 2008:

| | |
|---|---|
| Larissa S. Bifano | arissa.bifano@klgates.com, klngeservice@klng.com, sheila.sweeney@klgates.com |
| John J. Cotter | john.cotter@klgates.com |
| Bruce W. Gladstone | bgladstone@cm-law.com |
| Robert P. Smith | rob.smith@klgates.com |

/s/ Jeffrey S. Brenner