UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Tower Manufacturing Corporation

v. C.A. No. 06-170S

Shanghai Ele Manufacturing
Corporation

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on January 15, 2008, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion to Dismiss for Lack of Personal Jurisdiction is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 2/4/08