Case 1:06-cv-00170-S-DLM Document 84 Filed 02/08/2008 Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION,

Plaintiff,

v.

SHANGHAI ELE MANUFACTURING CORPORATION,

Defendant.

C.A. No. 06-170/S

**MOTION FOR ADMISSION PRO HAC VICE**

Shanghai ELE Manufacturing Corporation hereby moves that Joshua M. Dalton, Esq., of Bingham McCutchen LLP be admitted *pro hac vice* in the case above with local counsel identified below.

Defendant,
Shanghai ELE Manufacturing Corporation,
By its Attorney,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
E-Mail: jbrenner@nixonpeabody.com

Dated: February 8, 2008

Case 1:06-cv-00170-S-DLM Document 84 Filed 02/08/2008 Page 2 of 3

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Massachusetts and the following Federal District Court and/or Court of Appeals Bar(s): MA and 1st Circuit, and my eligibility to practice before those courts have not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (November 20, 2007, Shanghai ELE Manufacturing Corporation v. Tower Manufacturing Corporation, C.A. No. 07-MC-76-S-DLM, Judge William E. Smith.)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the proceeding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Joshua M. Dalton (636402)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
Tel: 617-951-8284
Fax: 617-951-8736
E-Mail: joshua.dalton@bingham.com

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Jeffrey S. Brenner
Signature of Local Counsel

Jeffrey S. Brenner 4369
Print Name R.I. Bar ID #

Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel. # 401-454-1000
Fax # 401-454-1030
jbrenner@nixonpeabody.com

ORDER

This Motion is hereby Granted

WSmith
District Judge
Date:

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and listed below on this 8th day of February, 2008.

/s/ Jeffrey S. Brenner

| | |
|---|---|
| Larissa S. Bifano | larissa.bifano@klgates.com, klngeservice@klng.com, sheila.sweeney@klgates.com |
| John J. Cotter | john.cotter@klgates.com |
| Bruce W. Gladstone | bgladstone@cm-law.com |
| Robert P. Smith | rob.smith@klgates.com |
| Lawrence T. Stanley | lawrence.stanley@bingham.com |