UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. 06-170S |

**TOWER'S MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927, RULE 26(G) AND THE COURT'S INHERENT POWER**

Pursuant to 28 U.S.C. § 1927, Rule 26(g) and the Court's inherent power, Tower moves for sanctions against Shanghai ELE. Shanghai ELE's various misstatements throughout the course of its Motion to Dismiss (Dkt. No. 13) have unreasonably and vexatiously multiplied this litigation for the reasons cited in the accompanying memorandum.

Tower requests that this Court award attorneys' fees and costs incurred by Tower in proving the falsity of Shanghai ELE's misstatements, and any other appropriate relief.

Respectfully submitted,

PLAINTIFF
TOWER MANUFACTURING CORP.,

By its attorneys:

Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401.331.5700
Fax: 401.331.5787
Email: bgladstone@cm-law.com

John J. Cotter (*pro hac vice*)
Larissa S. Bifano (*pro hac vice*)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Email: john.cotter@klgates.com
Email: larissa.bifano@klgates.com
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617.261.3100
Fax: 617.261.3175

Dated: April 14, 2008 By: /s/ John J. Cotter

CERTIFICATE OF SERVICE

I, Larissa S. Bifano, certify that on August 27, 2007, a true and correct copy of TOWER'S MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927, RULE 26(G) AND THE COURT'S INHERENT POWERS was served upon the attached Service List in the manner indicated.

/s/ Larissa S. Bifano

**SERVICE LIST**

| | | |
|---|---|---|
| Jeffrey S. Brenner<br>**Nixon Peabody LLP**<br>One Citizens Plaza<br>Providence, RI 02903 | ECF | Local Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Tony D. Chen<br>**Bingham McCutchen LLP**<br>1620 26th Street, Suite 4000N<br>Santa Monica, CA 90404-4060 | ECF | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Joshua M. Dalton<br>Lawrence T. Stanley, Jr.<br>**Bingham McCutchen LLP**<br>150 Federal Street<br>Boston, MA 02110 | ECF | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Bruce W. Gladstone<br>**Cameron & Mittleman LLP**<br>56 Exchange Terrace<br>Providence, RI 02903 | ECF | Local Counsel for Plaintiff,<br>**Tower Manufacturing Corp.** |