# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION C.A. NO.06-170 S

Plaintiff

vs. Providence, RI
JANUARY 22, 2007

SHANGHAI ELE

Defendant

BEFORE MAGISTRATE JUDGE DAVID L. MARTIN
(Defendant's Motion for a Protective Order)

APPEARANCES:

FOR THE PLAINTIFF: BRUCE W. GLADSTONE, ESQ.
56 Exchange Terrace
Providence, RI 02903
331-5700

JOHN J. COTTER, ESQ
Kirkpatrick & Lockhart
Boston, Ma 02111
617-261-3175

FOR THE DEFENDANT: TONY D. CHEN, ESQ.
ALSCHULER GROSSMAN LLP
1620 26TH St.
Suite 4000N
Santa Monica, CA 90404-4060
310-255-9025

LOCAL COUNSEL: JEFFREY S. BRENNER, ESQ.
454-1000

Now Tower contends that it owns a patent covering that kind of product and alleging that Shanghai Ele is selling the product in the United States, particularly in the state of Rhode Island. And we filed a motion to dismiss on the ground that there is no personal jurisdiction over Shanghai Ele for this action.

Now, in the motion we submitted a declaration of the chief executive officer of Shanghai Ele, and we outlined the reasons. Mainly, there's no physical presence whatsoever for Shanghai Ele in the State of Rhode Island, and for that matter, in the United States. We don't -- the Shanghai Ele does not have any offices or manufacturing facilities, bank account or branches, or anything. And more particularly, Shanghai Ele also does not sell any -- the alleging LCDI product in the State of Rhode Island.

Now plaintiff contended that it has found Shanghai Ele's LCDI product in the air conditioner units sold in the State of Rhode Island. They particularly mention a place called Benny's which I understand is a local store kind of selling off the market or secondhand market stuff. But as far as Shanghai Ele is concerned, all it's LCDI products manufactured as a component part were sold in China to the manufacturers in China who manufactures air conditioner units for companies like LG, which is particularly a South Korean company having facilities in China. And Shanghai

electrical device stalking the power supply to the wall socket in the event when there's a ground fog, when there's a leakage pitch in the ground terminal and neutral, or the power, the terminal of the wall socket. Now that product is not subject to this litigation, and plaintiff does not contend that that product infringes its patent. So it's totally a unrelated product. In the past year Shanghai Ele had sold those products through indirect channels. In other words, it sold that product to Chinese exporters, and Chinese exporters sell U.S. importers or distributors in the United States, and through that transaction then the product finally sold in United States.

Now Shanghai Ele has a line on its web site, and for the purpose that if it receives, for example, any complaint from the customer on the GFCI product, it could refer that request, or surveys of complaint, to its subsequent product - customers, and through that to have whoever sells the GFCI product in the United States to provide that kind of service. It does not maintain its own service in the United States. And the telephone number on that web page is a local Shanghai telephone number. It's not like a 1-800 number here, people can call here, call free in the United States.

So, we don't see that web page itself shows the Shanghai Ele has a physical presence here. And we explain