# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. CA-06-170S-DLM |

**DEFENDANT SHANGHAI ELE MANUFACTURING CORPORATION'S ANSWERS AND OBJECTIONS TO PLAINTIFF TOWER MANUFACTURING COPRORATION'S WRITTEN DEPOSITION QUESTIONS**

Defendant Shanghai ELE Manufacturing Corporation ("Shanghai ELE") hereby submits its answers and objections to Plaintiff Tower Manufacturing Corporation's ("Tower") Written Deposition Questions through the testimony of Barkley Bao.

**GENERAL OBJECTIONS**

The following General Objections are incorporated into each of Shanghai ELE's answers to Tower's written deposition questions as if fully set forth therein. Shanghai ELE's answers to the written deposition questions shall not be deemed a waiver of its right to object to the relevance, authenticity or admissibility of any portion of the materials identified in such response on any ground, and Shanghai ELE expressly reserves all such objections.

1. Shanghai ELE objects to the written deposition questions to the extent they attempt to elicit information protected by the attorney-client privilege, joint defense privilege and/or work product immunity.

2. Shanghai ELE objects to the written deposition questions as overly broad and

unduly burdensome to the extent they seek information which exceeds the scope of the multiple Orders already entered in this case, including the Court's Orders dated February 5, 2007 and August 10, 2007, which define the permissible scope of Tower's written deposition questions.

3. Shanghai ELE objects to the written deposition questions as overly broad and unduly burdensome to the extent they seek information not within the possession, custody or control of Shanghai ELE.

4. Shanghai ELE objects to the written deposition questions to the extent they seek information not relevant to the subject matter of this litigation and not reasonably calculated to lead to the discovery of admissible evidence, including without limitation, information regarding Shanghai ELE products other than LCDIs.

5. Shanghai ELE objects to the written deposition questions to the extent they are unlimited or otherwise overly broad in time.

6. Shanghai ELE objects to any definition, instruction, or written deposition question that purports to impose any obligation not expressly provided for in the Federal Rules of Civil Procedure or the Local Rules of this Court.

7. Shanghai ELE objects to the written deposition questions to the extent they seek proprietary and/or business, technical and commercial information except to the extent such information is treated in compliance with the protective order agreed to by the parties and entered by the Court.

8. Shanghai ELE objects to the written deposition questions to the extent they seek information already within the possession and control of Tower or available from public sources.

9. Shanghai ELE objects to the written deposition questions to the extent the questions are vague, ambiguous, and unintelligible or to the extent they require legal conclusion.

## WRITTEN DEPOSITION QUESTIONS

1. **What is your name?**

Barkley Bao

2. **What is your address?**

My work address is Shanghai ELE Manufacturing Corporation, Section2, Xincheng Industrial Zone, Shanghai, China.

3. **What is your date of birth?**

June 2, 1976

4. **Please outline your education, degrees and major fields of study, including the schools and dates attended.**

I attended Anhui College of Machinery and Electrical Engineering from September 1994 through June 1996 and received an A.A. in English. I attended the University of Zhejinnig from June 2000 through December 2003 for post-graduate study in Business Administration.

5. **What is your position at Shanghai ELE Manufacturing Corporation ("Shanghai ELE")?**

I am the Vice President of Sales.

6. **What specific positions have you held with Shanghai ELE?**

I have held the positions of Sales Manager and Vice President of Sales.

7. **For each position held with Shanghai ELE, for what period of time did you hold each position?**

I was Sales Manager from March 2004 through September 2007, and I have been the VP of Sales from October 2007 to the present.

8. **Did you perform any marketing activities for Shanghai ELE?**

I performed sales activities, not marketing activities.

**9. What marketing activities did you perform on behalf of Shanghai ELE?**

I answer sales inquiries, quote prices, and supervise sales representatives who perform similar functions.

**10. Name the companies and individuals to whom you directed your marketing activities performed on behalf of Shanghai ELE.**

I do not recall the names of all such companies and individuals. Some LCDI customers that I can recall include LG, Midea, Friedrich, Fedders, Daewoo, and Haier.

**11. For each company and individual named in response to question number 10, when did you undertake your marketing activities?**

I performed sales activities for the companies identified in question number 10 at various points from approximately May 2005 to the present.

**12. What types of the marketing services did you provide to the companies or individuals listed in response to Question 10?**

I primarily responded to inquiries from potential customers, occasionally making phone calls or emails to potential customers, and quoting prices to existing customers.

**13. In what manner did you provide the marketing services to the companies and individuals listed in response to question 10?**

Primarily by telephone and email.

**14. What customer support has Shanghai ELE provided to its customers?**

Shanghai ELE does not have a formal customer support department. Shanghai ELE's sales department will handle post-sales issues if a customer calls, including issues with shipment or payment. Technical questions are sometimes forwarded to engineers.

**15. To what customers has Shanghai ELE provided customer support?**

Shanghai ELE provides support to those customers who have requested it. After a duly diligent review of our customer support feedback files, I have not located records of any instances in which such support was provided to any LCDI customer.

16. **To what United States customers has Shanghai ELE provided customer support?**

I do not have any recollection of providing customer support to any United States LCDI customers.

17. **How often has Shanghai ELE provided customer support to United States customers?**

I am not aware of Shanghai ELE ever providing customer support regarding LCDIs to any United States customers.

18. **When has Shanghai ELE provided customer support to United States customers?**

I am not aware of Shanghai ELE ever providing customer support regarding LCDIs to any United States customers.

19. **What customer service has Shanghai ELE provided to its customers?**

Shanghai ELE does not have a formal customer support department. Shanghai ELE's sales department will handle post-sales issues if a customer calls, including issues with shipment or payment. Technical questions are sometimes forwarded to engineers.

20. **To what customers has Shanghai ELE provided customer service?**

Shanghai ELE provides customer service to those customers who have requested it. After a duly diligent review of our customer support feedback files, I have not located records of any instances in which such support was provided to any LCDI customer.

21. **To what United States customers has Shanghai ELE provided customer service?**

I do not have any recollection of providing customer service to any United States LCDI customers.

22. **How often has Shanghai ELE provided customer service to United States customers?**

I am not aware of Shanghai ELE ever providing customer service regarding LCDIs to any United States customers.

23. **When has Shanghai ELE provided customer service to United States customers?**

I am not aware of Shanghai ELE ever providing customer service regarding LCDIs to any United States customers.

24. **<u>See</u> Bao Depo. Tr. at 26:18-23, excerpt attached as Deposition Exhibit 1. Do you agree that the deposition testimony excerpt attached as Deposition Exhibit 1 is an accurate copy of your testimony from your deposition on June 1, 2007?**

The translation of the words from Chinese to English was imprecise, especially with respect to the words translated as "problem" and "storage".

25. **Do you agree that at your June 1, 2007 deposition you testified in response to a question about Shanghai ELE's customer support that such customer support involves any question or problem a customer has with a product, for example, "a technical problem or a business problem, a transport problem or a storage problem, a delivery problem, and other related problems"?**

My answer hypothetically described the types of questions that might be addressed should they ever arise.

26. **Explain in detail what you meant in your June 1, 2007 testimony answer by a "technical problem."**

I was referring to a potential problem with the function of the product itself such as a malfunction.

27. **To what customer or customers did Shanghai ELE provide customer support regarding a "technical problem"?**

After a duly diligent review of our customer support feedback files, I have not located records of any instances in which such support was provided to any LCDI customer.

28. **Where was each customer listed in response to question 27 located when Shanghai ELE provided such customer support?**

After a duly diligent review of our customer support feedback files, I have not located records of any instances in which such support was provided to any LCDI customer. In general, customers do not indicate their precise location when they request customer services.

**29. For each customer listed in response to question 27, list its address or addresses.**

After a duly diligent review of our customer support feedback files, I have not located records of any instances in which such support was provided to any LCDI customer. In general, customers do not indicate their precise location when they request customer services.

**30. For each customer listed in response to question 27, list all individuals with which Shanghai ELE had contact regarding such customer support.**

After a duly diligent review of our customer support feedback files, I have not located records of any instances in which such support was provided to any LCDI customer. In general, Shanghai ELE does not record the name of the individual seeking customer support.

**31. Explain in detail what you meant in your June 1, 2007 testimony by "a business problem."**

I was referring to any issues related to sales.

**32. To what customer or customers did Shanghai ELE provide customer support regarding "a business problem"?**

Customer support regarding general sales questions generally do not result in any document. It is difficult to say to whom Shanghai ELE provided general service regarding sales questions. Most customers will from time to time make general inquiries, but no record is kept of such discussions.

**33. Where was each customer listed in response to question 32 located when Shanghai ELE provided such customer support?**

Customers do not indicate their precise location when they request such assistance. However, to the best of my knowledge, all such customers were in China.

**34. For each customer listed in response to question 32, list its address or addresses.**

Customers do not indicate their precise location when they request such assistance. However, to the best of my knowledge, all such customers were in China.

**35. For each customer listed in response to question 32, list all individuals with which**

**Shanghai ELE had contact regarding such customer support.**

Shanghai ELE does not generally record the name of the individual seeking customer support. I therefore do not know.

36. **Explain in detail what you meant in your June 1, 2007 testimony by "a transport problem."**

I was referring to any issues related to shipment or delivery.

37. **To what customer or customers did Shanghai ELE provide customer support regarding "a transport problem"?**

Customer support regarding shipment or delivery questions generally do not result in any document. It is difficult to say to whom Shanghai ELE provided general service regarding shipment or delivery questions. Most customers will from time to time make general inquiries, but no record is kept of such discussions.

38. **Where was each customer listed in response to question 37 located when Shanghai ELE provided such customer support?**

Customers do not indicate their precise location when they request customer services. However, to the best of my knowledge, all such customers were in China.

39. **For each customer listed in response to question 37, list its address or addresses.**

Customers do not indicate their precise location when they request customer services. However, to the best of my knowledge, all such customers were in China.

40. **For each customer listed in response to question 37, list all individuals with which Shanghai ELE had contact regarding such customer support.**

Shanghai ELE does not generally record the name of the individual seeking customer support. I therefore do not know.

41. **Explain in detail what you meant in your June 1, 2007 testimony by "a storage problem."**

I was referring to any issues related to product availability.

**42. To what customer or customers did Shanghai ELE provide customer support regarding "a storage problem"?**

Customer support regarding product availability questions generally do not result in any document. It is difficult to say to whom Shanghai ELE provided general service regarding product availability questions. Most customers will from time to time make general inquiries, but no record is kept of such discussions.

**43. Where was each customer listed in response to question 42 located when Shanghai ELE provided such customer support?**

Customers do not indicate their precise location when they request customer services. However, to the best of my knowledge, all such customers were in China.

**44. For each customer listed in response to question 42, list its address or addresses.**

Customers do not indicate their precise location when they request customer services. However, to the best of my knowledge, all such customers were in China.

**45. For each customer listed in response to question 42, list all individuals with which Shanghai ELE had contact regarding such customer support.**

Shanghai ELE does not generally record the name of the individual seeking customer support. I therefore do not know.

**46. Explain in detail what you meant in your June 1, 2007 testimony by "a delivery problem."**

I was referring to any issues related to shipment or delivery.

**47. To what customer or customers did Shanghai ELE provide customer support regarding "a delivery problem"?**

Customer support regarding shipment or delivery questions generally do not result in any document. It is difficult to say to whom Shanghai ELE provided general service regarding shipment or delivery questions. Most customers will from time to time make general inquiries, but no record is kept of such discussions.

**48. Where was each customer listed in response to question 47 located when Shanghai ELE provided such customer support?**

Customers do not indicate their precise location when they request customer services. However, to the best of my knowledge, all such customers were in China.

**49. For each customer listed in response to question 47, list its address or addresses.**

Customers do not indicate their precise location when they request customer services. However, to the best of my knowledge, all such customers were in China.

**50. For each customer listed in response to question 47, list all individuals with which Shanghai ELE had contact regarding such customer support.**

Shanghai ELE does not generally record the name of the individual seeking customer support. I therefore do not know.

**51. Explain in detail what you meant in your June 1, 2007 testimony answer by "other related problems."**

I was referring to any miscellaneous issues that may arise. I did not have any specific problems in mind.

**52. To what customer or customers did Shanghai ELE provide customer support regarding "other related problems"?**

I do not recall providing such assistance to any customers.

**53. Where was each customer listed in response to question 52 located when Shanghai ELE provided such customer support?**

I do not recall providing such assistance to any customers.

**54. For each customer listed in response to question 52, list its address or addresses.**

I do not recall providing such assistance to any customers.

**55. For each customer listed in response to question 52, list all individuals with which Shanghai ELE had contact regarding such customer support.**

I do not recall providing such assistance to any customers.

**56. Do you agree that the screen shot attached as Deposition Exhibit 2 is an accurate**

**copy of a screen shot from Shanghai ELE's English language web site?**

Yes, it appears to be accurate.

**57. What does Shanghai ELE mean in Deposition Exhibit 2 by the statement "customer support center in America"?**

I do not have a recollection as to how that phrase was written or why those particular words were used. However, in general that phrase refers to a Shanghai telephone number that is provided to GFCI customers. Any calls to that number are received at Shanghai ELE in China. Shanghai ELE does not have any physical presence in the US.

**58. Who were the people responsible for preparing that statement for the website?**

While I did review the content of the website at some point, I do not know who specifically wrote that statement. The web design company Huosu created the website.

**59. Was that statement prepared by any Shanghai ELE employees?**

While I did review the content of the website at some point, I do not know who specifically wrote that statement. The web design company Huosu created the website.

**60. If so, name all Shanghai ELE employees who prepared that statement.**

While I did review the content of the website at some point, I do not know who specifically wrote that statement. The web design company Huosu created the website.

**61. Was that statement prepared by any person not employed by Shanghai ELE?**

While I did review the content of the website at some point, I do not know who specifically wrote that statement. The web design company Huosu created the website.

**62. If so, name all such persons who prepared that statement.**

While I did review the content of the website at some point, I do not know who specifically wrote that statement. The web design company Huosu created the website, and I do not recall any individuals at Huosu.

63. **When was that statement prepared?**

I do not know.

64. **Why was that statement prepared?**

It was prepared in connection with creating the website.

65. **Please list the customers or others to whom that statement was directed.**

There were no specific customers were in mind. The company website is directed to any individual who may browse the website.

66. **Are any of the customers or others listed in response to question 65 United States companies? If so, please identify them.**

There were no specific customers were in mind.

67. **Are any of the customers or others listed in response to question 65 Chinese companies? If so, please identify them.**

There were no specific customers were in mind.

68. **If the answer to question 67 is yes, why did Shanghai ELE advertise having a customer support center in America?**

N/A

69. **Why did Shanghai ELE use the English language when writing "customer support center in America" in the screen shot shown as Exhibit 2?**

The majority of the website is available in an English language translation of the Chinese language pages of the website to allow any English-speaking individual who visits the site to learn more about Shanghai ELE.

70. **Did Shanghai ELE advertise a "customer support center in America" because Shanghai ELE anticipated that its products would be sold on the United States market?**

Shanghai ELE never advertised the website. In general, a reference to supporting American customers was included because of possible questions arising from GFCI sales in the United States.

71. **Did Shanghai ELE advertise a "customer support center in America" in the English language because Shanghai ELE desired to reach the English speaking market?**

The website was translated into English for the benefit of English speakers that may browse the website.

72. **Did Shanghai ELE advertise a "customer support center in America" because Shanghai ELE desired to reach the United States market?**

No. In general, a reference to supporting American customers was included because of possible questions arising from GFCI sales in the United States.

73. **Where was the statement "customer support center in America" prepared?**

I do not know who specifically wrote that statement. The web design company Huosu created the website, and their offices are in Shanghai, China.

74. **If we define "customer support center" as a physical location where Shanghai ELE performs customer support or houses the persons who perform customer support, then has Shanghai ELE ever had a customer support center?**

Employees who answer customer support calls do so from Shanghai ELE buildings in Shanghai, China.

75. **If so, where has such a customer support center been located?**

In Shanghai, China.

76. **Has Shanghai ELE had more than one customer support center?**

All calls to Shanghai ELE are answered by the sales department in its administrative building.

77. **Has Shanghai ELE hired any third party to perform customer support for Shanghai ELE?**

No.

78. **If the answer to question 77 is yes, name each such third party.**

N/A

**79. If the answer to question 77 is yes, provide each such third party's address.**

N/A

**80. If the answer to question 77 is yes, provide each such third party's contact information.**

N/A

**81. Are any of the third parties listed in response to question 78 located in North America?**

N/A

**82. Are any of the third parties listed in response to question 78 located in the United States?**

N/A

**83. See Bao Depo. Tr. at 65:23, excerpt attached as Deposition Exhibit 3. Do you agree that the deposition testimony excerpt attached as Deposition Exhibit 3 is an accurate copy of testimony you gave at your deposition on June 1, 2007?**

It appears to be an accurate copy other than the fact that I believe that the name of the web design company is actually "Huosu," not "Huoshu."

**84. Who is Huoshu, the company that you said "set up your website" in your June 1, 2007 deposition?**

Huosu is a Chinese web design company that set up Shanghai ELE's website.

**85. What did Huoshu do to prepare the website?**

Huosu did whatever programming is necessary. Shanghai ELE hired them to set up the website and they then delivered the website. I do not know any specifics of what they did to prepare the website.

**86. Where is Huoshu located?**

Huosu's offices are located in Shanghai, China.

**87. Where did Huoshu prepare the website?**

I do not know where Huosu prepared the website. I assume at their offices in Shanghai.

88. **When did Huoshu begin working on Shanghai ELE's website?**

Huosu began working on the website in Early 2006.

89. **When did Huoshu complete work on Shanghai ELE's website?**

Huosu completed the website in or about August or September of 2006.

90. **Did Huoshu prepare the statement "customer support center in America"?**

Huosu prepared the whole website, including that statement.

91. **Was there any communication about Huoshu's use of the statement "customer support center in America"?**

While I did review the content of the website at some point, I do not know who specifically wrote that statement and do not have any recollection of discussing that specific phrase with Huosu. The only direct communication I had with Huosu concerned the initial contract.

92. **If the answer to question no. 91 is yes, please describe in detail all such communication, including who was involved, when such communication took place, where such communication took place, the medium of such communication, and what was communicated in such communication.**

N/A

93. **Does Shanghai ELE have any affiliates?**

There are three companies in which Shanghai ELE has some percentage of ownership.

94. **If, so please name each Shanghai ELE affiliate?**

Shanghai ELE has some percentage of ownership in Suzhou ELE, Wenzhou ELE, and Shanghai ELE Wiring & Cable.

95. **Please describe the relationship between Shanghai ELE and each affiliate listed in response to question 94.**

Shanghai ELE has 25% of the shares of Suzhou ELE, 51% of the shares of Wenzhou ELE, and 51% of the shares of Shanghai ELE Wiring & Cable.

**96. When did Shanghai ELE become affiliated with each affiliate listed in response to question 94?**

Shanghai ELE obtained a percentage of ownership in Suzhou ELE in February 2006, Wenzhou ELE in May 2006, and Shanghai ELE Wiring & Cable in August 2007.

**97. Where is each affiliate listed in response to question 94 located?**

Suzhou ELE, Wenzhou ELE, and Shanghai ELE Wiring & Cable are all located in China.

**98. Does Shanghai ELE have any subsidiaries?**

Shanghai ELE has a controlling interest in two companies.

**99. Please list each subsidiary of Shanghai ELE.**

Shanghai ELE has a controlling interest in Wenzhou ELE and Shanghai ELE Wiring & Cable.

**100. Please describe Shanghai ELE's relationship with each of the subsidiaries listed in response to question 99.**

Shanghai ELE has 51% of the shares of Wenzhou ELE and 51% of the shares of Shanghai ELE Wiring & Cable.

**101. For each of the subsidiaries listed in response to question 99, when did Shanghai ELE form that subsidiary relationship?**

Shanghai ELE obtained a controlling interest in Wenzhou ELE in May 2006 and Shanghai ELE Wiring & Cable in August 2007.

**102. For each subsidiary listed in response to question 99, where is that subsidiary located?**

Wenzhou ELE and Shanghai ELE Wiring & Cable are both located in China.

**103. Is Shanghai ELE the subsidiary of any other company?**

No corporation has a controlling share of Shanghai ELE.

**104. If so, please list each company of which Shanghai ELE is a subsidiary.**

N/A

105. **Please describe the relationship between Shanghai ELE and each of the companies listed in response to question 104.**

N/A

106. **For each of the companies listed in response to question 104, when did Shanghai ELE become a subsidiary of such company?**

N/A

107. **For each company listed in response to question 104, where is that company located?**

N/A

108. **Were or are there any predecessors to Shanghai ELE?**

No.

109. **Please list all companies that were or are predecessors of Shanghai ELE.**

N/A

110. **For each predecessor of Shanghai ELE listed in response to question 109, when was that company formed?**

N/A

111. **For each predecessor of Shanghai ELE listed in response to question 109, does that company still exist?**

N/A

112. **For each predecessor of Shanghai ELE listed in response to question 109, if that company no longer exists, when did it cease to exist?**

N/A

113. **For each predecessor listed in response to question 109, where is that predecessor located?**

N/A

114. **Are there any companies related to Shanghai ELE as a parent corporation?**

No corporation has a controlling share of Shanghai ELE.

**115. Please list all the companies that are related to Shanghai ELE, as a parent corporation.**

N/A

**116. When was each parent corporation listed in response to question 115 formed?**

N/A

**117. Where is each corporation listed in response to question 115 located?**

N/A

**118. Are there any companies related to Shanghai ELE as a sister corporation?**

No, not that I am aware of.

**119. Please list all the companies that are related to Shanghai ELE as a sister corporation.**

N/A

**120. When was each sister corporation listed in response to question 119 formed?**

N/A

**121. Where is each sister corporation listed in response to question 119 located?**

N/A

**122. Does Shanghai ELE have shareholders?**

Yes.

**123. Please list the names of all of the shareholders of Shanghai ELE.**

Huaqiu Zhang, Wenzhi Shang, and Long Zhang.

**124. When did each shareholder listed in response to question 123 become a shareholder?**

April 2004.

**125. Where is each shareholder listed in response to question 123 located?**

Shanghai, China.

**126. What percentage of ownership interest in Shanghai ELE does each shareholder listed in response to question 123 have?**

33.33% each.

**127. Does any one shareholder have a majority interest in Shanghai ELE?**

No.

**128. Please list all owners of Shanghai ELE or its stock.**

Huaqiu Zhang, Wenzhi Shang, and Long Zhang.

**129. In Shanghai ELE's August 13, 2007 subpoena served upon Tower Manufacturing Corporation in Shanghai ELE Manufacturing Corp. v. Technology Research Corp., M.D. Fl. Civil Action No. 08:07-cv-01007, at Paragraph C of Exhibit A to the subpoena (a copy of the relevant page including Paragraph C is attached as Deposition Exhibit 4), do you see where Shanghai ELE defined "Shanghai ELE" as "parent entities, subsidiary entities, affiliated entities, officers, directors, employees, representatives, [and] agents"?**

Yes.

**130. Please explain what Shanghai ELE meant in paragraph C of Exhibit 4 by "parent entities, subsidiary entities, affiliated entities, officers, directors, employees, representatives, [and] agents."**

I have no knowledge of what was meant by those words beyond my general understanding. The subpoena was prepared by outside counsel.

**131. Please list all of Shanghai ELE's "parent entities" as that term is used in paragraph C of Exhibit 4.**

I have no knowledge of how that term is used in paragraph C of Exhibit 4 beyond my general understanding of the term, as the subpoena was prepared by outside counsel. Based on that understanding, Shanghai ELE does not have any parent entities.

**132. Please list all of Shanghai ELE's "subsidiary entities" as that term is used in paragraph C of Exhibit 4.**

I have no knowledge of how that term is used in paragraph C of Exhibit 4 beyond my general understanding of the term, as the subpoena was prepared by outside counsel. Based on

that understanding, Shanghai ELE has a controlling interest in Wenzhou ELE and Shanghai ELE Wiring & Cable.

133. **Please list all of Shanghai ELE's "affiliated entities" as that term is used in paragraph C of Exhibit 4.**

I have no knowledge of how that term is used in paragraph C of Exhibit 4 beyond my general understanding of the term, as the subpoena was prepared by outside counsel. Based on that understanding, there are three companies in which Shanghai ELE has some percentage of ownership: Suzhou ELE, Wenzhou ELE, and Shanghai ELE Wiring & Cable.

134. **Please list all of Shanghai ELE's "officers" as that term is used in paragraph C of Exhibit 4.**

I have no knowledge of how that term is used in paragraph C of Exhibit 4 beyond my general understanding of the term, as the subpoena was prepared by outside counsel. Based on that understanding, Shanghai ELE does not have "officers" as such. However, Long Zhang is its General Manager, and Yanbo Cui is its Treasurer.

135. **Please list all of Shanghai ELE's "directors" as that term is used in Exhibit A to Production Subpoena paragraph C of Exhibit 4.**

I have no knowledge of how that term is used in Exhibit A of Exhibit 4 beyond my general understanding of the term, as the subpoena was prepared by outside counsel. Based on that understanding, Shanghai ELE's directors are Huaqiu Zhang, Wenzhi Shang, and Long Zhang.

136. **Do any of Shanghai ELE's shareholders, affiliates, predecessors, subsidiaries, owners, shareholders, parent corporations or sister corporations, "parent entities, subsidiary entities, affiliated entities, officers, directors, employees, representatives, [and] agents" provide customer support on behalf of Shanghai ELE?**

Yes.

137. **If so, please name those individuals, companies, and entities and provide contact information for those companies or individuals.**



A/72243574 2

Shanghai ELE's sales representatives provide customer support.

138. **With respect to the individuals, companies, and entities listed in response to Question 137, when did each of them provide customer support on behalf of Shanghai ELE?**

Shanghai ELE's sales representatives provided customer support during their employment by Shanghai ELE.

139. **With respect to the individuals, companies, and entities listed in response to Question 137, where did each of them provide customer support on behalf of Shanghai ELE?**

Shanghai, China.

140. **With respect to the individuals, companies, and entities listed in response to Question 137, describe the customer support that each of them provided on behalf of Shanghai ELE.**

Shanghai ELE does not have a formal customer support department. Shanghai ELE's sales department will handle post-sales issues if a customer calls, including issues with shipment or payment. Technical questions are sometimes forwarded to engineers.

141. **With respect to the individuals, companies, and entities listed in response to Question 137, explain in detail why each of them provided customer support on behalf of Shanghai ELE.**

Shanghai ELE's sales representatives provided customer support as part of their sales activities as employees of Shanghai ELE.



A/72243574 2

Dated: October 10, 2007

Respectfully submitted

SHANGHAI ELE MANUFACTURING CORPORATION,

By its attorneys

Jeffrey S. Brenner (#4369)
Email: jbrenner@nixonpeabody.com
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Phone: 401-454-1042
Fax: 401-454-1030

Of Counsel:
Tony D. Chen (*Pro Hac Vice*)
Email: tony.chen@bingham.com
Bingham McCutchen LLP
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Phone: 310-225-9025
Fax: 310-907-2025

Victor H. Polk, Jr. (*Pro Hac Vice*)
Lawrence T. Stanley, Jr. (*Pro Hac Vice*)
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
Phone: 617-951-8721
Fax: 617-951-8736

**VERIFICATION**

I, Barkley Bao, declare under the penalty of perjury that I am the Vice President of Sales of Shanghai ELE Manufacturing Corporation. I have read Tower's Notice of Taking Rule 31 Deposition Upon Written Questions of Shanghai ELE. The answers set forth herein are true and correct to the best of my knowledge, information and belief.

Dated this 10 th day of October, 2007.

By: Barkley Bao
Vice President of Sales
Shanghai ELE Manufacturing Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2007, a copy of the foregoing DEFENDANT SHANGHAI ELE MANUFACTURING CORPORATION'S ANSWERS AND OBJECTIONS TO PLAINTIFF TOWER MANUFACTURING COPRORATION'S RULE 31 WRITTEN DEPOSITION QUESTIONS was served on counsel for all parties by FedEx, as follows:

John J. Cotter, Esq.
Larissa S. Bifano, Esq.
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Attorneys for Tower Manufacturing Corp.
Telephone: 617.261.3100
Fax: 617.261.3175

Bruce W. Gladstone, Esq.
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903

Attorneys for Tower Manufacturing Corp.
Telephone: 401.331.5700
Fax: 401.331.5787

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2007.

Lawrence T. Stanley, Jr.



A/72243574 3