# Exhibit D

# -FILED UNDER SEAL-