# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION C.A. NO.06-170 S

Plaintiff

vs. Providence, RI
JULY 24, 2007

SHANGHAI ELE

Defendant

BEFORE MAGISTRATE JUDGE DAVID L. MARTIN
(Motion for Sanctions)

APPEARANCES:

FOR THE PLAINTIFF: BRUCE W. GLADSTONE, ESQ.
56 Exchange Terrace
Providence, RI 02903
331-5700

JOHN J. COTTER, ESQ
Kirkpatrick & Lockhart
Boston, Ma 02111
617-261-3175

LARISSA S. BIFANO, ATTY
Kirkpatrick & Lockhart

FOR THE DEFENDANT: VICTOR POLK, ESQ.
Bingham McCutchen
150 Federal Street
Boston, MA 02110
617-951-8736

JEFFREY S. BRENNER, ESQ.
Nixon Peabody LLP
454-1000

(via telephone) TONY D. CHEN, ESQ.

RECEIVED
AUG 6 2007
By__________

wrong.

They also make this big deal about this supposed delay in getting the VISA, and point out, well, he hadn't applied for it for nearly a month after the Court's ruling. First of all, your Honor, he had the VISA by May 7th. Your ruling was in mid March. I don't know China, your Honor, but it doesn't strike me that that's a huge delay in getting a VISA. We've got the affidavit from Mr. Val talking about the steps that he took to get that VISA and what he did to get that VISA. And, your Honor, again, you have to look at the affidavit, but what you see is a series of steps to get a VISA, and that the Chinese government because it's worried apparently about citizens going to Hong Kong as a way of leaving the country, they regulate that fairly vigorously and he had a number of things he had to get to. Again, in my view, I would suggest to the Court that you've seen a lot of charges. And again, I hope that the atmosphere of the case can change with, certainly with my involvement because I don't understand this way of proceeding with a series of charges that -- between counsel. I mean, they know the date that he applied because we told them the date he applied for his application.

Let's get to the substance of the deposition.