UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. 06-170S-DLM |

**TOWER'S MOTION TO FILE UNDER SEAL**

Pursuant to LR Gen 102, Tower moves to file under seal Exhibit D to Tower's Memorandum in Support of Tower's Motion for Sanctions Pursuant to 28 U.S.C. § 1927, Rule 26(g) and the Court's Inherent Power. Exhibit D is an excerpt from the Declaration of Kenneth X. Xie and exhibits JJ-NN thereto. Exhibits JJ-NN contain pages from Shanghai ELE's October 11, 2007 document production and are marked "Confidential-Attorneys Eyes Only." Therefore, Tower moves this Court to permit the filing of Exhibit D under seal.

Dated: April 16, 2008

Respectfully submitted,

PLAINTIFF
TOWER MANUFACTURING CORP.,

By its attorneys:

/s/ Larissa Bifano

John J. Cotter (*pro hac vice*)
Larissa S. Bifano (*pro hac vice*)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
E-mail: jcotter@klgates.com
E-mail: lbifano@klgates.com
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617.261.3100
Fax: 617.261.3175

Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401.331.5700
Fax: 401.331.5787
E-mail: bgladstone@cm-law.com

**CERTIFICATE OF SERVICE**

I, Larissa Bifano, certify that on April 16, 2008, a true and correct copy of TOWER'S MOTION TO FILE UNDER SEAL was served upon the attached Service List in the manner indicated.

**SERVICE LIST**

| | | |
|---|---|---|
| Jeffrey S. Brenner<br>**Nixon Peabody LLP**<br>One Citizens Plaza<br>Providence, RI 02903 | First Class Mail | Local Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Tony D. Chen<br>**Bingham McCutchen LLP**<br>1620 26th Street, Suite 4000N<br>Santa Monica, CA 90404-4060 | First Class Mail | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Joshua M. Dalton<br>Lawrence T. Stanley, Jr.<br>**Bingham McCutchen LLP**<br>150 Federal Street<br>Boston, MA 02110 | First Class Mail | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Bruce W. Gladstone<br>**Cameron & Mittleman LLP**<br>56 Exchange Terrace<br>Providence, RI 02903 | First Class Mail | Local Counsel for Plaintiff,<br>**Tower Manufacturing Corp.** |