UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. 06-170S-DLM |

**TOWER'S MOTION TO FILE UNDER SEAL**

Pursuant to LR Gen 102, Tower moves to file under seal Exhibit D to Tower's Memorandum in Support of Tower's Motion for Sanctions Pursuant to 28 U.S.C. § 1927, Rule 26(g) and the Court's Inherent Power. Exhibit D is an excerpt from the Declaration of Kenneth X. Xie and exhibits JJ-NN thereto. Exhibits JJ-NN contain pages from Shanghai ELE's October 11, 2007 document production and are marked "Confidential-Attorneys Eyes Only." Therefore, Tower moves this Court to permit the filing of Exhibit D under seal.

Granted
WSM
4/21/08