UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. CA 06 170S |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SANCTIONS**

Defendant Shanghai ELE Manufacturing Corporation ("ELE") hereby moves for an Order extending the time to respond to Plaintiff Tower Manufacturing Corporation's ("Tower") Motion for Sanctions (Docket No. 89) to and including May 16, 2008.

In support of its Motion, ELE states as follows:

1. ELE's response to Tower's Motion for Sanctions is currently due on May 1, 2008. ELE requests that its time to respond to Tower's Motion for Sanctions be extended to and including May 16, 2008.

2. After Tower filed its Motion for Sanctions, counsel for ELE contacted counsel for Tower in hopes of resolving the issues set forth in Tower's Motion without further involvement of the Court.

3. Counsel for ELE will be in China in the next week and intends to confer with ELE regarding resolving the issues set forth in Tower's Motion. As such, ELE seeks to extend the time to respond to Tower's Motion for Sanctions so that it may confer with its client in China and pursue discussions with Tower to resolve said issues.

4. By granting this motion, the parties may avoid the potentially unnecessary expense of continuing to brief the issues set forth in Tower's Motion for Sanctions while at the same time working towards a compromise.

5. Counsel for ELE has conferred with counsel for Tower, and Tower does not oppose this motion.

6. No party will be prejudiced by the requested extension of time to respond to Tower's Motion for Sanctions.

WHEREFORE, ELE respectfully requests that the Court enter an Order extending the time for ELE to respond to Tower's Motion for Sanctions to and including May 16, 2008.

Dated: April 24, 2008

DEFENDANT
SHANGHAI ELE MANUFACTURING CORPORATION,

By its attorneys

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
Email: jbrenner@nixonpeabody.com
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Phone: 401-454-1042
Fax: 401-454-1030

Of Counsel:

BINGHAM MCCUTCHEN LLP
Tony D. Chen (Pro Hac Vice)
Email: Tony.Chen@bingham.com
Joshua M. Dalton (Pro Hac Vice)
Email: Joshua.Dalton@bingham.com
Lawrence T. Stanley, Jr. (Pro Hac Vice)
Email: Lawrence.Stanley@bingham.com
150 Federal Street
Boston, MA 02110
Phone: 617-951-8000
Fax: 617-951-8736

CERTIFICATE OF SERVICE

I hereby certify that this Unopposed Motion to Extend Time to Respond to Plaintiff's Motion for Sanctions filed through the ECF system will be sent electronically to the registered participants, Bruce W. Gladstone, Esq., at bgladstone@cm-law.com, John J. Cotter, Esq., at jcotter@klgates.com, and Larissa S. Bifano, Esq., at lbifano@klgates.com, identified on the Notice of Electronic filing (NEF), on this 24th day of April, 2008.

/s/ Jeffrey S. Brenner