IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | Civil Action No. 06-170-S |

**JOINT STIPULATED DISCOVERY PLAN**

Pursuant to Local Rule 26, Tower and Shanghai ELE present the following schedule as the Joint Stipulated Discovery Plan:

1. Initial Disclosures: Served on or before the May 6, 2008 Rule 16 Conference
2. Fact Discovery Closes: December 31, 2008
3. Opening Markman Patent Claim Construction Briefs Due: January 30, 2009
4. Responsive Markman Briefs Due: February 27, 2009
5. Reply Markman Briefs Due: March 30, 2009
6. Markman Patent Claim Construction Hearing: Proposed for April 2009
7. Expert Witness Disclosures Pursuant to Rule 26(a)(2) on Issues for which the Party bears the Burden of Proof: 30 days after Markman Order
8. Rebuttal Expert Witness Disclosures Pursuant to Rule 26(a)(2): 30 Days after Expert Witness Disclosure being rebutted is served
9. Expert Discovery Ends: 60 days after Rebuttal Expert Witness Disclosures are served

10. Dispositive Motions Due: 45 days after Expert Discovery Ends

11. Oppositions to Dispositive Motions Due: 30 days after Dispositive Motions are filed

12. Reply Briefs to Oppositions Due: 30 days after Oppositions to Dispositive Motions are filed

Dated: April 29, 2008

Respectfully submitted,

SHANGHAI ELE MANUFACTURING CORPORATION,

By its attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Phone: 401-454-1042
Fax: 401-454-1030
Email: Jbrenner@nixonpeabody.com

Of Counsel:
Tony D. Chen (*Pro Hac Vice*)
Bingham McCutchen LLP
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Phone: 310-225-9025
Fax: 310-907-2025
Email: Tony.chen@bingham.com

TOWER MANUFACTURING CORPORATION,

By its attorneys,

/s/ Bruce W. Gladstone
Bruce W. Gladstone
Email: bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: (401) 331-5700
Fax: (401) 331-5787

John J. Cotter
Larissa S. Bifano
(*admitted pro hac vice*)
Email: john.cotter@klgates.com
Email: larissa.bifano@klgates.com
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Fax: (617) 261-3175

Joshua M. Dalton (*Pro Hac Vice*)
Lawrence T. Stanley, Jr.(*Pro Hac Vice)*
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
Phone: 617-951-8000
Fax: 617-951-8736
Email: Joshua.dalton@bingham.com
Email: Lawrence.stanley@bingham.com

## CERTIFICATE OF SERVICE

I, Larissa S. Bifano, certify that on April 29, 2008, a true and correct copy of JOINT STIPULATED DISCOVERY PLAN was served upon the attached Service List in the manner indicated.

/s/Larissa S. Bifano

______________________________

## SERVICE LIST

| | | |
|---|---|---|
| Jeffrey S. Brenner<br>**Nixon Peabody LLP**<br>One Citizens Plaza<br>Providence, RI 02903 | ECF | Local Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Tony D. Chen<br>**Bingham McCutchen LLP**<br>1620 26th Street, Suite 4000N<br>Santa Monica, CA 90404-4060 | ECF | Counsel for Defendant,<br>Shanghai ELE Manufacturing Corp. |
| Joshua M. Dalton<br>Lawrence T. Stanley, Jr.<br>**Bingham McCutchen LLP**<br>150 Federal Street<br>Boston, MA 02110 | ECF | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Bruce W. Gladstone<br>**Cameron & Mittleman LLP**<br>56 Exchange Terrace<br>Providence, RI 02903 | ECF | Local Counsel for Plaintiff,<br>**Tower Manufacturing Corp.** |