IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br>Plaintiff,<br>v.<br>SHANGHAI ELE MANUFACTURING CORPORATION,<br>Defendant. | Civil Action No. 06-170S |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND PLEADINGS**

Pursuant to Local Rule 15, Plaintiff Tower Manufacturing Corporation ("Tower") moves to amend its Reply to Shanghai ELE's Amended Answer, Affirmative Defenses, and Counterclaim filed March 3, 2008, Dkt. No. 88 ("the Tower Reply").

As grounds for this motion, Tower states that it recently discovered a typographical error in the Tower Reply and that the proposed amendment is necessary to correct this error. The proposed amendment corrects the error by changing "COUNT II" between paragraph 4 and paragraph 5 of the Tower Reply to "COUNT I", as originally intended. No other changes have been made.

Tower's proposed amended pleading is attached as Exhibit A.

Dated: May 9, 2008

Respectfully submitted,

PLAINTIFF
TOWER MANUFACTURING CORPORATION,

By its attorneys:

/s/ Larissa S. Bifano
John J. Cotter (*pro hac vice* )
Larissa S. Bifano (*pro hac vice*)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Email: john.cotter@klgates.com
Email: larissa.bifano@klgates.com
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel.: 617.261.3100
Fax: 617.261.3175

/s/ Bruce W. Gladstone
Bruce W. Gladstone (#2643)
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, RI 02903
Tel.: 401.331.5700
Fax: 401.331.5787
Email: bgladstone@cm-law.com

CERTIFICATE OF SERVICE

I, Larissa S. Bifano, certify that on May 9, 2008, a true and correct copy of PLAINTIFF'S UNOPPOSED MOTION TO AMEND PLEADINGS was served upon the attached Service List in the manner indicated.

/s/ Larissa S. Bifano

## SERVICE LIST

| | | |
|---|---|---|
| Jeffrey S. Brenner<br>**Nixon Peabody LLP**<br>One Citizens Plaza<br>Providence, RI 02903 | ECF | Local Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Tony D. Chen<br>**Bingham McCutchen LLP**<br>1620 26th Street, Suite 4000N<br>Santa Monica, CA 90404-4060 | ECF | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Joshua M. Dalton<br>Lawrence T. Stanley, Jr.<br>**Bingham McCutchen LLP**<br>150 Federal Street<br>Boston, MA 02110 | ECF | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Bruce W. Gladstone<br>**Cameron & Mittleman LLP**<br>56 Exchange Terrace<br>Providence, RI 02903 | ECF | Local Counsel for Plaintiff,<br>**Tower Manufacturing Corp.** |