IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION,

Plaintiff,

v.

SHANGHAI ELE MANUFACTURING CORPORATION,

Defendant.

Civil Action No. 06-170S

**NOTICE OF WITHDRAWAL OF APPEARANCE OF ROBERT P. SMITH**

Robert P. Smith withdraws his appearance as *pro hac vice* counsel of record for Tower Manufacturing Corporation. Local counsel Bruce W. Gladstone and the firm of Cameron & Mittleman LLP and *pro hac vice* counsel John J. Cotter and Thomas A. Turano and the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP will continue their representation of Tower in this matter.

Dated: May 22, 2008

Respectfully submitted,

/s/ Robert P. Smith

Robert P. Smith (*pro hac vice*)
33 Chestnut Street, #203
Charlestown, MA 02129

CERTIFICATE OF SERVICE

I, John J. Cotter, certify that on May 22, 2008, a true and correct copy of NOTICE OF WITHDRAWAL OF APPEARANCE OF ROBERT P. SMITH was served upon the attached Service List in the manner indicated.

/s/ John J. Cotter

**SERVICE LIST**

| | | |
|---|---|---|
| Jeffrey S. Brenner<br>**Nixon Peabody LLP**<br>One Citizens Plaza<br>Providence, RI 02903 | ECF | Local Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Tony D. Chen<br>**Bingham McCutchen LLP**<br>1620 26th Street, Suite 4000N<br>Santa Monica, CA 90404-4060 | ECF | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Joshua M. Dalton<br>Lawrence T. Stanley, Jr.<br>**Bingham McCutchen LLP**<br>150 Federal Street<br>Boston, MA 02110 | ECF | Counsel for Defendant,<br>**Shanghai ELE Manufacturing Corp.** |
| Bruce W. Gladstone<br>**Cameron & Mittleman LLP**<br>56 Exchange Terrace<br>Providence, RI 02903 | ECF | Local Counsel for Plaintiff,<br>**Tower Manufacturing Corp.** |