UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| TOWER MANUFACTURING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHANGHAI ELE MANUFACTURING CORPORATION,<br><br>Defendant. | CIVIL ACTION<br>NO. 06-00170-S-DLM |

**NOTICE OF CHANGE OF FIRM ADDRESS**

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective May 27, 2008, the new address for counsel for Shanghai ELE Manufacturing Corporation is as follows:

Joshua M. Dalton
Lawrence T. Stanley, Jr.
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
Telephone: 617.951.8000
Facsimile: 617.951.8736

All pleadings, papers, notices and other documents filed or served in this matter from May 27, 2008 forward should be sent to the above address.

Dated: May 23, 2008

Respectfully submitted

SHANGHAI ELE MANUFACTURING CORPORATION,

By its attorneys

/s/ Lawrence T. Stanley, Jr.
Jeffrey S. Brenner (#4369)
Email: jbrenner@nixonpeabody.com
Nixon Peabody LLP

One Citizens Plaza, Suite 500
Providence, RI 02903
Phone: 401-454-1042
Fax: 401-454-1030

Of Counsel:
Tony D. Chen (*Pro Hac Vice*)
Email: tony.chen@bingham.com
Bingham McCutchen LLP
1620 26th Street, Suite 4000N
Santa Monica, CA 90404-4060
Phone: 310-225-9025
Fax: 310-907-2025

Joshua M. Dalton (*Pro Hac Vice*)
Email: josh.dalton@bingham.com
Lawrence T. Stanley, Jr. (*Pro Hac Vice*)
Email: lawrence.stanley@bingham.com
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
Phone: 617-951-8000
Fax: 617-951-8736

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the registered participants as identified on the Notice of Electronic Filing (NEF) and I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the non-CM/ECF participants identified in the court's record.

/s/ Lawrence T. Stanley, Jr.
Lawrence T. Stanley, Jr.