(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION
Plaintiff

v. Dkt. No. 06-170S-DLM

SHANGHAI ELE MANUFACTURING CORPORATION
Defendant

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, TOWER MANUFACTURING CORPORATION, hereby moves that Jackson Ho be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Bruce W. Gladstone, Esquire
Print Name

RI Bar ID # 2643

Cameron & Mittleman LLP
Firm and Business Address

Email: bgladstone@cm-law.com

Tel. # 401-331-5700

56 Exchange Terrace, Providence, RI 02903

Fax # 401-331-5787

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

CERTIFICATION

The undersigned hereby certifies that on the 2nd day of September, 2008 a copy of the Motion for Jackson Ho, Esq. to appear Pro Hac Vice was filed through the ECF system, and was served **electronically** to the following recipient identified as a registered participant on the Notice of Electronic Filing (NEF):

Jeffrey S. Brenner, Esquire
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Phone: 401-454-1000
Fax: 401-454-1030
jbrenner@nixonpeabody.com

Joshua M. Dalton
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726
617-951-8000
Fax: 617-951-8736
joshua.dalton@bingham.com

In addition, a copy of the foregoing was served via **first class mail, postage prepaid** upon the following attorneys of record, who have not been identified as an ECF recipient:

Tony D. Chen, Esq.
Alschuler Grossman LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Phone: 310-255-9025
Fax: 310-907-2025
tchen@alschuler.com

Marshall B. Grossman, Esq.
William J. O'Brien, Esq.
Alschuler Grossman LLP
1620 26th Street
Fourth Floor, North Tower
Santa Monica, CA 90404-4060
Phone: 310-907-1000
Fax: 310-907-2000
mgrossman@alschuler.com
wobrien@alschuler.com

/s/ Bruce W. Gladstone

G:\pec\SHALO-TOWER 28123\Shanghai ELE\Tower v. Shanghai\Pleadings\CERTIFICATION PRO HAC Ho.doc