(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

TOWER MANUFACTURING CORPORATION
Plaintiff

v.

Dkt. No. 06-170S-DLM

SHANGHAI ELE MANUFACTURING CORPORATION
Defendant

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff, TOWER MANUFACTURING CORPORATION, hereby moves that Jackson Ho be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Bruce W. Gladstone, Esquire
Print Name

Cameron & Mittleman LLP
Firm and Business Address

56 Exchange Terrace, Providence, RI 02903

RI Bar ID # 2643

Email: bgladstone@cm-law.com

Tel. # 401-331-5700

Fax # 401-331-5787

**ORDER**

This motion is hereby ✓ GRANTED _____ DENIED

District Judge

9/10/08
Date